UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BINH THANH IMPORT EXPORT : 
PRODUCTION & TRADE JOINT STOCK :
CO., d/b/a GILIMEX, INC., :
 :
       Plaintiff, :
 :  No. 23 Civ. 292 (LGS)
  -against- :
 :  Hon. Lorna G. Schofield
AMAZON.COM SERVICES LLC, d/b/a :
AMAZON ROBOTICS, :
 :
       Defendant. :
 :
------------------------------------------------------- X

    PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendant Amazon.com Services LLC d/b/a Amazon Robotics. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this Court.

| | |
|---|---|
| Dated: April 18, 2025<br>New York, New York | Respectfully submitted,<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>By: */s/ Barry H. Berke*<br>    Barry H. Berke<br><br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone:  212.351.3860<br>bberke@gibsondunn.com<br><br>*Counsel for Amazon.com Services LLC d/b/a Amazon Robotics* |