UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
BINH THANH IMPORT EXPORT                        :
PRODUCTION & TRADE JOINT STOCK                  :
CO., d/b/a GILIMEX, INC.,                       :
                                                :
                Plaintiff,                      :
                                                :    No. 23 Civ. 292 (LGS)
        -against-                               :
                                                :    Hon. Lorna G. Schofield
AMAZON.COM SERVICES LLC, d/b/a                  :
AMAZON ROBOTICS,                                :
                                                :
                Defendant.                      :
                                                :
                                                :
------------------------------------------------------- X
```

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendant Amazon.com Services LLC d/b/a Amazon Robotics. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this Court.

Dated: April 18, 2025
New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Daniel M. Ketani*
    Daniel M. Ketani

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.2685
dketani@gibsondunn.com

*Counsel for Amazon.com Services LLC d/b/a Amazon Robotics*