UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BINH THANH IMPORT EXPORT
PRODUCTION & TRADE JOINT STOCK
CO., d/b/a GILIMEX, INC.,

      Plaintiff,

 -against-

AMAZON.COM SERVICES LLC, d/b/a
AMAZON ROBOTICS,

      Defendant.

------------------------------------------------------- X

No. 23 Civ. 292 (LGS)

Hon. Lorna G. Schofield

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendant Amazon.com Services LLC d/b/a Amazon Robotics. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that she is admitted to practice before this Court.

Dated: April 18, 2025
New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jordan Estes*
    Jordan Estes

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.3906
jestes@gibsondunn.com

*Counsel for Amazon.com Services LLC d/b/a Amazon Robotics*