UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THAN IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, <br><br> Defendant. | Case No.: 1:23-cv-00292-LGS |

**NOTICE OF DEFENDANT AMAZON.COM SERVICES LLC'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF ANY PURPORTED OBLIGATION TO PROVIDE A RAMP-DOWN PERIOD AND ADVANCE NOTICE OF TERMINATION**

PLEASE TAKE NOTICE THAT, upon Defendant Amazon.com Services LLC's ("Amazon") accompanying Memorandum of Law in Support of Its Motion *In Limine* to Exclude Evidence of Any Purported Obligation to Provide A Ramp-Down Period and Advance Notice of Termination, and all other pleadings, submissions and proceedings heretofore had herein, Amazon respectfully moves this Court before the Honorable Lorna G. Schofield, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for the entry of an order excluding evidence relating to any obligation for Amazon to provide a ramp-down period or more than thirty days' notice of termination to Plaintiff Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc.

Dated: May 2, 2025
      New York, New York

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Barry H. Berke*
    Barry H. Berke
    Jordan Estes
    Grace E. Hart
    Daniel M. Ketani
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    Tel.: (212) 351-4000
    bberke@gibsondunn.com
    jestes@gibsondunn.com
    ghart@gibsondunn.com
    dketani@gibsondunn.com

PERKINS COIE LLP

By: */s/ Alan B. Howard*
    Alan B. Howard
    Adam R. Mandelsberg
    Evelyn Y. Pang
    PERKINS COIE LLP
    1155 Avenue of Americas, 22nd Floor
    New York, NY 10036
    Tel.: (212) 262-6900
    AHoward@perkinscoie.com
    AMandelsberg@perkinscoie.com
    EPang@perkinscoie.com

    *Attorneys for Defendant Amazon.com*
    *Services LLC*