UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THAN IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS,<br><br>Defendant. | Case No.: 1:23-cv-00292-LGS |

**NOTICE OF MOTION OF DEFENDANT AMAZON.COM SERVICES LLC'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATED TO RAW MATERIALS**

PLEASE TAKE NOTICE THAT, upon Amazon.com Services LLC's ("Amazon") accompanying Memorandum Of Law In Support Of Its Motion *In Limine* To Exclude Evidence Related To Raw Materials, the accompanying Declaration of Grace E. Hart, together with the exhibits attached thereto, and all other pleadings, submissions and proceedings heretofore had herein, Amazon respectfully moves this Court before the Honorable Lorna G. Schofield, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for the entry of an order excluding evidence related to raw materials.

| | |
|---|---|
| Dated: May 2, 2025<br>New York, New York | GIBSON, DUNN & CRUTCHER LLP<br><br>By: /s/ *Barry H. Berke*<br>Barry H. Berke<br>Jordan Estes<br>Grace E. Hart<br>Daniel M. Ketani<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 351-4000<br>bberke@gibsondunn.com<br>jestes@gibsondunn.com<br>ghart@gibsondunn.com<br>dketani@gibsondunn.com<br><br>PERKINS COIE LLP<br><br>By: /s/ *Alan B. Howard*<br>Alan B. Howard<br>Adam R. Mandelsberg<br>Evelyn Y. Pang<br>PERKINS COIE LLP<br>1155 Avenue of Americas, 22nd Floor<br>New York, NY 10036<br>Tel.: (212) 262-6900<br>AHoward@perkinscoie.com<br>AMandelsberg@perkinscoie.com<br>EPang@perkinscoie.com<br><br>*Attorneys for Defendant Amazon.com Services LLC* |