**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

June 9, 2025

VIA ECF

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
      Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

I represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action. Pursuant to Your Honor's Individual Rule for Civil Cases I.D.3, and for the reasons set forth below, Amazon respectfully moves the Court to treat as sealed Exhibits 3-A, 3-C, 4-A, 4-C, 4-E, and 7 to Amazon's pre-motion letter regarding its anticipated motion for sanctions, pending designation by Plaintiff Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc. ("Gilimex").

These exhibits have been designated as Confidential by Gilimex, or otherwise contain information that Gilimex has designated as Confidential, pursuant to the February 21, 2023 Stipulation and Confidentiality Order (the "Confidentiality Order"). *See* Dkt. 25. Amazon takes no position as to whether any of the above information should remain under seal. However, given the existence of these confidentiality designations under the Confidentiality Order, Amazon has filed these exhibits under seal. Amazon has taken this approach out of an abundance of caution and to give Gilimex an opportunity to designate which portions of those documents Gilimex wishes to keep under seal, if any, and to provide the reasons for such continued treatment consistent with Your Honor's Individual Rule for Civil Cases I.D.3.

Respectfully submitted,

*/s/ Jordan Estes*
Barry H. Berke
Jordan Estes
Andrew LeGrand
Grace E. Hart
Daniel M. Ketani

cc: All counsel of record (by ECF)

**GIBSON DUNN**

June 9, 2025
Page 2

## Appendix

Pursuant to Your Honor's Individual Rule I.D.3, included below is a list of all parties and attorneys of record who should have access to the sealed documents:

| | |
|---|---|
| Marc E. Kasowitz<br>Edward E. Filusch<br>Victor J. Brienza<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br><br>*Attorneys for Plaintiff* | Barry H. Berke<br>Jordan Estes<br>Grace E. Hart<br>Daniel M. Ketani<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>bberke@gibsondunn.com<br>jestes@gibsondunn.com<br>ghart@gibsondunn.com<br>dketani@gibsondunn.com<br><br>Andrew LeGrand (application for *pro hac vice* admission pending)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue<br>Ste 2100<br>Dallas, TX 75201<br>Tel.: (214) 698-3100<br>alegrand@gibsondunn.com<br><br>Alan B. Howard<br>Adam R. Mandelsberg<br>Evelyn Y. Pang<br>Margaret Winterkorn Meyers<br>PERKINS COIE LLP<br>1155 Avenue of Americas, 22nd Floor<br>New York, NY 10036<br>AHoward@perkinscoie.com<br>AMandelsberg@perkinscoie.com<br>EPang@perkinscoie.com<br><br>*Attorneys for Defendant* |