# Exhibit 1

# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

May 27, 2025

**<u>BY EMAIL</u>**

Edward Filusch
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
efilusch@kasowitz.com
(212) 506-3315

Re:   *Binh Thanh Import Export Production & Trade Joint Stock Co. v. Amazon.com Services LLC*, Case No. 23 Civ. 292 (S.D.N.Y)

Dear Counsel:

We write to express our deep concern regarding Le Hung's May 21, 2025, declaration (ECF No. 152) and your May 22, 2025, supplemental production of documents.  Mr. Le's admission that certain Gilimex-produced meeting minutes were created for the purpose of this litigation—a fact that was concealed from Defendant, Plaintiff's own expert, and the Court—raises serious questions regarding Mr. Le's conduct as well as the authenticity of other documents relating to Gilimex's damages claims.

Gilimex's raw materials claim is primarily based on a document first provided to Amazon during expert discovery, GILM00282131, that purports to be a November 18, 2021, purchase order for over $69 million of raw materials from Blaze Max Hong Kong Limited ("Blaze Max").  Gilimex also produced seven Excel spreadsheets during expert discovery, bearing Bates numbers GILM00282134 to GILM00282140, that purported to be minutes of meetings between Gilimex and Blaze Max, and documents bearing Bates numbers GILM00282113 and GILM00282224 that purport to contain invoices from Blaze Max to Gilimex for warehouse storage fees.  None of these documents was produced in fact discovery, and Amazon filed a motion in limine questioning their authenticity.  (ECF No. 138). In response, Gilimex submitted a declaration from Mr. Le addressing these documents.

Remarkably, Mr. Le admits in his declaration that "**<u>there are no contemporaneous electronic versions</u>**" of the seven Blaze Max meeting minutes reflected in the spreadsheets that Amazon first received during expert discovery.  ECF No. 152 ¶ 5.  Essentially, Mr. Le *acknowledges that Gilimex created the spreadsheets for this litigation*, without disclosing that fact to Defendant, Gilimex's expert, or the Court.  In his declaration, Mr. Le now insists that the newly produced versions of the meeting minutes bearing Bates number GILM00282974 (and attached to his declaration) are the "true and correct versions." *Id.*  But these documents are merely

# GIBSON DUNN

printouts of the spreadsheets that Amazon received during expert discovery—printouts purportedly signed by Le Hung and an individual named Le Thi Kim Oanh, who has not been deposed or disclosed as a witness in this case.  It strains credulity to suggest that these documents were created contemporaneously in 2022 when the electronic versions of them were not.  It also makes no sense that Gilimex has no contemporaneous electronic version of GILM00282131, a computer-generated invoice purportedly created by Gilimex in 2021.

Moreover, there are over a hundred other documents produced by Gilimex that lack metadata, almost all related to Gilimex's relationship with its sub-suppliers.  Mr. Le's admission that Gilimex-produced documents were created for litigation raises serious concerns regarding whether other documents relating to Gilimex's raw materials claim were also created for litigation.

Accordingly, by no later than **Friday, May 30**, please:

- Identify when the newly produced documents bearing GILM00282974 were created and why they were not produced before.

- Identify when GILM00282131, GILM00282113, and GILM00282224 were created and executed and confirm that Gilimex does not have contemporaneous electronic versions of these documents.

- Identify whether contemporaneous electronic versions exist of any of the documents in the attached Exhibit A and whether any of those documents were created by Gilimex for this litigation.

- Provide a date in the next week for undersigned counsel to inspect all hard copy documents identified in Exhibit A in New York, including documents that were not produced in fact discovery such as GILM00282131, GILM00282113, GILM00282224, and GILM00282974.

If you do not comply, we will seek relief from the Court.  We reserve all rights, including to seek sanctions in light of Mr. Le's declaration and Gilimex's document production.

