# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, <br><br> Defendant. | Case No.: 1:23-cv-00292-LGS |

### DECLARATION

I, Quoc Huan Nguyen, hereby declare as follows:

1.      I submit this declaration based on my personal knowledge of the truth of the matters set forth herein. I am over 18 years old, am competent to testify to these facts, and would so testify if called as a witness.

2.      I am a Sales Director at Avery Dennison RIS Vietnam Co., Limited, a subsidiary of Avery Dennison Corporation ("Avery Dennison"), a global manufacturer of adhesive labels and other materials.

3.      I have reviewed a document produced in this litigation bearing Bates number GILM0028022 and a certified translation of the document (the "Demand Letter"). The Letter and translation are attached hereto as Exhibit A.

4.      The Demand Letter purports to be a letter from Avery Dennison to Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc. ("Gilimex"). Ex. A.

5.      Based on a review of Avery Dennison's records and the Demand Letter itself, I

1

believe the Demand Letter is fraudulent. My conclusion is based on the following:

a.    First, the company reviewed the electronic files of Christine Bui, who purportedly sent the Demand Letter, and found no record of the letter.

b.    Second, the company checked the order history for purchase orders from Gilimex from 2021 through 2022. Avery Dennison has no record of a purchase order in the amount referred to in the Demand Letter, PO No. 0020522-AVD-BT for VND 27,507,416,222 in materials.

c.    Third, I have compared the Demand Letter to an authentic Avery Dennison letterhead. Based on that comparison, I know that the Demand Letter's letterhead is inauthentic.

d.    Fourth, based on my review of the Demand Letter, I believe the Avery Dennison seal that appears at the bottom of the Letter, known as a "chop," was copied and pasted from another document—which would have violated Avery Dennison policy.

e.    Fifth, based on my review of Avery Dennison records, I know that Avery Dennison RIS Vietnam Co., Limited did raise a claim against Gilimex for unpaid orders. As part of that claim, a demand letter (the "Verified Demand Letter") was sent to Gilimex on October 26, 2023. The claim amount at issue in that letter does not match that in the Demand Letter. The Verified Demand Letter is attached hereto as Ex. B.

6. I have also reviewed a document produced in this litigation bearing Bates number GILM00281660, which purports to be a purchase order from Gilimex to Avery Dennison (PO: 0020522-AVD-BT) dated May 10, 2022 (the "May Purchase Order"). A copy of that document is attached as Exhibit C. I also believe the May Purchase Order is fraudulent, because Avery Dennison has no record of a purchase order with that number for the quantity or amount listed in

2

the May Purchase Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2025
      Ho Chi Minh City, Vietnam

By: _____
      Quốc Huan Nguyen
      Sales Director

3

# Exhibit 3A

# Filed Under Seal

# Exhibit 3B

**Allens Pte Ltd**

Suite 605, Saigon Tower
29 Le Duan Boulevard
District 1 Ho Chi Minh City Vietnam
**T** +84 28 3822 1717
**F** +84 28 3822 1818

www.allens.com.au



26 October 2023

**Binhthanh Import Export Production and Trade
Joint Stock Company (*Gilimex*)**

334A Phan Van Tri, Ward 11, Binh Thanh District, Ho
Chi Minh City, Vietnam

Attention: Mr Le Hung – Legal Representative cum
Chairman of the Board

Dear Mr Hung

## Letter of Demand – Sale transaction with Avery Dennison RIS Vietnam Co., Limited

1    We are Allens Ho Chi Minh City Branch, a law firm operating under License No. 39/BTP/GP dated 19 December 2012. We have been appointed by Avery Dennison RIS Vietnam Co., Limited (*AD RIS*) to act as their legal counsel representing them on matters in relation to the sale transaction between AD RIS and Gilimex in May 2022.

2    We refer to:

(a)    the purchase order No. 0010522-AVD-BT dated May 13, 2022 (*PO*) sent by Gilimex to AD RIS on 17 May 2022, under which Gilimex ordered a number of labels (*Ordered Products*) from AD RIS at the total price of VND5,634,670,000; and

(b)    AD RIS's email confirming its receipt of the PO and the delivery schedule as requested by Gilimex on 24 May 2022 (*Confirmation Email*).

Under Vietnamese law, on the basis the PO and the Confirmation Email, Gilimex has offered to buy from AD RIS and AD RIS has accepted Gilimex's offer to manufacture and sell to Gilimex the Ordered Products in accordance with the terms and conditions of the PO.

3    Pursuant to the PO and Confirmation Email and Article 50.1 of the Commercial Law, Gilimex has an obligation to (i) receive the Ordered Products manufactured by AD RIS in accordance with the PO; and (ii) make payment for the Ordered Products within 30 days from the estimate date of arrival of the Ordered Products to Gilimex.

4    We understand that our client, AD RIS, completed manufacturing of the Ordered Products on 27 June 2022 and requested Gilimex numerous times to receive the Ordered Products to pay the purchase price in respect of the Ordered Products in accordance with the agreed delivery and payment schedule. However, Gilimex has refused to receive the Ordered Products and to make the



CompanyName
AJUS 806208762v4 AJUS   10.8.2023

Classification: Avery Dennison - Confidential
Ho Chi Minh City branch of Allens Pte Ltd which is incorporated in Singapore with limited liability, company reg no 198803349H.
Our associated firm Allens is an independent partnership operating in alliance with Linklaters LLP



required payment to AD RIS until the date of this letter, which constitutes a breach of the agreement between Gilimex and AD RIS. As a result of Gilimex's failure to receive the Ordered Products, AD RIS had to incur additional cost to store the Ordered Products in the warehouse until now.

5    We understand from our client that Gilimex referred to the termination of its business relationship with Amazon (to which Gilimex intended to supply the Ordered Products) as the reason for Gilimex's failure to receive the Ordered Products and to comply with its payment obligation under the PO. However, under the law, the agreement between Gilimex and Amazon is **not** a condition for Gilimex's performance of the transaction as agreed with AD RIS, and **not** a valid basis for Gilimex to refuse to receive the Ordered Products and to make the required payment to AD RIS.

6    Therefore, we, on behalf of our client, AD RIS, hereby request Gilimex to make payment for the following outstanding debts (**Debts**) to AD RIS' bank account (with details as set out in the PO) by no later than **6 pm 6 November 2023**:

| Debt | Amount |
|---|---|
| The total price of the Ordered Products (including 8% VAT) | **VND** 6,085,444,073 |
| Warehousing fee being USD100/pallet/ month applicable from September 1st, 2022 to October 31st, 2023, 3 pallets. Exchange rate 24,545 VND/ USD, updated at 10:30 am 09/10/2023, Vietcombank | **VND** 95,725,500 |
| Late payment interest (8%/year) Applicable from September 1st, 2022 to October 31st, 2023 | **VND** 527,405,153 |
| **Total** | **VND** 6,708,574,726 |



7    Our client reserves the right to demand penalty interest on the above outstanding debt and compensation for its loss and damage in accordance with the applicable laws of Vietnam.

8    Our client also expressly reserves all of its rights against Gilimex under the applicable laws of Vietnam, including without limitation, initiating legal proceedings as appropriate and necessary to protect its lawful interests, should the outstanding amounts due to them not be settled in full by the deadline for payment as mentioned in Clause 6 above.

9    We trust that our client's position has been made clear in this letter and hope to have your cooperation to perform the required obligation.

Allens ›‹
Linklaters | 200

Yours sincerely,

**Allens Ho Chi Minh City Branch**



Name: Linh Bui

Position: Partner



# Exhibit 3C

# Filed Under Seal