# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINH THANH IMPORT EXPORT
PRODUCTION & TRADE JOINT
STOCK CO., d/b/a GILIMEX, INC.,

               Plaintiff,

       -against-

AMAZON.COM SERVICES, LLC, d/b/a
AMAZON ROBOTICS,

               Defendant.

Case No.: 1:23-cv-00292-LGS

## DECLARATION OF PAUL KENNELL

I, Paul Kennell, hereby declare as follows:

1.      I submit this declaration based on my personal knowledge of the truth of the matters set forth herein. I am over 18 years old, am competent to testify to these facts, and would so testify if called as a witness.

2.      I am the owner of Graphic Information Systems, Inc. ("GIS"), an Ohio-based manufacturer of custom labels and warehouse signage.

3.      From approximately 2016 to 2022, Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc. ("Gilimex") ordered labels from GIS that Gilimex used in the manufacturing of fabric pod arrays for Amazon Robotics.

4.      I have reviewed three documents that I have been informed were produced in this litigation by Gilimex, bearing Bates numbers GILM00281667, GILM00281678, and GILM00280973.

5.      GILM00281667 purports to be a copy of a purchase order dated January 12, 2022,

identified by purchase order number 0010122-GIS-BT (the "**Alleged January PO**"). A copy of that document is attached hereto as Exhibit A.

6.      The Alleged January PO is inauthentic. A true and correct copy of the real January 12, 2022, purchase order number 0010122-GIS-BT is attached hereto as Exhibit B (the "**Authentic January PO**").

7.      The Authentic January PO was for 2,007,008 labels with a value of $144,001.22. Ex. B.

8.      The Alleged January PO purports to be for 13,344,450 labels with a value of $908,448.33. Ex. A. Gilimex did not place, and I did not accept such a purchase order.

9.      GILM00281678 purports to be a copy of a purchase order dated February 24, 2022, identified by purchase order number 0020222-GIS-BT (the "**Alleged February PO**"). A copy of that document is attached hereto as Exhibit C.

10.     The Alleged February PO is inauthentic. A true and correct copy of the real February 24, 2022, purchase order number 0020222-GIS-BT is attached hereto as Exhibit D (the "**Authentic February PO**").

11.     The Authentic February PO was for 3,627,720 labels with a value of $261,726.09. Ex. D.

12.     The Alleged February PO purports to be for $860,039.75 of labels. Ex. C. Gilimex did not place, and I did not accept such a purchase order.

13.     GILM00280973 purports to be an undated letter sent by me to Gilimex regarding the delivery of $1,768,488.08 goods that Gilimex ordered from GIS (the "**Alleged Demand Letter**"). A copy of that document is attached hereto as Exhibit E.

14.     The Alleged Demand Letter is inauthentic. The signature included on the Alleged

Demand Letter is not my signature.  I never drafted or sent such a letter.

15.    To the best of my knowledge, GIS does not have any open purchase orders with Gilimex.  Gilimex does not have any outstanding balance for purchase orders it placed with GIS.

16.    My signature on the Alleged January PO, Alleged February PO, and Alleged Demand Letter appears to be identical.  That would not be the case if the documents were authentic. I typically sign documents in ink.  My GIS signature stamp has a different signature than appears on these three documents.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June __9th__, 2025

Cincinnati, Ohio

Paul Kennell

Owner, Graphic Information Systems, Inc.

14611847.2

# Exhibit 4A

# Filed Under Seal

# Exhibit 4B

Case 1:23-cv-00292-LGS    Document 175-4    Filed 06/09/25    Page 7 of 14

**BINHTHANH IMPORT EXPORT PRODUCTION AND TRADE JOINT STOCK COMPANY**

334A Phan Van Tri St, Ward 11, Binh Thanh Dist, Hochiminh City, Vietnam

Tel: (00) 84 835162621 – 35163036          Fax: (00) 84 8 38411598

**The Buyer:**
**BINHTHANH IMPORT EXPORT PRODUCTION AND TRADE JOINT STOCK COMPANY**
334A Phan Van Tri St, Ward 11, Binh Thanh Dist, Hochiminh City, Vietnam
Tel: (00) 84 835162621 – 35163036  Fax: (00) 84 8 38411598
Contact Person: Duong
Email: thuyduong@gilimex.com/ ltduong.1005@gmail.com

