# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC., <br><br>          Plaintiff, <br>    -against- <br><br> AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, <br><br>          Defendant. | Case No.: 1:23-cv-00292-LGS |

## <u>DECLARATION OF JEAN CHOW-CALLAM</u>

I, Jean Chow-Callam, hereby declare as follows:

1. I am a Managing Director at Nardello & Co. LLC ("Nardello"), a global investigations firm. As a member of the Financial Investigations Forensics Accounting practice group, I am responsible for supporting our clients' financial and accounting business advisory needs, including in the context of investigations and civil litigations.

2. I submit this declaration based on my personal knowledge and my investigation of the facts herein. If called as a witness, I could and would testify competently to them.

3. I have over 25 years of experience in audit, controllership, compliance, investigations, financial consulting, and business advisory services, including cross-border matters. I have assisted clients on investigations of fraud, financial reporting, asset misappropriation, and corruption. I have previously worked at Big Four accounting and other financial advisory firms.

4. For five years, I was based in Hong Kong, and led the Financial Investigations and SEC Advisory Services practice in the Asia Pacific Region for an international consulting firm. In connection with many of my assignments, I reviewed supporting documentation for financial

1

transactions, such as purchase orders, bills of lading, and invoices.  I am a Certified Public Accountant (CPA) and Certified Fraud Examiner (CFE).

### *Corporate Records*

5.   I have reviewed the following corporate documents:

a.      The 2017 Corporate Governance Half-Year report of Plaintiff Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc. ("Gilimex").[1]  Page 7 contains an entry for Le Hung, with sub-entries for six individuals.  I have consulted *VDict.com*, an online Vietnamese-English dictionary, and learned that the first definition of "Anh," the word used to describe Le Nguu, is "elder brother."

b.      Two 2020 reports regarding Le Thi Kim Oanh's shareholding in Gilimex.  According to the reports, on July 7, 2020, Le Thi Kim Oanh's shareholdings in Gilimex amounted to more than 5% and on November 6, 2020, were just under 5% .

c.      The 2022 Annual Return for Blaze Max Hong Kong Limited ("Blaze Max"), which lists Le Thi Kim Oanh as the sole director and shareholder of Blaze Max.  The return also lists her address as No. 58 Street 39, Tan Quy Ward, District 7, Ho Chi Minh City, Vietnam.

d.      A 2023 Enterprise Registration Certificate for Transcontinent Logistics Co., Ltd d/b/a TCI Logistics Co. Ltd. ("TCI").  On the first page, next to each of Le Thi Kim Oanh and Le Nguu's names is an address which I believe corresponds to the address listed for Le Thi Kim Oanh in the 2022 Blaze Max Annual Return.  I also believe that the numbers in the "(%)" column indicate that Le Thi Kim Oanh and Le Nguu are the only shareholders of TCI, holding 80% and 20% respectively.

---

[1] https://static2.vietstock.vn/data/HOSE/2017/BCTHQT/VN/QUY%202/GIL_Baocaoquantri_6T_2017.pdf.

2

*Company Seals*

6.  I have been asked to explain and opine on the authenticity of company seals (also known as "chops") in Asia.

7.  I have reviewed certain documents produced by Gilimex in this litigation (the "Suspect Documents").[2]  The Suspect Documents depict, at the end of each document, an image of a company seal, also known as a "chop."  I understand that Gilimex has represented that the Suspect Documents are scanned copies of original hard copy purchase orders and demand letters, bearing wet ink signatures and stamps.

8.  In Vietnam, and in many countries in Asia, company seals or chops are used to certify the authenticity of documents, usually official and/or transactional documents.  In order to apply the seal to a document, a physical seal is used to stamp the document in ink, generally on top of the legal representative's signature.  The physical seal used to make the imprint on documents is a carefully guarded device, often stored in locked security boxes. Generally, only the company's legal representative or select members of senior management who have authorization to act on behalf of the legal representative have access to and can use the seal.

9.  The purpose of the seal, and the controls surrounding use of the physical seal, are to verify that a company's senior management has authorized a document.  Because images of seals and signatures can easily be photocopied or digitally copied and affixed to other documents, scanned documents with photocopied signatures and seals, rather than wet ink signatures and seals, are not considered as authentic.

