# Exhibit 6

DRAFT
PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC., | Case No.: 1:23-cv-00292-LGS |
| Plaintiff, -against- | |
| AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, | |
| Defendant. | |

## DECLARATION OF ALBERTO OROZCO

I, Alberto Orozco, hereby declare as follows:

1.      I am a Managing Director at Nardello & Co LLC ("Nardello"), a global investigations firm. As a member of the Financial Investigations Forensics Accounting practice group, I am responsible for supporting clients with financial and accounting needs, including in the context of investigations and civil litigations. I have more than 20 years of experience providing financial consulting, accounting, and business advisory services. Prior to working at Nardello, I was a partner in the Forensics and Investigations practice at one of the "Big Four" accounting firms. I have assisted clients on investigations of fraudulent financial reporting, asset misappropriation, procurement practices, and corruption. I am a Certified Public Accountant in Texas.

2.      I submit this declaration based on my personal knowledge and my investigation of the facts herein. If called as a witness, I could and would testify competently to them.

3.      I have reviewed a November 18, 2021, purchase order (10222-BML-BT) (the "November 2021 Purchase Order"), to Blaze Max Hong Kong Ltd. ("Blaze Max")[1] produced by Plaintiff Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc. ("Gilimex").

4.      I have also reviewed 22 Purchase and Quantity Reports ("Weekly Inventory Reports") produced by Gilimex, covering the period from October 2021 through October 2022 (the "Covered Period").[2] These reports include a tab detailing Gilimex's weekly inventory balances for raw materials. They also include a tab labeled "TON NCC" ("Supplier Inventory") which provides detailed information about Gilimex's purchase of materials, including: Gilimex customer and supplier names, purchase order numbers, purchase order dates, material codes and descriptions (*e.g.,* material name, dimensions, and color), quantities ordered, quantities delivered, remaining quantities to be delivered, and goods in transit.

5.      I have been asked to determine whether the November 2021 Purchase Order and the materials identified therein are reflected in the Weekly Inventory Reports.

6.      There is no record of the existence of the November 2021 Purchase Order in the Weekly Inventory Reports.  The Weekly Inventory Reports do not reflect the purchase of the materials listed in the November Purchase Order.

7.      To analyze the Weekly Inventory Reports, I consolidated the relevant data from the Supplier Inventory tab into a single dataset (the "Consolidated Report").  The Consolidated Report

---

[1] GILM00282131.

[2] GILM00236082, GILM00236045, GILM00236005, GILM00235972, GILM00235827, GILM00235776, GILM00235744, GILM00235724, GILM00235608, GILM00235572, GILM00235425, GILM00235321, GILM00235219, GILM00235192, GILM00235020, GILM00234915, GILM00234852, GILM00234815, GILM00234798, GILM00234706, GILM00245665, GILM00245593.

2

reflects a total of 1,329 purchase orders issued during the Covered Period, which included 1,503 distinct materials and involved 163 different suppliers.

8.      Within the Consolidated Report, I searched for "10222-BML-BT," the number assigned to the November 2021 Purchase Order, and variations on that number.  I did not find any reference to the November 2021 Purchase Order. As noted above, the Supplier Inventory tab tracks all purchase orders issued by Gilimex, along with delivery statuses and outstanding quantities of materials. Even purchase orders for which materials had not yet been delivered are listed in the tab, with their undelivered quantities noted.

9.      I also performed keyword searches within the Consolidated Report for purchase orders to Blaze Max, using both the vendor name ("Blaze Max") and purchase order numbers containing the initials "BML-BT" (which I believe Gilimex used to indicate when Blaze Max was the counterparty on a purchase order). I identified ten purchase orders issued to Blaze Max during the Covered Period.[3]  Gilimex ordered only two materials from Blaze Max in those 10 purchase orders:

   a.  Material 2410506-1005-672 (Polyester 300D x 2 x 600D coat PU 2 times) ("Material 672")— 36.2 million units across ten purchase orders; and

   b.  Material 2410505-1005-804 (Polyester 500D x 500D coat PU 1 time) ("Material 804") — 500 thousand units within a single purchase order.[4]

---

[3] 0130921-BML-BT, 0010322-BML-BT, 0020120- BML-BT, 0030320- BML-BT, 0030522- BML-BT, 0040722- BML-BT, 0060919- BML-BT, 0120721- BML-BT, 0140921- BML-BT, and 0151121- BML-BT.

[4] Material 804 is not listed in the November Purchase Order.  The Supplier Inventory tab indicates that these units were not delivered to Gilimex.

10.     Of the 72 materials listed in the November 2021 Purchase Order, only the material identified with code Material 672 appears to have been actually supplied by Blaze Max.

11.     The Weekly Inventory Reports reflect that Gilimex purchased the other 71 products in the November 2021 Purchase Order from suppliers other than Blaze Max.  There is no indication in the Weekly Inventory Reports that Blaze Max ever supplied any of the materials listed in the November Purchase Order, other than Material 672, to Gilimex.

12.     According to the Weekly Inventory Reports, of the 36.2 million units of Material 672 that Gilimex ordered from Blaze Max during the Covered period, 20.6 million units were delivered, leaving, at most, 15.6 million units outstanding.

13.     According to the Weekly Inventory Reports, as of May 22, 2022, Gilimex's inventory balance for Material 672 was approximately 11.3 million units.  Gilimex continued to buy additional Material 672 from Blaze Max, ordering 3.2 million units on May 25, 2022, and another 2.25 million units on August 10, 2022.[5]

Executed on June 9, 2025
in New York, New York

By:  _____
　　　Alberto Orozco
　　　Nardello & Co. LLC

---

[5] 0030522-BML-BT and 0040722-BML-BT.

4