Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, <br><br> Defendant. | Case No.:  1:23-cv-00292-LGS |

**DECLARATION OF EDWARD E. FILUSCH IN SUPPORT OF PLAINTIFF BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO.'S OPPOSITION TO DEFENDANT'S MOTION FOR A PRE-MOTION CONFERENCE AND SANCTIONS**

Edward E. Filusch, an attorney duly admitted to practice in the State of New York and in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner of the law firm of Kasowitz Benson Torres LLP, counsel for Binh Thanh Import Export Production & Trade Joint Stock Co. ("Gilimex") in the above-captioned matter.  I am familiar with the facts and circumstances of this action.  I make this declaration in support of Gilimex's opposition to defendant Amazon.com Services LLC's ("Amazon's") motion for a pre-motion conference and sanctions (Dkt. 176, the "Motion").

2.      In support of Gilimex's opposition to Amazon's Motion, attached hereto are true and correct copies of the exhibits identified herein.

3.      Attached hereto as Exhibit 1A is a November 19, 2021 email chain between Terry Sall, Foday Bayon, and others, bearing the bates numbers AMAZ00017163-64, which was produced in this litigation.

4.      Attached hereto as Exhibit 1B is an April 7, 2015 email chain between Tom Barry,

Le Thao, and others, bearing the bates numbers GILM00002493-95, which was produced in this litigation.

     I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 17, 2025
New York, New York

**KASOWITZ BENSON TORRES LLP**

By: _/s/ Edward E. Filusch_
    Edward E. Filusch

    1633 Broadway
    New York, New York 10019
    Tel.: (212) 506-1710
    Fax: (212) 506-1800

Exhibit 1A

Filed Under Seal

# Exhibit 1B

| | |
|---|---|
| **From:** | Tom Barry <TBarry@yeuell.com> |
| **Sent:** | Tuesday, April 7, 2015 6:12 AM |
| **To:** | GILIMEX - LE THAO <lethao@gilimex.com> |
| **Cc:** | HOANG BAC - GILIMEX <hoangbac@gilimex.com>; GILIMEX - BICH THUAN <bichthuan@gilimex.com>; HGRAND@kivasystems.com; lvivona@KivaSystems.com |
| **Subject:** | Re: Updated Label Supplier Contacts |
| **Attach:** | image001.jpg; image002.jpg; image003.jpg |

Hi Thao

Do you have a list of the labels you need and the quantities of each part number?  ( for example how many each of 1A, 2 A, 3A etc)

We can complete most if not all within that time frame

Tom

On Apr 6, 2015, at 10:58 PM, "GILIMEX - LE THAO <lethao@gilimex.com> wrote:

> Dear Mr. Tom,
>
> Could you please advise us the quantity of labels you can produce in 25 days?
> Because we find that your leadtime is too long, it cannot reach our schedule for production.
>
> Many thanks,
> Thao
>
> ***Thanks and best regards!***
> -------------------------------------------
> **LÊ THẢO**
> **Business Department**
> **Binh Thanh Imp - Exp Production And Trade Joint Stock Company**
> *334A Phan Van Tri, ward 11, Binh Thanh district, Ho Chi Minh City, Viet Nam*
> *Tel: (84) 8 3516 2288, Ext: 112*
> *Mobile: (84) 0942 627 932*
> *Skype: thaole2511*
> *Email: lethao@gilimex.com, gmail: lethao2511@gmail.com*
> *Website: www.gilimex.com*
>
> ---
> **From:** Tom Barry [mailto:TBarry@yeuell.com]
> **Sent:** 07/04/2015 3:19 AM
> **To:** GILIMEX - LE THAO
> **Cc:** HOANG BAC - GILIMEX; 'GILIMEX - BICH THUAN'; HGRAND@kivasystems.com; lvivona@KivaSystems.com
> **Subject:** RE: Updated Label Supplier Contacts
>
> Hi Thao

1

CONFIDENTIAL

GILM00002493

I just wanted to follow up with you on your requirement for labels.

Will you be placing an order soon for these?  You indicated that you needed them quickly.  We can get started on production as soon as you place an order/

Please let me know if you have any questions, or if I can be of any assistance

Tom

---

**From:** GILIMEX - LE THAO [mailto:lethao@gilimex.com]
**Sent:** Wednesday, April 01, 2015 10:14 PM
**To:** Tom Barry
**Cc:** HOANG BAC - GILIMEX; 'GILIMEX - BICH THUAN'; HGRAND@kivasystems.com; lvivona@KivaSystems.com
**Subject:** RE: Updated Label Supplier Contacts

Dear Mr. Barry,

I'm Thao from Business Dept, Gilimex company which is one of suppliers of KIVA.
It's nice to contact with you!

As designated from KIVA team, we can buy below labels from your company.
<image001.jpg>

We are currently in urgent need of 1,500,000 pcs of labels to catch up with delivery time for KIVA, therefore, please kindly advise us following information:

1.   Price? Incoterm?
2.   Payment method?
3.   Leadtime of production?
     If we order 1,500,000 pcs, how long do you produce them? And what about the delivery time if shipping by sea from your company to our factory?

We appreciate if you have feedback within today.

Many thanks,
Thao

*Thanks and best regards!*
---------------------------------------------

**LÊ THẢO**
**Business Department**
**Binh Thanh Imp - Exp Production And Trade Joint Stock Company**
*334A Phan Van Tri, ward 11, Binh Thanh district, Ho Chi Minh City, Viet Nam*
*Tel: (84) 8 3516 2288, Ext: 112*
*Mobile: (84) 0942 627 932*

2

CONFIDENTIAL

GILM00002494

*Skype: thaole2511*
*Email: lethao@gilimex.com, gmail: lethao2511@gmail.com*
*Website: www.gilimex.com*

---

**From:** Grand, Heather [mailto:HGRAND@kivasystems.com]
**Sent:** Tuesday, March 31, 2015 10:34 PM
**To:** hoangbac@gilimex.com
**Subject:** Updated Label Supplier Contacts

Hello Bac,

We currently have two certified suppliers for the pod labels with negotiated pricing.  It is recommended that we split orders as best we can (50-50) between Graphic Information Systems (GIS) and Yeuell.   I've provided both contacts below for your records.   Feel free to contact me with any questions regarding this request.

GIS
Paul Kennell
(513) 532-3080
pkennell@graphicinfo.com

Yeuell
Tom Barry
(781) 933-2984
TBarry@yeuell.com

Thank you,
Heather

**Heather Grand**                                        <image002.jpg>
Commodity Specialist
<image003.jpg>
t: 781.362.5025
m: 978.905.9305
Hgrand@Amazon.com
300 Riverpark Drive | North Reading, MA 01864 | USA

3

GILM00002495