# Exhibit 2

Filed Under Seal

# Exhibit 2A

Filed Under Seal

# Exhibit 2B

# Filed Under Seal