# Exhibit 3

Filed Under Seal

# Exhibit 3A

Filed Under Seal

# Exhibit 3B

# Filed Under Seal