Exhibit 4

Filed Under Seal

# Exhibit 4A

Filed Under Seal

Exhibit 4B

Filed Under Seal

Exhibit 4C

Filed Under Seal

Exhibit 4D

Filed Under Seal