# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINH THANH IMPORT EXPORT
PRODUCTION & TRADE JOINT STOCK
CO., d/b/a GILIMEX, INC.,

      Plaintiff,

    -against-

AMAZON.COM SERVICES, LLC, d/b/a
AMAZON ROBOTICS,

      Defendant.

Case No.:  1:23-cv-00292-LGS

I, LE HUNG, declare pursuant to 28 U.S.C. §1746 as follows:

1.      I am the Chairman of Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc. ("Gilimex").  I submit this declaration in support of Gilimex's response to Amazon's letter motion accusing Gilimex of fraud and the declarations submitted therewith. I have personal knowledge of the facts set forth in this declaration.

2.      I have reviewed the allegations Amazon makes against Gilimex that Gilimex has engaged in fraud.  Gilimex vehemently disputes all of Amazon's accusations.

3.      I have already declared under penalty of perjury in my May 21, 2025 declaration I submitted in opposition to Amazon's motions *in limine* (Dkt. 152) that the November 2021 Blaze Max Purchase Order (the "Purchase Order") and Gilimex's minutes of meetings between Gilimex and Blaze Max to discuss resolution of the outstanding purchase order and Blaze Max's continued warehousing charges (the "Meeting Minutes") are true and authentic.

4.      Amazon's continued lies about my credibility and honor are outrageous and I feel betrayed and hurt after the longstanding relationship I, and Gilimex, had as Amazon's strategic partner.

5.      At counsel's request, I contacted Le Thi Kim Oanh—a director at Blaze Max Hong Kong Ltd. ("Blaze Max"), who is married to my older brother, Le Nguu—to see if she would also be willing to submit a declaration confirming the legitimacy of the Purchase Order and Meeting Minutes to put this issue to rest.

6.      While Ms. Le advised she is willing to provide a declaration attesting to the authenticity of the Purchase Order and Meeting Minutes, Blaze Max and Ms. Le have otherwise ceased all communication and directed all further communications be made through their attorney.

1

CONFIDENTIAL - ATTORNEY'S EYES ONLY

7.      Gilimex received a letter from Blaze Max's attorney on June 16, 2025 (the "Letter"). The Letter states that as a result of the lawsuit filed by Gilimex against Amazon, Amazon's allegations have harmed the reputation of Blaze Max and the personal honor of Ms. Le Thi Kim Oanh. Consequently, Blaze Max and Ms. Le Thi Kim Oanh are compelled to respond by submitting a sworn declaration. Should Gilimex or other related parties seek personal information regarding Ms. Le Thi Kim Oanh or Blaze Max's business practices, they must obtain a ruling from a court with appropriate jurisdiction. Blaze Max will comply with any such court order. However, should that happen, Blaze Max and Ms. Le Thi Kim Oanh will promptly file a lawsuit against Gilimex for failure to fulfill outstanding purchase orders and failure to make timely payments. The Letter further states that from the date of receipt of this letter, Gilimex must communicate only through the authorized legal representative of Blaze Max and Ms. Le Thi Kim Oanh, in writing. This letter is attached as Exhibit A.

8.      Gilimex and Blaze Max do not currently have a good relationship. Ever since Amazon terminated our business relationship, Gilimex has been unable to pay Blaze Max for the materials it ordered and warehousing costs for the material, for which Blaze Max has continued to charge Gilimex $162,000 USD per month. Gilimex produced to Amazon the debit notes Blaze Max issued to Gilimex between April 2022 and October 2023. GILM00282113; GILM00282224. The debit notes Gilimex has received from November 2023 through May 2025 are attached as Exhibit B.

9.      Blaze Max has threatened to sue Gilimex because of Gilimex's failure to pay Blaze Max, which was caused by Amazon.

10.     I do not have any control or ownership interest in Blaze Max. Nor does Gilimex. Gilimex and Blaze Max's relationship is solely that of customer and supplier.