Sincerely,

Barry H. Berke
Jordan Estes

# EXHIBIT A

| No. | Beginning Bates | Ending Bates | Production  Volume |
|---|---|---|---|
| 1 | GILM00279375 | GILM00279375 | GILM005 |
| 2 | GILM00279376 | GILM00279376 | GILM005 |
| 3 | GILM00279377 | GILM00279377 | GILM005 |
| 4 | GILM00279378 | GILM00279378 | GILM005 |
| 5 | GILM00279379 | GILM00279379 | GILM005 |
| 6 | GILM00279380 | GILM00279380 | GILM005 |
| 7 | GILM00279405 | GILM00279405 | GILM005 |
| 8 | GILM00279406 | GILM00279407 | GILM005 |
| 9 | GILM00279408 | GILM00279411 | GILM005 |
| 10 | GILM00279412 | GILM00279423 | GILM005 |
| 11 | GILM00279424 | GILM00279425 | GILM005 |
| 12 | GILM00279426 | GILM00279427 | GILM005 |
| 13 | GILM00279428 | GILM00279428 | GILM005 |
| 14 | GILM00279429 | GILM00279429 | GILM005 |
| 15 | GILM00279430 | GILM00279430 | GILM005 |
| 16 | GILM00279431 | GILM00279431 | GILM005 |
| 17 | GILM00279432 | GILM00279433 | GILM005 |
| 18 | GILM00279434 | GILM00279434 | GILM005 |
| 19 | GILM00279435 | GILM00279435 | GILM005 |
| 20 | GILM00279436 | GILM00279436 | GILM005 |
| 21 | GILM00279437 | GILM00279437 | GILM005 |
| 22 | GILM00279927 | GILM00279927 | GILM005 |
| 23 | GILM00279928 | GILM00279928 | GILM005 |
| 24 | GILM00279929 | GILM00279929 | GILM005 |
| 25 | GILM00279930 | GILM00279930 | GILM005 |
| 26 | GILM00279931 | GILM00279931 | GILM005 |
| 27 | GILM00279932 | GILM00279932 | GILM005 |
| 28 | GILM00279933 | GILM00279933 | GILM005 |
| 29 | GILM00279934 | GILM00279934 | GILM005 |
| 30 | GILM00279935 | GILM00279936 | GILM005 |
| 31 | GILM00279937 | GILM00279937 | GILM005 |
| 32 | GILM00279938 | GILM00279938 | GILM005 |
| 33 | GILM00279939 | GILM00279939 | GILM005 |
| 34 | GILM00279940 | GILM00279940 | GILM005 |
| 35 | GILM00279941 | GILM00279941 | GILM005 |
| 36 | GILM00279942 | GILM00279942 | GILM005 |
| 37 | GILM00279943 | GILM00279943 | GILM005 |
| 38 | GILM00279944 | GILM00279944 | GILM005 |