**The Seller:**
**GRAPHIC INFORMATION SYSTEMS, INC**
7177 Central Parke BLVD, Mason OH, 45040
TEL: (513)-948-9099  FAX: (513)-948-9099
Contact person: Paul Kennell
Email: pkennell@GRAPHICINFO.COM

## PURCHASE ORDER
## PO: 0010122-GIS-BT
## DATE: Jan 12, 2022

W2202

| ITEM # | PART NO. | GILIMEX CODE | MATERIAL DESCRIPTION | MATERIAL BARCODE | COLOR | UNIT | QUANTITY (SET) H10 | QUANTITY (SET) H8 | TOTAL QTY (SET) | PRICE (USD)/SET | AMOUNT (USD) | REQUESTED READY DATE | REQUIRED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 270-00410 -13 | 2920700-0006-1392 | Bin Label Datama | 270-00410-1A | GREEN - PMS 349 | set | 72,580 | 31,142 | 103,722 | 0.024 | 2,489.33 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 2 | 270-00410 -13 | 2920700-0009-1424 | Bin Label Datama | 270-00410-1B | PURPLE - PMS 259 | set | | 31,142 | 31,142 | 0.024 | 747.41 | Mar-08 | 01/040/01 /FBA H8/W.2202 |
| 3 | 270-00410 -13 | 2920700-0005-1425 | Bin Label Datama | 270-00410-1C | YELLOW - PMS 109 | set | | 31,142 | 31,142 | 0.024 | 747.41 | Mar-08 | 01/040/01 /FBA H8/W.2202 |
| 4 | 270-00410 -13 | 2920700-0007-1426 | Bin Label Datama | 270-00410-1D | LT BLUE - PMS 283 | set | | 31,142 | 31,142 | 0.024 | 747.41 | Mar-08 | 01/040/01 /FBA H8/W.2202 |
| 5 | 270-00410 -13 | 2920700-0008-1427 | Bin Label Datama | 270-00410-1E | GRAY - PMS 430 | set | | 31,142 | 31,142 | 0.024 | 747.41 | Mar-08 | 01/040/01 /FBA H8/W.2202 |
| 6 | 270-00410 -13 | 2920700-0002-1428 | Bin Label Datama | 270-00410-1F | RED - PMS 485 | set | | 31,142 | 31,142 | 0.024 | 747.41 | Mar-08 | 01/040/01 /FBA H8/W.2202 |
| 7 | 270-00410 -13 | 2920700-0007-1429 | Bin Label Datama | 270-00410-1G | DK BLUE - PMS 288 | set | | 31,142 | 31,142 | 0.024 | 747.41 | Mar-08 | 01/040/01 /FBA H8/W.2202 |
| 8 | 270-00410 -13 | 2920700-0003-1805 | Bin Label Datama | 270-00410-1H | PINK - PMS 1895 | set | | 31,142 | 31,142 | 0.024 | 747.41 | Mar-08 | 01/040/01 /FBA H8/W.2202 |
| 9 | 270-00410 -13 | 2920700-0004-1806 | Bin Label Datama | 270-00410-1I | ORANGE - PMS 1375 | set | | 15,571 | 15,571 | 0.024 | 373.70 | Mar-08 | 01/040/01 /FBA H8/W.2202 |
| 10 | 270-00410 -13 | 2920700-0009-1807 | Bin Label Datama | 270-00410(1B→2B) | PURPLE - PMS 259 | set | 72,580 | | 72,580 | 0.048 | 3,483.84 | Mar-08 | 01/041/01/FBA H10/W.2202 |
| 11 | 270-00410 -13 | 2920700-0005-1808 | Bin Label Datama | 270-00410( 1C→2C) | YELLOW - PMS 109 | set | 72,580 | | 72,580 | 0.048 | 3,483.84 | Mar-08 | 01/041/01/FBA H10/W.2202 |