10. Based on my review, certain of the Suspect Documents appear inauthentic.  I have

---

[2] GILM00279375; GILM00279376; GILM00279378; GILM00279430; GILM00279431; GILM00279435; GILM00279928; GILM00279929; GILM00279930; GILM00279932; GILM00279937; GILM00279940; GILM00279941; GILM00280225; GILM00280969; GILM00280974; GILM00280976; GILM00280978; GILM00281588; GILM00281633; GILM00281659; GILM00281677; GILM00281681.

observed that many of the images of the signatures and seals have characteristics that indicate that the documents on which they appear are not authentic, including that the seals and signatures appear to be identical and that certain of the seals appear to have been distorted. In my opinion, this indicates that the documents are not scans of documents with original, wet ink seals, and that, instead, the images appear to have been copied from other documents. I have provided examples of these observations below:

11. **EXAMPLE 1:**





**Fig. 1A**
**GILM00281588**
PO 0010122-BLM-BT, Jan. 6, 2022

**Fig. 1B**
**GILM00281633**
PO 0020422-BLM-BT, Apr. 7, 2022



**Fig. 1C**

**Fig. 1C (stretched horizontally)**

The stamps and signatures in Figure. 1A and Figure. 1B appear identical. The stamp and signature in Figure 1C appear to be derived from an image of the stamp and signature rather than an original. I base this conclusion on the following observations:

a. The placement of the signature with respect to the stamp is identical in Figures 1A, 1B, and 1C. For example: The horizontal line crosses the seal on the left side between the

4

"E" and the "D" of "LIMITED." The peak of the first letter crosses through the "Z" of "BLAZE."

b.        The stamps and signatures are blurred and faded in the same manner.  For example: In Figures 1A, 1B, and 1C, the right side of the seal is lighter than the left side of the seal.  In Figures 1A and 1B, the two horizontal lines of the signature are similarly broken on the right.

c.    The seals in Figures 1A and 1B are both cut off at the bottom, consistent with being copied and pasted from another document.

d.    The seal in Figure 1C appears less circular than that in Figures 1A and 1B. However, if that image is stretched slightly horizontally, it becomes circular.  This indicates that Figure 1C was distorted in the process of being copied from another document, because the physical seal itself cannot change its dimensions.

12. **EXAMPLE 2:**



**Fig. 2A**
**GILM00281681**
PO 010222-LT-BT

**Fig. 2B**
**GILM00279929**
Demand letter

**Fig. 2B (stretched horizontally)**

The stamps and signatures in Figure 2A and Figure 2B appear identical. I base this conclusion on the following observations:

a.      The placement of the signature with respect to the stamp is identical.  For example: The signature starts at the bottom of the "S" of "INDUSTRIAL" on the stamp, crosses below, then through the "M" on the left of the circle, crosses through the "P" on the right side of the outer circle, then extends vertically.

b.      The stamp of Nguyen Trong Bao's name is also placed identically, with the top

6

of the "T" adjacent to "O" on the bottom of the outer circle of the company stamp.

c.    The pen lines of the signatures are broken in the same manner.  For example: The vertical tail of the signature breaks in the same place above the upper right side of the seal. The bottom side of the loop on the left of the seal is lighter than the top side.

d.   The seal in Figure 2B appears less circular than that in Figure 2A.  However, if that image is stretched slightly horizontally, it becomes circular.  This indicates that Figure 2B was distorted in the process of being copied from another document, because the physical seal itself cannot change its dimensions.

13. **EXAMPLE 3:**

|                        |                        |
| :--------------------: | :--------------------: |
| **Fig. 3A**            | **Fig. 3B**            |
| **GILM00279375**       | **GILM00280974**       |
| PO 0010122-HP-BT, Jan. 15, 2022 | Demand letter |

The stamps and signatures in Fig. 3A and Fig. 3B appear to be identical. I base this conclusion on the following observations:

a.   The placement of the signature with respect to the stamp is identical.  For example:  The long vertical line intersects with the seal at the same places. The free-floating dash at the left of the signature is positioned in the same way.

b.   Although Figure 3A appears to be more faded than Figure 3B, the stamps are faded in the same manner.  For example, the breaks in the ink of the top right and bottom left portions of the outside circle are identical.

c.   The positioning of the name stamp to the right of the seal is also identical: the

name stamp is at the same angle and same distance from the seal.

14. **EXAMPLE 4:**



|  |  |
|---|---|
| **Fig. 4A** | **Fig. 4B** |
| **GILM00279376** | **GILM00280976** |
| PO 0010122-HTP-BT, Jan. 24, 2022 | demand letter |



**Fig. 4A (condensed horizontally)**

The stamps and signatures in Figure 4A and Figure 4B appear to be identical. I base this conclusion on the following observations:

      a.  The placement of the signature with respect to the stamp is identical. For example:  The signature intersects with the seal at the same location, between "HH" on the right side of the seal.  There appears to be a stray ink dot below "Hải" in both images.

      b.  Although the pen lines of the signature in Figure 4A appear more faded than in Figure 4B, they have the same shape and the ink is light and heavy in the same places.

      c.  The seal in Figure 4A appears to be less circular than that in Figure 4B. However, if that image is condensed slightly horizontally, it becomes circular.  This indicates that Figure 4A was distorted in the process of being copied from another document, because the physical seal itself cannot change its dimensions.