11.     This declaration was translated in its entirety to Vietnamese before I signed it. I fully understand the contents herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2025
Ho Chi Minh City, Vietnam

LE HUNG

2

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**TÒA ÁN KHU VỰC HOA KỲ**

**KHU VỰC NAM NEW YORK**

| | |
|---|---|
| CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH XUẤT NHẬP KHẨU BÌNH THẠNH, tên giao dịch là GILIMEX, INC., <br><br> Nguyên đơn, <br><br> -với- <br><br> AMAZON.COM SERVICES, LLC, tên giao dịch là <br><br> AMAZON ROBOTICS, <br><br> Bị đơn. | Số vụ kiện: 1:23-cv-00292-LGS |

Tôi, LE HUNG, xin khai theo mục 28 U.S.C. §1746 như sau:

1. Tôi là Chủ tịch của Công Ty Cổ Phần Sản Xuất Kinh Doanh Xuất Nhập Khẩu Bình Thạnh, gọi tắt là Gilimex, Inc. ("Gilimex"). Tôi nộp bản tuyên bố này nhằm hỗ trợ cho văn bản phản hồi của Gilimex đối với thư yêu cầu của Amazon, trong đó cáo buộc Gilimex gian lận và kèm theo các bản tuyên bố liên quan. Tôi có hiểu biết trực tiếp về các sự việc được nêu trong bản tuyên bố này.

2. Tôi đã xem xét các cáo buộc mà Amazon đưa ra chống lại Gilimex rằng Gilimex đã tham gia vào hành vi gian lận. Gilimex phản đối kịch liệt tất cả các cáo buộc của Amazon.

3. Trong bản tuyên bố đề ngày 21 tháng 5 năm 2025 mà tôi đã nộp để phản đối các yêu cầu trong limine của Amazon (Dkt. 152), tôi đã tuyên bố dưới hình phạt về tội khai man rằng Đơn đặt hàng của Blaze Max vào tháng 11 năm 2021 (sau đây gọi là Đơn đặt hàng) và Biên bản cuộc họp giữa Gilimex và Blaze Max nhằm thảo luận về việc giải quyết Đơn đặt hàng chưa được thanh toán cũng như các khoản phí lưu kho đang tiếp diễn của Blaze Max (sau đây gọi là 'Biên bản cuộc họp') là đúng sự thật và chính xác.

4. Những lời nói dối liên tục của Amazon về uy tín và danh dự của tôi là vô lý, tôi cảm thấy bị phản bội và tổn thương sau mối quan hệ lâu dài giữa tôi và Gilimex với tư cách là đối tác chiến lược của Amazon.

5. Theo yêu cầu của luật sư, tôi đã liên hệ với Lê Thị Kim Oanh—giám đốc tại Blaze Max Hong Kong Ltd. ("Blaze Max"), vợ của anh trai tôi, Lê Ngưu —để xem liệu cô ấy có đồng ý nộp bản tuyên bố xác nhận tính hợp pháp của Đơn đặt hàng và Biên bản cuộc họp để giải quyết vấn đề này hay không.

6. Mặc dù bà Lê bày tỏ sẵn sàng cung cấp một bản tuyên bố xác nhận tính xác thực của Đơn đặt hàng và Biên bản cuộc họp, Blaze Max và bà Lê sau đó đã chấm dứt mọi liên lạc trực tiếp và yêu cầu rằng mọi trao đổi tiếp theo phải được thực hiện thông qua luật sư của họ.

7. Vào ngày 16 tháng 6 năm 2025, Gilimex đã nhận được một bức thư từ luật sư đại diện của Blaze Max (sau đây gọi là "Thư"). Trong Thư nêu rõ rằng, do vụ kiện bởi

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Gilimex khởi xướng chống lại Amazon, các cáo buộc từ phía Amazon đã gây tổn hại đến uy tín của Blaze Max cũng như danh dự cá nhân của bà Lê Thị Kim Oanh. Do đó, Blaze Max và bà Lê Thị Kim Oanh buộc phải có phản hồi bằng cách nộp một bản tuyên bố có tuyên thệ.Thư cũng nêu rằng, nếu Gilimex hoặc bất kỳ bên liên quan nào có yêu cầu tiếp cận thông tin cá nhân của bà Lê Thị Kim Oanh hoặc các hoạt động kinh doanh của Blaze Max, họ phải được nhận phán quyết từ tòa án có thẩm quyền phù hợp. Blaze Max cam kết sẽ tuân thủ bất kỳ lệnh nào từ tòa án như vậy. Tuy nhiên, trong trường hợp điều đó xảy ra, Blaze Max và bà Lê Thị Kim Oanh sẽ lập tức khởi kiện Gilimex vì không thực hiện các đơn hàng còn tồn đọng và không thanh toán đúng hạn. Ngoài ra, Thư còn quy định rằng, kể từ ngày Gilimex nhận được Thư này, mọi trao đổi phải được thực hiện bằng văn bản và thông qua đại diện pháp lý được ủy quyền của Blaze Max và bà Lê Thị Kim Oanh. Thư này được đính kèm làm Phụ lục A.