| | | | |
|---|---|---|---|
| 39 | GILM00280224 | GILM00280224 | GILM005 |
| 40 | GILM00280225 | GILM00280225 | GILM005 |
| 41 | GILM00280226 | GILM00280226 | GILM005 |
| 42 | GILM00280227 | GILM00280227 | GILM005 |
| 43 | GILM00280228 | GILM00280228 | GILM005 |
| 44 | GILM00280229 | GILM00280229 | GILM005 |
| 45 | GILM00280230 | GILM00280230 | GILM005 |
| 46 | GILM00280231 | GILM00280231 | GILM005 |
| 47 | GILM00280232 | GILM00280232 | GILM005 |
| 48 | GILM00280233 | GILM00280233 | GILM005 |
| 49 | GILM00280234 | GILM00280234 | GILM005 |
| 50 | GILM00280235 | GILM00280235 | GILM005 |
| 51 | GILM00280236 | GILM00280236 | GILM005 |
| 52 | GILM00280237 | GILM00280237 | GILM005 |
| 53 | GILM00280238 | GILM00280239 | GILM005 |
| 54 | GILM00280967 | GILM00280967 | GILM005 |
| 55 | GILM00280968 | GILM00280968 | GILM005 |
| 56 | GILM00280969 | GILM00280969 | GILM005 |
| 57 | GILM00280970 | GILM00280970 | GILM005 |
| 58 | GILM00280971 | GILM00280971 | GILM005 |
| 59 | GILM00280972 | GILM00280972 | GILM005 |
| 60 | GILM00280973 | GILM00280973 | GILM005 |
| 61 | GILM00280974 | GILM00280974 | GILM005 |
| 62 | GILM00280975 | GILM00280975 | GILM005 |
| 63 | GILM00280976 | GILM00280976 | GILM005 |
| 64 | GILM00280977 | GILM00280977 | GILM005 |
| 65 | GILM00280978 | GILM00280978 | GILM005 |
| 66 | GILM00280979 | GILM00280979 | GILM005 |
| 67 | GILM00281584 | GILM00281584 | GILM005 |
| 68 | GILM00281585 | GILM00281585 | GILM005 |
| 69 | GILM00281586 | GILM00281587 | GILM005 |
| 70 | GILM00281588 | GILM00281588 | GILM005 |
| 71 | GILM00281589 | GILM00281589 | GILM005 |
| 72 | GILM00281590 | GILM00281590 | GILM005 |
| 73 | GILM00281591 | GILM00281591 | GILM005 |
| 74 | GILM00281592 | GILM00281592 | GILM005 |
| 75 | GILM00281593 | GILM00281593 | GILM005 |
| 76 | GILM00281594 | GILM00281594 | GILM005 |
| 77 | GILM00281595 | GILM00281595 | GILM005 |
| 78 | GILM00281596 | GILM00281596 | GILM005 |
| 79 | GILM00281597 | GILM00281597 | GILM005 |
| 80 | GILM00281598 | GILM00281598 | GILM005 |
| 81 | GILM00281599 | GILM00281599 | GILM005 |

| | | | |
|---|---|---|---|
| 82 | GILM00281600 | GILM00281600 | GILM005 |
| 83 | GILM00281601 | GILM00281602 | GILM005 |
| 84 | GILM00281656 | GILM00281656 | GILM005 |
| 85 | GILM00281657 | GILM00281657 | GILM005 |
| 86 | GILM00281658 | GILM00281658 | GILM005 |
| 87 | GILM00281659 | GILM00281659 | GILM005 |
| 88 | GILM00281660 | GILM00281662 | GILM005 |
| 89 | GILM00281663 | GILM00281663 | GILM005 |
| 90 | GILM00281664 | GILM00281664 | GILM005 |
| 91 | GILM00281665 | GILM00281665 | GILM005 |
| 92 | GILM00281666 | GILM00281666 | GILM005 |
| 93 | GILM00281667 | GILM00281669 | GILM005 |
| 94 | GILM00281670 | GILM00281670 | GILM005 |
| 95 | GILM00281671 | GILM00281671 | GILM005 |
| 96 | GILM00281672 | GILM00281672 | GILM005 |
| 97 | GILM00281673 | GILM00281673 | GILM005 |
| 98 | GILM00281674 | GILM00281674 | GILM005 |
| 99 | GILM00281675 | GILM00281675 | GILM005 |
| 100 | GILM00281676 | GILM00281676 | GILM005 |
| 101 | GILM00281677 | GILM00281677 | GILM005 |
| 102 | GILM00281678 | GILM00281680 | GILM005 |
| 103 | GILM00281681 | GILM00281682 | GILM005 |
| 104 | GILM00281683 | GILM00281683 | GILM005 |
| 105 | GILM00281684 | GILM00281684 | GILM005 |
| 106 | GILM00281703 | GILM00281703 | GILM005 |
| 107 | GILM00281704 | GILM00281704 | GILM005 |
| 108 | GILM00281705 | GILM00281705 | GILM005 |
| 109 | GILM00281706 | GILM00281706 | GILM005 |
| 110 | GILM00281707 | GILM00281707 | GILM005 |
| 111 | GILM00282113 | GILM00282130 | GILM007 |
| 112 | GILM00282224 | GILM00282224 | GILM007 |
| 113 | GILM00282131 | GILM00282133 | GILM007 |
| 114 | GILM00282974 | GILM00282980 | GILM009 |