| ITEM # | PART NO. | GILIMEX CODE | MATERIAL DESCRIPTION | MATERIAL BARCODE | COLOR | UNIT | QUANTITY (SET) | | TOTAL QTY | PRICE | AMOUNT | REQUESTED READY DATE | REQUIRED DATE |
| | | | | | | | H10 | H8 | (SET) | (USD)/SET | (USD) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 270-00410-13 | 2920700-0005-1441 | Bin Label Datama | 270-00410(1C→4C) | YELLOW - PMS 109 | set | 72,580 | 31,142 | 103,722 | 0.096 | 9,957.31 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 20 | 270-00410-13 | 2920700-0007-1442 | Bin Label Datama | 270-00410(1D→4D) | LT BLUE - PMS 283 | set | 72,580 | 31,142 | 103,722 | 0.096 | 9,957.31 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 21 | 270-00410-13 | 2920700-0008-1443 | Bin Label Datama | 270-00410(1E→4E) | GRAY - PMS 430 | set | 72,580 | 31,142 | 103,722 | 0.096 | 9,957.31 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 22 | 270-00410-13 | 2920700-0002-1444 | Bin Label Datama | 270-00410(1F→4F) | RED - PMS 485 | set | 72,580 | 31,142 | 103,722 | 0.096 | 9,957.31 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 23 | 270-00410-13 | 2920700-0007-1445 | Bin Label Datama | 270-00410(1G→4G) | DK BLUE - PMS 288 | set | 72,580 | 31,142 | 103,722 | 0.096 | 9,957.31 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 24 | 270-00410-13 | 2920700-0003-1446 | Bin Label Datama | 270-00410(1H→4H) | PINK - PMS 1895 | set | 72,580 | 31,142 | 103,722 | 0.096 | 9,957.31 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 25 | 270-00410-13 | 2920700-0004-1447 | Bin Label Datama | 270-00410( 1I→4I) | ORANGE - PMS 1375 | set | 72,580 | 31,142 | 103,722 | 0.096 | 9,957.31 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 26 | 270-00410-13 | 2920700-0010-1448 | Bin Label Datama | 270-00410(1J→4J) | BROWN - PMS 4645 | set | 72,580 | 31,142 | 103,722 | 0.096 | 9,957.31 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 27 | 270-00410-13 | 2920900-0007-1482 | Bin Label Datama | 270-00410(1K→4K) | TEAL - PMS 326 | set | 72,580 | 15,571 | 88,151 | 0.096 | 8,462.50 | Mar-08 | 01/041/01/FBA H10/W.2202 01/040/01 /FBA H8/W.2202 |
| 28 | 270-00410-13 | 2920700-0005-1815 | Bin Label Datama | 270-00410(1L→4L) | CHARTREUSE - PMS 38 | set | 36,290 | | 36,290 | 0.096 | 3,483.84 | Mar-08 | 01/041/01/FBA H10/W.2202 |
| TOTAL | | | | | | | 1,415,310 | 591,698 | 2,007,008 | | 144,001.22 | | |

1. **Payment term:** **Net 70 days after invoice date**
**Bank:** **Fifth Third Bank**
**Routing #:** **042000314**
**Account #:** **7027671788**
**Swift code:** **FTBCUS3C**

# Exhibit 4C

# Filed Under Seal

# Exhibit 4D

**BINHTHANH IMPORT EXPORT PRODUCTION AND TRADE JOINT STOCK COMPANY**

**334A Phan Van Tri St, Ward 11, Binh Thanh Dist, Hochiminh City, Vietnam**

**Tel: (00) 84 835162621 – 35163036       Fax: (00) 84 8 38411598**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**The Buyer:**
**BINHTHANH IMPORT EXPORT PRODUCTION AND TRADE JOINT STOCK COMPANY**
334A Phan Van Tri St, Ward 11, Binh Thanh Dist, Hochiminh City, Vietnam
Tel: (00) 84 835162621 – 35163036  Fax: (00) 84 8 38411598
Contact Person: Duong
Email: thuyduong@gilimex.com/ ltduong.1005@gmail.com