15. **EXAMPLE 5:**



**Fig. 5A**
**GILM00279378**
PO 0020222-TK-BT, Feb. 22, 2022



**Fig. 5B**
**GILM00281659**
Demand letter



**Fig. 5A (condensed horizontally)**

The stamps and signatures in Fig. 5A and Fig. 5B appear to be identical. I base this conclusion on the following observations:

     a.  The placement of the signature with respect to the stamp is identical. For example: The signature begins at the top of the "N" in "VINA," then crosses through the "I" and loops back up at the bottom of the "N," then at the bottom of the "A." It intersects with the seal at the same locations, for example, to the right side of the start in the letters around the edge of the seal. It also overlaps with the name stamp in the same locations, including at the top of the "NG" in "ONG" and above the "IA" in "GIAM."

     b.  The pen lines of the signatures are light and heavy in the same places: The top of the final loop is dark.

c. The seal in Figure 5A appears to be less circular than that in Figure 5B. However, if that image is condensed slightly horizontally, it becomes circular. This indicates that Figure 5A was distorted in the process of being copied from another document, because the physical seal itself cannot change its dimensions.

16. **EXAMPLE 6:**



**Fig. 6A**
**GILM00279430**
PO 0030322-DTD-BT, Mar. 11, 2022

**Fig. 6B**
**GILM00280969**
Demand letter

**Fig. 6A (condensed horizontally)**

The stamps and signatures in Fig. 6A and Fig. 6B appear to be identical. I base this conclusion on the following observations:

a. The placement of the signature with respect to the stamp is identical. For example: The signature starts with a small hook between "M" and "S" in the outer circle, then intersects the middle of "C" in "CONG." It then dips below the "N" in "DUONG." The diagonal line is positioned the same with respect to the seal and the name stamp below.

b. The pen lines of the signatures are light and heavy in the same places: The initial "hook" is dark. The end of the diagonal line trails off in the same way.

c. The seal in Figure 6A appears less circular than that in Figure 6B. However, if

that image is condensed slightly horizontally, it becomes circular.  This indicates that Figure 6A was distorted in the process of being copied from another document, because the physical seal itself cannot change its dimensions.

17. **EXAMPLE 7:**

**Fig. 7A**
**GILM00279431**
PO 0010122-DN-BT, Jan. 4, 2022

**Fig. 7B**
**GILM00280978**
Demand letter

**Fig. 7B (condensed horizontally)**

I believe that Figures 7A and 7B depict two separate company seals – one stamped in blue ink and one stamped in red ink.  These seals appear to be identical. I base this conclusion on the following observations:

a.      The placement of the two stamps is identical.  For example: The upper left corner of the red box is positioned directly below the "EN" of "DENIWEILL" and the upper right corner is positioned directly below the second "T" of "TEXTILE."  The blue stamp  is angled in the same way.

b.      The seals in Figure 7B appear wider than those in Figure 7A.  However, if Figure 7B is condensed slightly horizontally, the spacing aligns with that of Figure 7A.  This

11

indicates that either Figure 7A or 7B was distorted in the process of being copied from another

document, because the physical seals themselves cannot change their dimensions.

18. **EXAMPLE 8:**




**Fig. 8A**      **Fig. 8B**
**GILM00279435**      **GILM00281677**
PO 0020322-TH-BT, Feb. 11, 2022      Demand letter



**Fig. 8A (condensed horizontally)**

The stamps and signatures in Figure 8A and Figure 8B appear identical. I base this conclusion

on the following observations:

    a.    The placement of the signature with respect to the stamp is identical.  For

example:  The signature intersects the "C" and "Y" of "CONG TY" in the same place.  The

tail of the signature intersects with the perimeter in the same place, just touching the bottom of

the star on the right.  The accent over the "a" in "Dam" starts at the "A" in "LAO."

    b.  The seal in Figure 8A appears less circular than that in Figure 8B.  However, if

that image is condensed slightly horizontally, it becomes circular.  This indicates that Figure

8A was distorted in the process of being copied from another document, because the physical

seal itself cannot change its dimensions.

c.    In both Figure 8A and 8B, there is a faint line below the signature, which appears to be a remnant of copying and pasting.

19.    In my opinion, the images of seals and signatures described in Examples 1-8 do not indicate that these documents were physically stamped  or signed.  The identical nature of these images makes it likely that at least one stamp and signature in each set of images was copied from another document.

Executed on June 9, 2025
in Los Angeles, California

By:    _____

Jean Chow-Callam
Nardello & Co. LLC

13