8.    Hiện tại, Gilimex và Blaze Max đang không có mối quan hệ tốt. Kể từ khi Amazon chấm dứt hợp tác kinh doanh, Gilimex không có khả năng chi trả cho Blaze Max về vật liệu đã đặt hàng, cũng như chi phí kho bãi mà Blaze Max vẫn tiếp tục thu phí Gilimex số tiền $162,000 USD hằng tháng. Gilimex đã xuất trình cho Amazon các giấy ghi nợ Blaze Max đã phát hành cho Gilimex từ tháng 4 năm 2022 đến tháng 10 năm 2023. GILM00282113; GILM00282224. Các giấy ghi nợ Gilimex đã nhận được từ tháng 11 năm 2023 đến tháng 5 năm 2025 được đính kèm dưới dạng Phụ lục B.

9.    Blaze Max đã đe dọa sẽ kiện Gilimex vì Gilimex không trả tiền cho Blaze Max, nguyên nhân là do Amazon.

10.    Tôi không có bất kỳ quyền kiểm soát hoặc quyền sở hữu nào đối với Blaze Max. Gilimex cũng vậy. Mối quan hệ giữa Gilimex và Blaze Max chỉ là mối quan hệ giữa khách hàng và nhà cung cấp.

11.    Bản tuyên thệ này được dịch hoàn toàn sang tiếng Việt trước khi tôi ký. Tôi hoàn toàn hiểu tất cả nội dung trong văn bản này.

Tôi xin khai dưới hình phạt về tội khai man theo luật pháp Hoa Kỳ rằng những điều trên là đúng sự thật và chính xác.

Lập ngày 16 tháng 6 năm 2025
Thành phố Hồ Chí Minh, Việt Nam

Đã ký và đóng dấu
LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

.Tôi, **Tô Thị Việt Hoa**, CCCD số 001175039250 cấp ngày 10/07/2021 tại Cục Cảnh sát Quản lý Hành chính về Trật tự Xã hội, cam đoan đã dịch chính xác giấy tờ/văn bản từ tiếng Anh sang tiếng Việt

**NGƯỜI DỊCH**

**TÔ THỊ VIỆT HOA**

## LỜI CHỨNG CỦA CÔNG CHỨNG VIÊN

Hôm nay, **ngày 17 tháng 06 năm 2025 (ngày mười bảy, tháng sáu, năm hai ngàn không trăm hai mươi lăm)**

Tại Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh, địa chỉ tại: 158 Trần Não, phường An Khánh, thành phố Thủ Đức, thành phố Hồ Chí Minh.

Tôi *Đặng Da Nguyên*......, công chứng viên, trong phạm vi trách nhiệm của mình theo quy định của pháp luật,

## CHỨNG NHẬN:

- Bản dịch này do Bà Tô Thị Việt Hoa, cộng tác viên phiên dịch của Văn phòng Công chứng Thủ Thiêm, Thành phố Hồ Chí Minh dịch từ tiếng Anh sang tiếng Việt;

- Chữ ký trong bản dịch đúng là chữ ký của Bà Tô Thị Việt Hoa;

- Nội dung bản dịch chính xác, không vi phạm pháp luật, không trái đạo đức xã hội;

- Văn bản công chứng này được lập thành **03 (ba)** bản chính, mỗi bản gồm **05(năm) tờ, 05 (năm)** trang, lưu **01 (một)** bản tại Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh.