**The Seller:**
**GRAPHIC INFORMATION SYSTEMS, INC**
7177 Central Parke BLVD, Mason OH, 45040
TEL: (513)-948-9099  FAX: (513)-948-9099
Contact person: Paul Kennell
Email: pkennell@GRAPHICINFO.COM

## PURCHASE ORDER
### PO: 0020222-GIS-BT
### DATE: Feb 24, 2022

**W2208**

| ITEM # | PART NO. | GILIMEX CODE | MATERIAL DESCRIPTION | MATERIAL BARCODE | COLOR | UNIT | QUANTITY (SET) | | | | TOTAL QTY (SET) | PRICE (USD)/SET | AMOUNT (USD) | REQUESTED READY DATE | REQUIRED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | H8 | H10 | H11 | H12 | | | | | |
| 1 | 270-00410 -13 | 2920700-0006-1392 | Bin label Datama | 270-00410-1A | GREEN - PMS 349 | set | 60,000 | 60,000 | 65,824 | 80 | 185,904 | 0.024 | 4,461.70 | TBA | 02/057/01 /FBA  H8/W.2208 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 10/032/11 /FBA  H12/W.2208 |
| 2 | 270-00410 -13 | 2920700-0009-1424 | Bin label Datama | 270-00410-1B | PURPLE - PMS 259 | set | 60,000 | | | 80 | 60,080 | 0.024 | 1,441.92 | TBA | 02/057/01  /FBA  H8/W.2208 10/032/11 /FBA  H12/W.2208 |
| 3 | 270-00410 -13 | 2920700-0005-1425 | Bin label Datama | 270-00410-1C | YELLOW - PMS 109 | set | 60,000 | | | 80 | 60,080 | 0.024 | 1,441.92 | TBA | 02/057/01  /FBA  H8/W.2208 10/032/11 /FBA  H12/W.2208 |
| 4 | 270-00410 -13 | 2920700-0007-1426 | Bin label Datama | 270-00410-1D | LT BLUE - PMS 283 | set | 60,000 | | | 80 | 60,080 | 0.024 | 1,441.92 | TBA | 02/057/01  /FBA  H8/W.2208 10/032/11 /FBA  H12/W.2208 |
| 5 | 270-00410 -13 | 2920700-0008-1427 | Bin label Datama | 270-00410-1E | GRAY - PMS 430 | set | 60,000 | | | 80 | 60,080 | 0.024 | 1,441.92 | TBA | 02/057/01  /FBA  H8/W.2208 10/032/11 /FBA  H12/W.2208 |
| 6 | 270-00410 -13 | 2920700-0002-1428 | Bin label Datama | 270-00410-1F | RED - PMS 485 | set | 60,000 | | | 80 | 60,080 | 0.024 | 1,441.92 | TBA | 02/057/01  /FBA  H8/W.2208 10/032/11 /FBA  H12/W.2208 |
| 7 | 270-00410 -13 | 2920700-0007-1429 | Bin label Datama | 270-00410-1G | DK BLUE - PMS 288 | set | 60,000 | | | 80 | 60,080 | 0.024 | 1,441.92 | TBA | 02/057/01  /FBA  H8/W.2208 10/032/11 /FBA  H12/W.2208 |
| 8 | 270-00410 -13 | 2920700-0003-1805 | Bin label Datama | 270-00410-1H | PINK - PMS 1895 | set | 60,000 | | | 40 | 60,040 | 0.024 | 1,440.96 | TBA | 02/057/01  /FBA  H8/W.2208 10/032/11 /FBA  H12/W.2208 |
| 9 | 270-00410 -13 | 2920700-0004-1806 | Bin label Datama | 270-00410-1I | ORANGE - PMS 1375 | set | 30,000 | | | | 30,000 | 0.024 | 720.00 | TBA | 02/057/01 /FBA  H8/W.2208 |
| 10 | 270-00410 -13 | 2920700-0009-1807 | Bin label Datama | 270-00410(1B→2B) | PURPLE - PMS 259 | set | | 60,000 | 65,824 | | 125,824 | 0.048 | 6,039.55 | TBA | 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 |
| 11 | 270-00410 -13 | 2920700-0005-1808 | Bin label Datama | 270-00410( 1C→2C) | YELLOW - PMS 109 | set | | 60,000 | 65,824 | | 125,824 | 0.048 | 6,039.55 | TBA | 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 |
| 12 | 270-00410 -13 | 2920700-0007-1809 | Bin label Datama | 270-00410( 1D→2D) | LT BLUE - PMS 283 | set | | 60,000 | 65,824 | | 125,824 | 0.048 | 6,039.55 | TBA | 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 |
| 13 | 270-00410 -13 | 2920700-0008-1810 | Bin label Datama | 270-00410(1E→2E) | GRAY - PMS 430 | set | | 60,000 | 65,824 | | 125,824 | 0.048 | 6,039.55 | TBA | 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 |
| 14 | 270-00410 -13 | 2920700-0002-1811 | Bin label Datama | 270-00410(1F→2F) | RED - PMS 485 | set | | 60,000 | 65,824 | | 125,824 | 0.048 | 6,039.55 | TBA | 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 |