**Số công chứng: 514**

**Quyển số: 06/2025 TP/CC-SCC/BD.**

**CÔNG CHỨNG VIÊN**

*Đặng Da Nguyên*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

I, **To Thi Viet Hoa,** Citizen ID Card No.: 001175039250 issued by the Police Department for Administrative Management of Social Order on July 10, 2021, undertake that I translated the documents from English to Vietnamese accurately

### TRANSLATOR

(Signed)

### TO THI VIET HOA

---

### TESTIMONY OF NOTARY

Today, 17/06/2025 (the seventeenth day of June, twenty twenty-five)

At Thu Thiem Notary Office, Ho Chi Minh City, address: 158 Tran Nao Street, An Khanh Ward, Thu Duc City, Ho Chi Minh City

I, **Dang Da Nguyen,** Notary of Thu Thiem Notary Office

### DO HEREBY CERTIFY THAT:

- This translation is translated from English to Vietnamese by Ms. To Thi Viet Hoa, a translation collaborator of Thu Thiem Notary Office, Ho Chi Minh City,

- The signature in the translation is the signature of Ms. To Thi Viet Hoa;

- The content of the translation is accurate, does not violate the law, and is not contrary to social ethics

- This notarial certificate is made into **03 (three)** originals, each consists of **05 (five)** sheets, **05 (five)** pages, and **01 (one)** original is kept at Thu Thiem Notary Office, Ho Chi Minh City.

**Certification No.: 514**
**Book No.: 06/2025 TP/CC-SCC/BD.**

### NOTARY

(Signed and sealed)

**Dang Da Nguyen**



CONFIDENTIAL - ATTORNEY'S EYES ONLY

I, To Thi Viet Hoa, (Citizen ID. No.: 001175039250 issued by Police Department for Administrative Management of Social Order on July 10, 2021) do undertake that I have translated the document correctly and exactly from Vietnamese into English

Tôi, Tô Thị Việt Hoa (CCCD số 001175039250 cấp ngày 10/07/2021 tại Cục Cảnh sát Quản lý Hành chính về Trật tự Xã hội), cam đoan đã dịch chính xác giấy tờ/văn bản từ tiếng Việt sang tiếng Anh

**Người dịch/Translator**

*~Nhw~*

**TÔ THỊ VIỆT HOA**

| TESTIMONY OF NOTARY | LỜI CHỨNG CỦA CÔNG CHỨNG VIÊN |
|---|---|
| Today, on June 17, 2025 (the seventeeth day of June, Twenty twenty - five) | Hôm nay, ngày 17 tháng 6 năm 2025 (ngày mười bảy, tháng sáu, năm hai ngàn không trăm hai mươi lăm) |
| At Thu Thiem Notary Office, Ho Chi Minh City, address: 158 Tran Nao, An Khanh Ward, Thu Duc City, Ho Chi Minh City. | Tại Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh, địa chỉ tại: 158 Trần Não, phường An Khánh, thành phố Thủ Đức, thành phố Hồ Chí Minh. |
| I *Đặng Đa Nguyên*................., Notary, in my responsibility in accordance with the law, | Tôi *Đặng Đa Nguyên*..., công chứng viên, trong phạm vi trách nhiệm của mình theo quy định của pháp luật, |

**CERTIFY:**

- This translation is translated from Vietnamese into English by Ms. To Thi Viet Hoa, translator collaborator of Thu Thiem Notary Office, Ho Chi Minh City;
- The signature in the translation is exactly the signature of Ms. To Thi Viet Hoa;
- The translation content is accurate, does not violate the law, is not contrary to social morality;
- This notarized document is made into 03 (three) originals, each original consists of 07 (seven) sheets, 07 (seven) pages, and 01 (one) orignal is kept at Thu Thiem Notary Office, Ho Chi Minh City.

Certification No.: **515**, Book No.**06/2025** TP/CC-SCC/BD

**CHỨNG NHẬN:**

- Bản dịch này do Bà Tô Thị Việt Hoa, cộng tác viên phiên dịch của Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh dịch từ tiếng Việt sang tiếng Anh;
- Chữ ký trong bản dịch đúng là chữ ký của Bà Tô Thị Việt Hoa;
- Nội dung bản dịch chính xác, không vi phạm pháp luật, không trái đạo đức xã hội;
- Văn bản công chứng này được lập thành 03 (ba) bản chính, mỗi bản gồm 07 (bảy) tờ, 07 (bảy) trang, lưu 01 (một) bản tại Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh.

Số công chứng: **515**, quyển số **06/2025** TP/CC-SCC/BD

**NOTARY**

**CÔNG CHỨNG VIÊN**

*Nguyên*

*Đặng Đa Nguyên*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Exhibit 2A

**SOCIALIST REPUBLIC OF VIETNAM**
**Independence – Freedom – Happiness**
------------------------

Ho Chi Minh City, June 16, 2025

To: Binh Thanh Import-Export Production and Trading Joint Stock Company (Gilimex)

*(Address: 334A Phan Van Tri Street, Ward 11, Binh Thanh District, Ho Chi Minh City)*

My name is: Nguyen Chau Hoan

Date of birth: June 9, 1956

Citizen Identification No.: 036056001123, issued on November 22, 2021 by the Department of Police Administration of Social Order Management.