| ITEM # | PART NO. | GILIMEX CODE | MATERIAL DESCRIPTION | MATERIAL BARCODE | COLOR | UNIT | QUANTITY (SET) | | | | TOTAL QTY | PRICE | AMOUNT | REQUESTED READY DATE | REQUIRED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | H8 | H10 | H11 | H12 | (SET) | (USD)/SET | (USD) | | |
| 15 | 270-00410 -13 | 2920700-0007-1812 | Bin label Datama | 270-00410(1G→2G) | DK BLUE - PMS 288 | set | | 60,000 | 65,824 | | 125,824 | 0.048 | 6,039.55 | TBA | 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 |
| 16 | 270-00410 -13 | 2920700-0003-1813 | Bin label Datama | 270-00410(1H→2H) | PINK - PMS 1895 | set | | 60,000 | 32,912 | | 92,912 | 0.048 | 4,459.78 | TBA | 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 |
| 17 | 270-00410 -13 | 2920700-0006-1430 | Bin label Datama | 270-00410(1A→3A) | GREEN - PMS 349 | set | | | | 80 | 80 | 0.072 | 5.76 | TBA | 10/032/11 /FBA  H12/W.2208 |
| 18 | 270-00410 -13 | 2920700-0009-1431 | Bin label Datama | 270-00410(1B→3B) | PURPLE - PMS 2599 | set | | | | 80 | 80 | 0.072 | 5.76 | TBA | 10/032/11 /FBA  H12/W.2208 |
| 19 | 270-00410 -13 | 2920700-0005-1432 | Bin label Datama | 270-00410(1C→3C) | YELLOW - PMS 109 | set | | | | 80 | 80 | 0.072 | 5.76 | TBA | 10/032/11 /FBA  H12/W.2208 |
| 20 | 270-00410 -13 | 2920700-0007-1433 | Bin label Datama | 270-00410(1D→3D) | LT BLUE - PMS 283 | set | | | | 80 | 80 | 0.072 | 5.76 | TBA | 10/032/11 /FBA  H12/W.2208 |
| 21 | 270-00410 -13 | 2920700-0008-1434 | Bin label Datama | 270-00410(1E→3E) | GRAY - PMS 430 | set | | | | 80 | 80 | 0.072 | 5.76 | TBA | 10/032/11 /FBA  H12/W.2208 |
| 22 | 270-00410 -13 | 2920700-0002-1435 | Bin label Datama | 270-00410(1F→3F) | RED - PMS 485 | set | | | | 80 | 80 | 0.072 | 5.76 | TBA | 10/032/11 /FBA  H12/W.2208 |
| 23 | 270-00410 -13 | 2920700-0007-1436 | Bin label Datama | 270-00410(1G→3G) | DK BLUE - PMS 288 | set | | | | 80 | 80 | 0.072 | 5.76 | TBA | 10/032/11 /FBA  H12/W.2208 |
| 24 | 270-00410 -13 | 2920700-0003-1437 | Bin label Datama | 270-00410(1H→3H) | PINK - PMS 1895 | set | | | | 80 | 80 | 0.072 | 5.76 | TBA | 10/032/11 /FBA  H12/W.2208 |
| 25 | 270-00410 -13 | 2920700-0006-1439 | Bin label Datama | 270-00410(1A→4A) | GREEN - PMS 349 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208 02/058/01/FBA  H10/W.2208 02/059/01 /FBA  H11/W.2208 |