Law Practice License No.: 12090/LS, issued on June 20, 2017.

Position: Lawyer, Branch Manager of PHS and HN Law Firm LLC in Hanoi

Address: No. 2, Lane 54/14, Nguyen Chi Thanh Street, Dong Da District, Hanoi City

I am a duly authorized legal representative of Blaze Max Hong Kong Ltd (hereinafter referred to as "Blaze Max") and Ms. Le Thi Kim Oanh, who is currently a Director and legal representative of Blaze Max.

On June 16, 2025, Mr. Le Hung and Binh Thanh Import-Export Production and Trading Joint Stock Company ("Gilimex") requested that Ms. Le Thi Kim Oanh confirm the purchase orders and meeting minutes related to the outstanding debts between Gilimex and Blaze Max.

Blaze Max has confirmed that Gilimex owes a total of $69,040,271.29 (in words: sixty-nine million, forty thousand, two hundred seventy-one US dollars and twenty-nine cents) and warehousing costs of $6,156,000 (in words: six million, one hundred fifty-six hundred thousand US dollars) from April 27, 2022 to May 31, 2025. Blaze Max has requested that Gilimex immediately make payment of the aforementioned amounts. If Gilimex continues to delay payment, Blaze Max will be compelled to initiate legal proceedings against Gilimex in a court of appropriate jurisdiction to resolve this outstanding debt. Blaze Max is prepared to protect the legal rights and interests of both the company and of Ms. Le Thi Kim Oanh, as well as those of its customers.

1

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Neither Blaze Max nor Ms. Le Thi Kim Oanh is involved in the lawsuit filed by Gilimex against Amazon. Accordingly, any requests from Amazon, Gilimex, or other involved parties for personal information about Ms. Le Thi Kim Oanh or details regarding Blaze Max's business practices are unacceptable.

Should Gilimex or other related parties require such information regarding Ms. Le Thi Kim Oanh or Blaze Max's business practices, they must obtain a ruling from a court with appropriate jurisdiction. Blaze Max will comply with any such court order.

We must emphasize that if that should happen, Blaze Max and Ms. Le Thi Kim Oanh will promptly file a lawsuit against Gilimex for failure to fulfill placed orders and failure to make timely payments.

Blaze Max and Ms. Le Thi Kim Oanh wish to resolve all of the above-mentioned matters without involving court proceedings.

Blaze Max and Ms. Le Thi Kim Oanh do not have any intention of taking legal action against Amazon or any major company, in particular Amazon.

However, as a result of the lawsuit filed by Gilimex against Amazon, certain allegations have surfaced that has harmed the reputation of Blaze Max and the personal honor of Ms. Le Thi Kim Oanh. Consequently, Blaze Max and Ms. Le Thi Kim Oanh are compelled to respond by submitting the attached sworn declaration.

From the date of receipt of this letter, if Gilimex or other involved parties require further information regarding Blaze Max or Ms. Le Thi Kim Oanh, please kindly contact Attorney Nguyen Chau Hoan, the authorized legal representative of Blaze Max and Ms. Le Thi Kim Oanh, in writing.

Sincerely,

Authorized Representative
Branch Manager of PHS and HN Law Firm
LLC in Hanoi

Attorney Nguyen Chau Hoan

2

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**
**Độc lập – Tự do – Hạnh phúc**
------------------------

*Thành phố, Hồ Chí Minh, ngày 16 tháng 6 năm 2025*

Kính gửi: Công ty cổ phần Sản xuất và Kinh doanh Xuất nhập khẩu Bình Thạnh (Gilimex)

*(Địa chỉ: 334A Phan Văn Trị, Phường 11, Quận Bình Thạnh, Tp.HCM).*

Tôi tên là: Nguyễn Châu Hoan

Sinh ngày: 09/6/1956

Căn cước công dân số 036056001123 cấp ngày 22/11/2021 tại Cục Cảnh sát Quản lý HC về TTXH.