| ITEM # | PART NO. | GILIMEX CODE | MATERIAL DESCRIPTION | MATERIAL BARCODE | COLOR | UNIT | QUANTITY (SET) | | | | TOTAL QTY | PRICE | AMOUNT | REQUESTED READY DATE | REQUIRED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | H8 | H10 | H11 | H12 | (SET) | (USD)/SET | (USD) | | |
| 26 | 270-00410-13 | 2920700-0009-1440 | Bin label Datama | 270-00410(1B→4B) | PURPLE - PMS 259 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 27 | 270-00410-13 | 2920700-0005-1441 | Bin label Datama | 270-00410(1C→4C) | YELLOW - PMS 109 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 28 | 270-00410-13 | 2920700-0007-1442 | Bin label Datama | 270-00410(1D→4D) | LT BLUE - PMS 283 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 29 | 270-00410-13 | 2920700-0008-1443 | Bin label Datama | 270-00410(1E→4E) | GRAY - PMS 430 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 30 | 270-00410-13 | 2920700-0002-1444 | Bin label Datama | 270-00410(1F→4F) | RED - PMS 485 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 31 | 270-00410-13 | 2920700-0007-1445 | Bin label Datama | 270-00410(1G→4G) | DK BLUE - PMS 288 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 32 | 270-00410-13 | 2920700-0003-1446 | Bin label Datama | 270-00410(1H→4H) | PINK - PMS 1895 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 33 | 270-00410-13 | 2920700-0004-1447 | Bin label Datama | 270-00410( 1I→4I) | ORANGE - PMS 1375 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 34 | 270-00410-13 | 2920700-0010-1448 | Bin label Datama | 270-00410(1J→4J) | BROWN - PMS 4645 | set | 60,000 | 60,000 | 65,824 | | 185,824 | 0.096 | 17,839.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 35 | 270-00410-13 | 2920900-0007-1482 | Bin label Datama | 270-00410(1K→4K) | TEAL - PMS 326 | set | 30,000 | 60,000 | 65,824 | | 155,824 | 0.096 | 14,959.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 36 | 270-00410-13 | 2920700-0005-1815 | Bin label Datama | 270-00410(1L→4L) | CHARTREUSE - PMS 382 | set | | 30,000 | 65,824 | | 95,824 | 0.096 | 9,199.10 | TBA | 02/057/01 /FBA  H8/W.2208<br>02/058/01/FBA  H10/W.2208<br>02/059/01 /FBA  H11/W.2208 |
| 37 | 270-00410-13 | 2920700-0011-1816 | Bin label Datama | 270-00410(1M→4M) | MAGENTA - PMS 807 | set | | | 32,912 | | 32,912 | 0.096 | 3,159.55 | TBA | 02/059/01 /FBA  H11/W.2208 |
| TOTAL | | | | | | | 1,140,000 | 1,170,000 | 1,316,480 | 1,240 | 3,627,720 | | 261,726.09 | | |

**1. Payment term:** Net 70 days after invoice date
**Bank: Fifth Third Bank**
**Routing #: 042000314**
**Account #: 7027671788**
**Swift code: FTBCUS3C**
**IBAN# FTBCUS3C (same as Swift code)**

**2. Delivery term:** **FOB USA**
**3. Quality:** **Follow AR specification**
**4.Tolerance:** 0%
**5. Shipping sample:**

**CONFIRM BY SUPLLIER**

**APPROVED BY**

**LE HUNG**

# Exhibit 4E

# Filed Under Seal