Thẻ hành nghề Luật sư số 12090/LS ngày 20/6/2017

Chức vụ: Luật sư, Trưởng chi nhánh Công ty Luật TNHH PHS và HN tại Hà Nội

Địa chỉ: Số 2 Ngõ 54/14 Đường Nguyễn Chí Thanh, Quận Đống Đa, Thành phố Hà Nội

Tôi là người đại diện theo ủy quyền hợp pháp của Blaze Max Hong Kong Ltd (viết tắt là Blaze Max) và cá nhân bà Lê Thị Kim Oanh, hiện là Giám đốc (Người đại diện theo pháp luật của Blaze Max).

Ngày 16/6/2025, ông Lê Hùng và Công ty cổ phần Sản xuất và Kinh doanh Xuất nhập khẩu Bình Thạnh (viết tắt là Gilimex) đã yêu cầu bà Lê Thị Kim Oanh xác nhận đơn hàng và các biên bản họp về công nợ giữa Gilimex và Blaze Max.

Blaze Max đã xác nhận Gilimex có nợ số tiền là: $69,040,271.29 (bằng chữ: Sáu mươi chín triệu, không trăm bốn mươi ngàn, hai trăm bảy mươi mốt đô la Mỹ, hai mươi chín xu) và Phí lưu kho là $6,156,000 (bằng chữ: Sáu triệu, một trăm năm mươi sáu nghìn đô la Mỹ) tính từ 27/04/2022 đến 31/05/2025, Công ty chúng tôi đã yêu cầu Gilimex phải trả ngay những khoản nợ nêu trên. Trong trường hợp Gilimex kéo dài thời gian không thanh toán thì buộc lòng Blaze Max tiến hành khởi kiện Gilimex ra Tòa án có thẩm quyền để giải quyết công nợ này. Blaze Max sẵn sàng bảo vệ quyền và lợi ích hợp pháp của Công ty và cá nhân bà Lê Thị Kim Oanh cũng như bảo vệ quyền lợi khách hàng của mình.

Việc Gilimex kiện Amazon ra Tòa án có thẩm quyền không liên quan gì đến Blaze Max và cá nhân bà Lê Thị Kim Oanh. Vì vậy, Amazon, Gilimex và các Bên liên quan yêu cầu cung cấp thông tin cá nhân bà Lê Thị Kim Oanh cũng như thông tin về phương thức kinh doanh của Blaze Max là không thể chấp nhận được.

1

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Trong trường hợp Gilimex và các Bên liên quan cần thông tin về bà Lê Thị Kim Oanh và các phương thức kinh doanh của Blaze Max thì phải yêu cầu Tòa án có thẩm quyền xem xét. Blaze Max sẽ thực hiện theo phán quyết của Tòa án có thẩm quyền. Chúng tôi cũng lưu ý rằng Blaze Max và bà Lê Thị Kim Oanh sẽ tiến hành khởi kiện Gilimex ngay tức khắc vì chưa thực hiện theo đơn hàng đã đặt cũng như không thanh toán công nợ đúng hạn.

Blaze Max và bà Lê Thị Kim Oanh mong muốn giải quyết tất cả những vấn đề nêu trên mà không cần thông qua Tòa án.

Blaze Max và bà Lê Thị Kim Oanh cũng không muốn làm gì để chống lại Amazon cũng như các công ty lớn như Amazon.

Tuy nhiên, do vụ việc của Gilimex kiện Amazon đã có cáo buộc những thông tin ảnh hưởng đến uy tín của Blaze Max và danh dự cá nhân bà Lê Thị Kim Oanh nên Blaze Max và bà Lê Thị Kim Oanh bắt buộc phải đưa ra trả lời thông qua Thư tuyên thệ (đính kèm).

Kể từ ngày nhận được văn bản này, Gilimex và các Bên liên quan nếu cần biết thêm thông tin gì liên quan đến Blaze Max cũng như cá nhân bà Lê Thị Kim Oanh xin vui lòng liên hệ thông qua Luật sư Nguyễn Châu Hoan là người đại diện theo ủy quyền hợp pháp của Blaze Max và bà Lê Thị Kim Oanh bằng Văn bản.

Trân trọng./.

**Người đại diện theo ủy quyền**

**Trưởng chi nhánh Công ty Luật TNHH PHS và HN tại Hà Nội**

**Luật sư Nguyễn Châu Hoan**

2

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Tôi, Nguyễn Hữu Thọ phiên dịch viên tiếng anh, Căn cước công dân số: 079071023488, cam đoan đã dịch chính xác từ văn bản đính kèm

**Công ty TNHH Dịch Thuật VUC**

Chứng nhận chữ ký bên đây là của Nguyễn Hữu Thọ, cộng tác viên, phiên dịch của Công ty

No.  887 /CT

Người dịch

Tp. Hồ Chí Minh, ngày  17-06- 2025

Phó Giám Đốc

Nguyễn Hữu Thọ

Nguyễn Nữ Quỳnh An

Nguyen Huu Tho, English interpreter, Citizen ID. No: 079071023488, hereby certify that the translation is a true and accurate translation of the attached document.

**VUC Translation Company Limited**

Certified that the signature hereunder belongs to Nguyen Huu Tho, collaborator and interpreter of the Company.

No. 887/CT

Translator

Ho Chi Minh City, date 17-06-2025

Deputy Director

Nguyen Huu Tho

Nguyen Nu Quynh An

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Exhibit 2B

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

**DEBIT NOTE**

**No.: 30112023**

**Date: Nov 30, 2023**

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 $m^2$

Rental unit price: USD 4.5/$m^2$ per month

Overdue amount:      $   162,000

Say US dollars:        **One hundred and sixty two thousand dollars only.**

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

**BLAZE MAX HONG KONG**

**LE THI KIM OANH**

**GILIMEX**

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

## BLAZEMAX HONG KONG LIMITED

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

### DEBIT NOTE
No.: 31122023
Date: Dec 31, 2023

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:        $   162,000

Say US dollars:        One hundred and sixty two thousand dollars only.

Our bank account:

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

BLAZE MAX HONG KONG

GILIMEX

LE THI KIM OANH

LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

DEBIT NOTE

No.: 31012024

Date: Jan 31, 2024

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 $m^2$

Rental unit price: USD 4.5/$m^2$ per month

Overdue amount:    $  162,000

Say US dollars:       One hundred and sixty two thousand dollars only.

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

**BLAZE MAX HONG KONG**

**LE THI KIM OANH**

GILIMEX

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

## DEBIT NOTE
### No.: 29022024
### Date: Feb 29, 2024

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:    $   162,000

Say US dollars:    One hundred and sixty two thousand dollars only.

Our bank account:

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

**BLAZE MAX HONG KONG**

LE THI KIM OANH

GILIMEX

LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

**DEBIT NOTE**

No.: 31032024

**Date: Mar 31, 2024**

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:    $    162,000

Say US dollars:    **One hundred and sixty two thousand dollars only.**

**Our bank account:**

Beneficiary Name:  BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

**BLAZE MAX HONG KONG**

**LE THI KIM OANH**

**GILIMEX**

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

**DEBIT NOTE**

**No.: 30042024**

**Date: Apr 30, 2024**

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 $m^2$

Rental unit price: USD 4.5/$m^2$ per month

Overdue amount:    $ **162,000**

Say US dollars:    **One hundred and sixty two thousand dollars only.**

**Our bank account:**

Beneficiary Name:  BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

**BLAZE MAX HONG KONG**

**GILIMEX**

**LE THI KIM OANH**

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

## DEBIT NOTE
### No.: 31052024
### Date: May 31, 2024

Reason:  Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:  $   162,000

Say US dollars:  **One hundred and sixty two thousand dollars only.**

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

BLAZE MAX HONG KONG

LE THI KIM OANH

LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

**DEBIT NOTE**

**No.: 30062024**

**Date: Jun 30, 2024**

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:    $   162,000

Say US dollars:       One hundred and sixty two thousand dollars only.

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301


**BLAZE MAX HONG KONG**

**LE THI KIM OANH**

**GILIMEX**

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

### DEBIT NOTE
No.: 31072024
Date: Jul 31, 2024

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:     $    162,000

Say US dollars:         **One hundred and sixty two thousand dollars only.**

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

BLAZE MAX HONG KONG

LE THI KIM OANH

GILIMEX

LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

## BLAZEMAX HONG KONG LIMITED

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

### DEBIT NOTE
No.: 31082024
Date: Aug 31, 2024

Reason:    Storage fee of the goods of PO# 0010222-BML-BT
Total area: 36.000 m$^2$
Rental unit price: USD 4.5/m$^2$ per month
Overdue amount:    $   162,000
Say US dollars:    One hundred and sixty two thousand dollars only.

Our bank account:
Beneficiary Name:  BLAZE MAX HONG KONG
Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)
Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch
SWIFT CODE: OCBCSGSG
A/C No: 5032 86940301

BLAZE MAX HONG KONG

LE THI KIM OANH

GILIMEX

LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

DEBIT NOTE

No.: 30092024

Date: Sep 30, 2024

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 $m^2$

Rental unit price: USD 4.5/$m^2$ per month

Overdue amount:    $ 162,000

Say US dollars:    One hundred and sixty two thousand dollars only.

Our bank account:

Beneficiary Name:  BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

BLAZE MAX HONG KONG

LE THI KIM OANH

GILIMEX

LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

## DEBIT NOTE
No.: 31102024
Date: Oct 31, 2024

Reason:     Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m²

Rental unit price: USD 4.5/m² per month

Overdue amount:     $   162,000

Say US dollars:        One hundred and sixty two thousand dollars only.

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

**BLAZE MAX HONG KONG**

**LE THI KIM OANH**

**GILIMEX**

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

## DEBIT NOTE
No.: 30112024
Date: Nov 30, 2024

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:      $   162,000

Say US dollars:        One hundred and sixty two thousand dollars only.

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

**BLAZE MAX HONG KONG**

**LE THI KIM OANH**

GILIMEX

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

## DEBIT NOTE
### No.: 31122024
### Date: Dec 31, 2024

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 $m^2$

Rental unit price: USD 4.5/$m^2$ per month

Overdue amount:       $  162,000

Say US dollars:        **One hundred and sixty two thousand dollars only.**

**Our bank account:**
Beneficiary Name:   BLAZE MAX HONG KONG
Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)
Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch
SWIFT CODE: OCBCSGSG
A/C No: 5032 86940301

BLAZE MAX HONG KONG

GILIMEX

LE THI KIM OANH

LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

## DEBIT NOTE
### No.: 31012025
### Date: Jan 31, 2025

Reason:     Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:      $   162,000

Say US dollars:         **One hundred and sixty two thousand dollars only.**

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

**BLAZE MAX HONG KONG**

**LE THI KIM OANH**

**GILIMEX**

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

DEBIT NOTE

No.: 28022025

Date: Feb 28, 2025

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 $m^2$

Rental unit price: USD 4.5/$m^2$ per month

Overdue amount:    $   162,000

Say US dollars:       One hundred and sixty two thousand dollars only.

Our bank account:

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

BLAZE MAX HONG KONG                                    GILIMEX

LE THI KIM OANH                                             LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

## DEBIT NOTE
### No.: 31032025
### Date: Mar 31, 2025

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 m$^2$

Rental unit price: USD 4.5/m$^2$ per month

Overdue amount:      $   162,000

Say US dollars:        One hundred and sixty two thousand dollars only.

Our bank account:

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

BLAZE MAX HONG KONG

GILIMEX

**LE THI KIM OANH**

**LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

### DEBIT NOTE
### No.: 30042025
### Date: Apr 30, 2025

Reason:     Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 $m^2$

Rental unit price: USD 4.5/$m^2$ per month

Overdue amount:      $   162,000

Say US dollars:        One hundred and sixty two thousand dollars only.

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

BLAZE MAX HONG KONG                                           GILIMEX

LE THI KIM OANH                                                   LE HUNG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**BLAZEMAX HONG KONG LIMITED**

Room 1611B, 16/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hongkong.

**DEBIT NOTE**

**No.: 31052025**

**Date: May 31, 2025**

Reason:    Storage fee of the goods of PO# 0010222-BML-BT

Total area: 36.000 $m^2$

Rental unit price: USD 4.5/$m^2$ per month

Overdue amount:       $ **162,000**

Say US dollars:        **One hundred and sixty two thousand dollars only.**

**Our bank account:**

Beneficiary Name:   BLAZE MAX HONG KONG

Bank name: Oversea-Chinese Banking Corporation Limited (OCBC Bank)

Bank address: 65 Chulia Street #01-01 Singapore 049513 Branch- North Branch

SWIFT CODE: OCBCSGSG

A/C No: 5032 86940301

BLAZE MAX HONG KONG                                              GILIMEX

**LE THI KIM OANH**                                              **LE HUNG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY