# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX; INC.,<br><br>        Plaintiff,<br><br>  -against-<br><br>AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS,<br><br>        Defendant. | Case No.: 1:23-cv-00292-LGS |



I, NGUYET THI ANH PHAM, declare pursuant to 28 U.S.C. §1746 as follows:

1. I am the Chief Executive Officer of Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc. ("Gilimex"). I submit this declaration in support of Gilimex's response to Amazon's letter motion accusing Gilimex of fraud and the declarations submitted therewith, including the declarations of Quoc Huan Nguyen (the "Nguyen Declaration"), Paul Kennell (the "Kennell Declaration"), Jean Chow-Callam (the "Callam Declaration"), and Alberto Orozco (the "Orozco Declaration"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration.

2. I have reviewed the allegations Amazon makes against Gilimex that Gilimex has engaged in fraud. Gilimex vehemently disputes all of Amazon's accusations.

3. With respect to claims made by Gilimex's suppliers Avery Dennison RIS Vietnam Co., Ltd. ("Avery Dennison") and Graphic Information Systems, Inc. ("GIS"), these suppliers' claims accusing Gilimex of fraud are wrong.

4. During Gilimex's relationship with Amazon, Gilimex purchased millions of labels in conjunction with making fabric pod arrays ("FPAs") for Amazon. It is my understanding that Amazon required that the labels be purchased from certain approved vendors, including Avery Dennison. Gilimex purchased labels from Avery Dennison Hong Kong and Avery Dennison Vietnam.

5. My understanding is that all purchase orders for Avery Dennison labels must be approved by Amazon before processing.

6. PO 0020522-AVD-BT—attached as Ex. 3C to the Nguyen Declaration—was originally placed with Avery Dennison Hong Kong on May 10, 2022. Per Gilimex's business practice, Gilimex issued this purchase order based on Amazon's initial forecast so that Avery Dennison could prepare its own capacity for meeting Gilimex's demand.

1



CONFIDENTIAL - ATTORNEY'S EYES ONLY

7. The Nguyen Declaration claims that this purchase order and a demand letter referencing this purchase order are "fraudulent" because Avery Dennison does not have a record of a purchase order PO 0020522-AVD-BT. Gilimex does not know why Avery Dennison does not have a record of this purchase order. Gilimex produced authentic documents that were in its files, including this purchase order.

8. In further investigating Amazon's claims, Gilimex has found emails referencing PO 0020522-AVD-BT-R, which was issued to correct defective labels Avery Dennison provided in a previous order. A true and correct copy of this email is attached as Exhibit A.

9. With respect to the demand letter sent by Christine Bui, Gilimex believes it received the letter by hard copy and has no record of electronic transmittal of the letter. This letter was in Gilimex's files and Gilimex does not know why Avery Dennison does not have a record of this demand letter.

10. PO 0010522-AVD-BT—referenced in an October 2023 demand letter in Ex. 3B to the Nguyen Declaration—was placed with Avery Dennison Vietnam on May 13, 2022. While Gilimex has no record of ever receiving the October 2023 demand letter, Gilimex does not dispute that this purchase order exists, and I understand that Gilimex produced a copy of same to Amazon in this litigation. GILM00235887.

11. Just as Gilimex regularly issued larger purchase orders based on forecasts, it was not uncommon for Gilimex to subsequently issue lesser orders once Gilimex had a concrete delivery schedule to reflect the amount of labels Gilimex required for immediate FPA production.

12. It is my understanding that neither PO 0020522-AVD-BT nor PO 0010522-AVD-BT were ever approved by Amazon and neither of these purchase orders were ever processed.

13. In September 2022, Avery Dennison representatives came to Gilimex's offices in Vietnam and refused to leave without meeting to discuss both purchase orders. At that meeting, Avery Dennison requested that Gilimex take possession of the labels it produced and pay for purchase orders, but Gilimex refused to do so because Amazon had not approved either order. Gilimex's view is that it has no liability to Avery Dennison.

14. I have never had any dealings with Quoc Huan Nguyen, who signed the Nguyen Declaration.

15. GIS is another Amazon-approved label supplier through which Gilimex purchased labels for its production of FPAs. As with Avery Dennison, my understanding is that any purchase order with GIS had to be approved by Amazon.

16. In January and February 2022, Gilimex placed orders with GIS for labels at values of $908,448.33 USD and $860,039.75 USD, respectively. Gilimex produced authentic documents that were in its files, including copies of these purchase orders 0010122-GIS-BT and 0020222-GIS-BT.

2

CONFIDENTIAL - ATTORNEY'S EYES ONLY

17.    On March 25, 2022, GIS representative Luke Friend emailed Gilimex Purchasing Staff Le Thuy Duong stating that he had inadvertently caused an error in entering the numbers associated with the January and February 2022 purchase orders. *See* Exhibit B.

18.    Smaller portions of both the January and February purchase orders were ultimately approved and executed. Gilimex does not owe GIS anything. This is corroborated by statements in the Kennell Declaration that Gilimex does not have any outstanding balance for purchase orders placed with GIS.

19.    Gilimex does not have any record of how it received the demand letter (Kennell Decl. Ex. 4E).

20.    With respect to companies identified in the Callam Declaration that are alleged to have forged corporate stamps and signatures, such accusations are wrong. Some of Gilimex's agreements with suppliers, especially during COVID, permit the use of e-stamps. For example, Gilimex's agreement with Atlantic Metal Production Trade Joint Stock Company ("Dai Tay Duong"), one of the suppliers whose documents Amazon claims are fraudulent, permits it. *See* Exhibit C. Confidentiality provisions in Gilimex's agreements with the other suppliers named in the Callam Declaration prohibit Gilimex from disclosing the terms of those agreements. Gilimex asked those suppliers to waive the confidentiality provisions, but most have refused to cooperate, which is unsurprising because they claim that Gilimex owes them money for orders Gilimex was forced to cancel after Amazon terminated its relationship with Gilimex. One supplier, Dai Tay Duong, was willing to submit an official letter dated June 14, 2025 ("Dai Tay Duong Letter"). The Dai Tay Duong Letter confirms the authenticity of the signature and company seal appearing on the purchase orders, debt confirmation letters, requests for possession of supply, and other related documents executed in the ordinary course of business between Dai Tay Duong and Gilimex. That letter, and a certified translation of same, is attached as Exhibit D.

21.    Amazon's forensic accounting in the Orozco Declaration lacks important context. The Orozco Declaration notes that the November 2021 Blaze Max Purchase Order does not appear in Gilimex's weekly inventory reports, but Amazon misunderstands the purpose of these inventory reports. Gilimex's weekly inventory reports are not reports of materials that Gilimex purchased. Rather they are reports of production lead time and list only materials in Gilimex's possession to be used in production over the next week or so. Gilimex never took possession of any materials from the November 2021 Blaze Max Purchase Order.

22.    This declaration was translated in its entirety to Vietnamese before I signed it. I fully understand the contents herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

3

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Executed on June 16, 2025
Ho Chi Minh City, Vietnam



NGUYET THI ANH PHAM

4

CONFIDENTIAL - ATTORNEY'S EYES ONLY

BẢN DỊCH

## TÒA ÁN KHU VỰC HOA KỲ
## KHU VỰC NAM NEW YORK

| | |
|---|---|
| CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH XUẤT NHẬP KHẨU BÌNH THẠNH, tên giao dịch là GILIMEX, INC.,<br><br>Nguyên đơn,<br><br>-với-<br><br>AMAZON.COM SERVICES, LLC, tên giao dịch là<br><br>AMAZON ROBOTICS,<br><br>Bị đơn. | Số vụ kiện: 1:23-cv-00292-LGS |

Tôi, NGUYET THI ANH PHAM, xin khai theo mục 28 U.S.C. §1746 như sau:

1.      Tôi là Giám đốc Điều hành của Công Ty Cổ Phần Sản Xuất Kinh Doanh Xuất Nhập Khẩu Bình Thạnh, gọi tắt là Gilimex, Inc. ("Gilimex"). Tôi nộp bản tuyên bố này để ủng hộ phản hồi của Gilimex đối với động thái thư của Amazon cáo buộc Gilimex gian lận và các tuyên bố được nộp kèm theo, bao gồm các tuyên bố của Quoc Huan Nguyen (Tuyên bố Nguyen), Paul Kennell ("Tuyên bố Kennell"), Jean Chow-Callam ("Tuyên bố Callam") và Alberto Orozco ("Tuyên bố Orozco"). Trừ khi có chỉ thị khác, tôi có hiểu biết trực tiếp về các sự việc được nêu trong bản tuyên bố này.

2.      Tôi đã xem xét các cáo buộc mà Amazon đưa ra chống lại Gilimex rằng Gilimex đã tham gia vào hành vi gian lận. Gilimex phản đối kịch liệt tất cả các cáo buộc của Amazon

3.      Đối với các khiếu nại do các nhà cung cấp của Gilimex là Avery Dennison RIS Vietnam Co., Ltd. ("Avery Dennison") và Graphic Information Systems, Inc. ("GIS") đưa ra, khiếu nại của các nhà cung cấp này cáo buộc Gilimex gian lận là sai.

4.      Trong mối quan hệ của Gilimex với Amazon, Gilimex đã mua hàng triệu nhãn kết hợp với việc sản xuất mảng vải ("FPA") cho Amazon. Tôi hiểu rằng Amazon yêu cầu phải mua nhãn từ một số nhà cung cấp được chấp thuận, bao gồm Avery Dennison. Gilimex đã mua nhãn từ Avery Dennison Hong Kong và Avery Dennison Việt Nam.

5.      Tôi hiểu là tất cả các đơn đặt hàng mua nhãn hiệu Avery Dennison phải được Amazon chấp thuận trước khi xử lý.

6.      PO 0020522-AVD-BT—được đính kèm dưới dạng Ex. 3C vào Tuyên bố Nguyen—ban đầu được giao cho Avery Dennison Hong Kong vào ngày 10 tháng 5 năm 2022. Theo thông lệ kinh doanh của Gilimex, Gilimex đã ban hành Đơn đặt hàng này dựa trên dự báo ban đầu của Amazon để Avery Dennison có thể chuẩn bị năng lực riêng của mình để đáp ứng nhu cầu của Gilimex.

7.      Bản Tuyên bố của Nguyen tuyên bố rằng Đơn đặt hàng này và một lá thư yêu cầu tham chiếu đến Đơn đặt hàng này là "gian lận" vì Avery Dennison không có hồ sơ về Đơn đặt hàng PO 0020522-AVD-BT. Gilimex không biết tại sao Avery Dennison không có hồ sơ về Đơn đặt hàng này. Gilimex đã xuất trình các tài liệu xác thực có trong hồ sơ của mình, bao gồm cả Đơn đặt hàng.

8.      Trong quá trình điều tra thêm về khiếu nại của Amazon, Gilimex đã tìm thấy các email tham chiếu đến PO 0020522-AVD-BT-R, được phát hành để sửa các nhãn lỗi mà Avery

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Dennison đã cung cấp trong đơn hàng trước đó. Một bản sao đúng và chính xác của email này được đính kèm dưới dạng Phụ lục A.

9. Về thư yêu cầu do Christine Bui gửi, Gilimex tin rằng họ đã nhận được thư bằng bản cứng và không có hồ sơ chuyển thư điện tử. Thư này nằm trong hồ sơ của Gilimex và Gilimex không biết tại sao Avery Dennison không có hồ sơ về thư yêu cầu này.

10. PO 0010522-AVD-BT—được tham chiếu trong thư yêu cầu tháng 10 năm 2023 trong Ex. 3B của Tuyên bố Nguyen—đã được chuyển đến Avery Dennison Vietnam vào ngày 13 tháng 5 năm 2022. Mặc dù Gilimex không có hồ sơ nào về việc từng nhận được thư yêu cầu tháng 10 năm 2023, Gilimex không tranh chấp về sự tồn tại của Đơn đặt hàng này và tôi hiểu rằng Gilimex đã xuất trình một bản sao của lệnh này cho Amazon trong vụ kiện tụng này. GILM00235887.

11. Cũng giống như Gilimex thường xuyên phát hành các đơn đặt hàng mua lớn hơn dựa trên dự báo, điều không hiếm gặp sau đó là việc Gilimex phát hành các đơn đặt hàng ít hơn khi đã có lịch giao hàng cụ thể để phản ánh đúng số lượng nhãn mà Gilimex cần cho sản xuất FPA ngay lập tức.

12. Theo tôi hiểu, cả PO 0020522-AVD-BT và PO 0010522-AVD-BT đều chưa bao giờ được Amazon chấp thuận và cả hai đơn đặt hàng mua này đều chưa bao giờ được xử lý.

13. Vào tháng 9 năm 2022, đại diện của Avery Dennison đã đến văn phòng của Gilimex tại Việt Nam và từ chối rời đi nếu không được gặp để thảo luận về cả hai đơn đặt hàng. Tại cuộc họp đó, Avery Dennison yêu cầu Gilimex tiếp quản các nhãn mà họ sản xuất và thanh toán cho các đơn đặt hàng mua, nhưng Gilimex từ chối làm như vậy vì Amazon chưa chấp thuận bất kỳ đơn đặt hàng nào. Quan điểm của Gilimex là họ không có nghĩa vụ gì với Avery Dennison.

14. Tôi chưa bao giờ có bất kỳ mối quan hệ nào với Quoc Huan Nguyen, người đã ký Tuyên bố Nguyen.

15. GIS là một nhà cung cấp nhãn khác được Amazon chấp thuận mà Gilimex đã mua nhãn để sản xuất FPA. Cũng giống như Avery Dennison, tôi hiểu rằng bất kỳ đơn đặt hàng nào với GIS đều phải được Amazon chấp thuận.

16. Vào tháng 1 và tháng 2 năm 2022, Gilimex đã đặt hàng với GIS về nhãn với giá trị lần lượt là 908.448,33 đô la Mỹ và 860.039,75 đô la Mỹ. Gilimex đã xuất trình các tài liệu xác thực có trong hồ sơ của mình, bao gồm các bản sao của các đơn đặt hàng mua 0010122-GIS-BT và 0020222-GIS-BT.

17. Vào ngày 25 tháng 3 năm 2022, đại diện của GIS là Luke Friend đã gửi email cho Nhân viên mua hàng của Gilimex là Le Thuy Duong, nêu rằng anh ta đã vô tình gây ra lỗi khi nhập các số liên quan đến đơn đặt hàng mua tháng 1 và tháng 2 năm 2022. *Xem Phụ lục B.*

18. Các phần nhỏ hơn của cả Đơn đặt hàng tháng 1 và tháng 2 cuối cùng đã được chấp thuận và thực hiện. Gilimex không nợ GIS bất cứ khoản nào. Điều này được xác nhận bởi các tuyên bố trong Tuyên bố Kennell rằng Gilimex không có bất kỳ số dư chưa thanh toán nào cho các Đơn đặt hàng được đặt với GIS.

19. Gilimex không có bất kỳ hồ sơ nào về cách thức nhận được thư yêu cầu (Kennell Decl. Ex. 4E).

20. Đối với các công ty được nêu trong Tuyên bố của ông Callam và bị cáo buộc làm giả con dấu cũng như chữ ký công ty, Gilimex khẳng định rằng những cáo buộc này là sai sự thật. Một số thỏa thuận giữa Gilimex và các nhà cung cấp, đặc biệt trong thời kỳ đại dịch COVID, có quy định cho phép sử dụng con dấu điện tử. Ví dụ, thỏa thuận giữa Gilimex và Công Ty Cổ Phần Sản Xuất Kinh Doanh Kim Khí Đại Tây Dương (gọi tắt là "Đại Tây Dương"), một trong những nhà cung cấp có tài liệu bị Amazon cho là gian lận, cho phép việc

CONFIDENTIAL - ATTORNEY'S EYES ONLY

này. *Xem Phụ lục C*. Các điều khoản bảo mật trong thỏa thuận giữa Gilimex với các nhà cung cấp khác được nêu trong Tuyên bố của ông Callam không cho phép Gilimex tiết lộ nội dung các thỏa thuận đó. Gilimex đã đề nghị các nhà cung cấp này miễn trừ điều khoản bảo mật, nhưng phần lớn đã từ chối hợp tác. Điều này không có gì bất ngờ vì họ cho rằng Gilimex còn nợ họ tiền liên quan đến các đơn hàng buộc phải hủy bỏ sau khi Amazon chấm dứt quan hệ với Gilimex. Tuy nhiên, một nhà cung cấp là Đại Tây Dương đã đồng ý cung cấp một công văn chính thức đề ngày 14 tháng 6 năm 2025 (sau đây gọi là Thư của Đại Tây Dương). Thư này xác nhận tính xác thực của chữ ký và con dấu công ty xuất hiện trên các đơn đặt hàng, thư xác nhận công nợ, yêu cầu lấy hàng và các tài liệu liên quan khác được lập trong quá trình kinh doanh thông thường giữa Đại Tây Dương và Gilimex. Công văn này, cùng với bản dịch có chứng thực, được đính kèm theo Phụ lục D.

21.    Kế toán pháp y của Amazon trong Tuyên bố Orozco thiếu bối cảnh quan trọng. Tuyên bố Orozco lưu ý rằng Đơn đặt hàng Blaze Max tháng 11 năm 2021 không xuất hiện trong báo cáo hàng tồn kho hàng tuần của Gilimex, nhưng Amazon hiểu sai mục đích của các báo cáo hàng tồn kho này. Báo cáo hàng tồn kho hàng tuần của Gilimex không phải là báo cáo về vật liệu mà Gilimex đã mua. Thay vào đó, chúng là báo cáo về thời gian sản xuất và chỉ liệt kê các vật liệu mà Gilimex sở hữu để sử dụng trong sản xuất trong khoảng một tuần tới hoặc mấy tuần sau. Gilimex chưa bao giờ sở hữu bất kỳ vật liệu nào từ Đơn đặt hàng Blaze Max tháng 11 năm 2021.

22.    Bản tuyên thệ này được dịch hoàn toàn sang tiếng Việt trước khi tôi ký. Tôi hoàn toàn hiểu tất cả nội dung trong văn bản này.

Tôi xin khai dưới hình phạt về tội khai man theo luật pháp Hoa Kỳ rằng những điều trên là đúng sự thật và chính xác.

Lập ngày 16  tháng 6 năm 2025
Thành phố Hồ Chí Minh, Việt Nam

Đã ký tên và đóng dấu
NGUYET THI ANH PHAM

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Tôi, **Tô Thị Việt Hoa**, CCCD số 001175039250 cấp ngày 10/07/2021 tại Cục Cảnh sát Quản lý Hành chính về Trật tự Xã hội, cam đoan đã dịch chính xác giấy tờ/văn bản từ tiếng Anh sang tiếng Việt

**NGƯỜI DỊCH**

**TÔ THỊ VIỆT HOA**

### LỜI CHỨNG CỦA CÔNG CHỨNG VIÊN

Hôm nay, **ngày 17 tháng 06 năm 2025 (ngày mười bảy, tháng sáu, năm hai ngàn không trăm hai mươi lăm)**

Tại Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh, địa chỉ tại: 158 Trần Não, phường An Khánh, thành phố Thủ Đức, thành phố Hồ Chí Minh.

Tôi ..*Đặng Đa Nguyên*.., công chứng viên, trong phạm vi trách nhiệm của mình theo quy định của pháp luật,

### CHỨNG NHẬN:

- Bản dịch này do Bà Tô Thị Việt Hoa, cộng tác viên phiên dịch của Văn phòng Công chứng Thủ Thiêm, Thành phố Hồ Chí Minh dịch từ tiếng Anh sang tiếng Việt;

- Chữ ký trong bản dịch đúng là chữ ký của Bà Tô Thị Việt Hoa;

- Nội dung bản dịch chính xác, không vi phạm pháp luật, không trái đạo đức xã hội;

- Văn bản công chứng này được lập thành **03 (ba)** bản chính, mỗi bản gồm **08(tám) tờ, 08 (tám)** trang, lưu **01 (một)** bản tại Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh.

**Số công chứng: 516**

**Quyển số: 06/2025 TP/CC-SCC/BD.**

**CÔNG CHỨNG VIÊN**

*Đặng Đa Nguyên*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

BẢN DỊCH

I, **To Thi Viet Hoa**, Citizen ID Card No.: 001175039250 issued by the Police Department for Administrative Management of Social Order on July 10, 2021, undertake that I translated the documents from English to Vietnamese accurately

### TRANSLATOR

(Signed)

### TO THI VIET HOA

---

### TESTIMONY OF NOTARY

Today, 17/06/2025 (the seventeenth day of June, twenty twenty-five)

At Thu Thiem Notary Office, Ho Chi Minh City, address: 158 Tran Nao Street, An Khanh Ward, Thu Duc City, Ho Chi Minh City

I, **Dang Da Nguyen**, Notary of Thu Thiem Notary Office

### DO HEREBY CERTIFY THAT:

- This translation is translated from English to Vietnamese by Ms. To Thi Viet Hoa, a translation collaborator of Thu Thiem Notary Office, Ho Chi Minh City,

- The signature in the translation is the signature of Ms. To Thi Viet Hoa;

- The content of the translation is accurate, does not violate the law, and is not contrary to social ethics

- This notarial certificate is made into **03 (three)** originals, each consists of **08 (eight)** sheets, **08 (eight)** pages, and **01 (one)** original is kept at Thu Thiem Notary Office, Ho Chi Minh City.

**Certification No.: 516**
**Book No.: 06/2025 TP/CC-SCC/BD.**

### NOTARY

(Signed and sealed)

**Dang Da Nguyen**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| | |
|---|---|
| I, To Thi Viet Hoa, (Citizen ID. No.: 001175039250 issued by Police Department for Administrative Management of Social Order on July 10, 2021) do undertake that I have translated the document correctly and exactly from Vietnamese into English | Tôi, Tô Thị Việt Hoa (CCCD số 001175039250 cấp ngày 10/07/2021 tại Cục Cảnh sát Quản lý Hành chính về Trật tự Xã hội), cam đoan đã dịch chính xác giấy tờ/văn bản từ tiếng Việt sang tiếng Anh |

**Người dịch/Translator**

**TÔ THỊ VIỆT HOA**



### TESTIMONY OF NOTARY

Today, on June 17, 2025 (the seventeeth day of June, Twenty twenty - five)

At Thu Thiem Notary Office, Ho Chi Minh City, address: 158 Tran Nao, An Khanh Ward, Thu Duc City, Ho Chi Minh City.

I......*Đặng Đa Nguyên*......., Notary, in my responsibility in accordance with the law,

### CERTIFY:

- This translation is translated from Vietnamese into English by Ms. To Thi Viet Hoa, translator collaborator of Thu Thiem Notary Office, Ho Chi Minh City;
- The signature in the translation is exactly the signature of Ms. To Thi Viet Hoa;
- The translation content is accurate, does not violate the law, is not contrary to social morality;
- This notarized document is made into 03 (three) originals, each original consists of 10 (ten) sheets, 10 (ten) pages, and 01 (one) orignal is kept at Thu Thiem Notary Office, Ho Chi Minh City.

Certification No.: **517**, Book No.**06/2025** TP/CC-SCC/BD

### NOTARY

### LỜI CHỨNG CỦA CÔNG CHỨNG VIÊN

Hôm nay, ngày 17 tháng 6 năm 2025 (ngày mười bảy, tháng sáu, năm hai ngàn không trăm hai mươi lăm)

Tại Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh, địa chỉ tại: 158 Trần Não, phường An Khánh, thành phố Thủ Đức, thành phố Hồ Chí Minh.

Tôi ....*Đặng Đa Nguyên*, công chứng viên, trong phạm vi trách nhiệm của mình theo quy định của pháp luật,

### CHỨNG NHẬN:

- Bản dịch này do Bà Tô Thị Việt Hoa, cộng tác viên phiên dịch của Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh dịch từ tiếng Việt sang tiếng Anh;
- Chữ ký trong bản dịch đúng là chữ ký của Bà Tô Thị Việt Hoa;
- Nội dung bản dịch chính xác, không vi phạm pháp luật, không trái đạo đức xã hội;
- Văn bản công chứng này được lập thành 03 (ba) bản chính, mỗi bản gồm 10 (mười) tờ, 10 (mười) trang, lưu 01 (một) bản tại Văn phòng Công chứng Thủ Thiêm, thành phố Hồ Chí Minh.

Số công chứng: **517**, quyển số **06/2025** TP/CC-SCC/BD

### CÔNG CHỨNG VIÊN

*Đặng Đa Nguyên*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Exhibit 4A

| | |
|---|---|
| **From:** | Christine.Bui <christine.bui@ap.averydennison.com> |
| **Sent:** | Tuesday, May 24, 2022 2:13 AM |
| **To:** | GILIMEX - THUY DUONG <thuyduong@gilimex.com> |
| **Cc:** | Rose Dang <Rose.dang@ap.averydennison.com>; GILIMEX - BICH HANH <bichhanh@gilimex.com>; maily <maily@gilimex.com>; qa_amazon@gilimex.com |
| **Subject:** | Re: AVD claim (189/2202/03/95) & LG 2022/03/98 & TA/2022/04/01 PL & QCTP.2022.03.33 & QCTP.2022.03.27 |

**Dear c Dương**

1. We would like to confirm the delivery schedule for the replacement as below.
2. If there are any new claims in the future, please help to gather cases by monthly or quarterly (up to you) and share with us for further checking and processing.

Below information is needed to check & proceed replacement for you.

| So# | AAN# | Item | Serial code claim |
|---|---|---|---|
| | | | |

If you have any questions please let me know. Thank you c!

| Order | Line | Customer PO | Ordered Item | Internal Item | Qty | Bin Level | Unit Price | Value | CRD | |
|---|---|---|---|---|---|---|---|---|---|---|
| 80198783 | 1.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-001-349 | 4 | 1A | 0 | - | 30-Jun | 3 |
| 80198783 | 2.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-002-259 | 22 | 2B | 0 | - | 30-Jun | 3 |
| 80198783 | 3.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-002-283 | 2 | 2D | 0 | - | 30-Jun | 3 |
| 80198783 | 4.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-002-485 | 2 | 2F | 0 | - | 30-Jun | 3 |
| 80198783 | 5.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-002-288 | 10 | 2G | 0 | - | 30-Jun | 3 |
| 80198783 | 6.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-002-1895 | 14 | 2H | 0 | - | 30-Jun | 3 |
| 80198783 | 7.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-003-283 | 6 | 3D | 0 | - | 30-Jun | 3 |
| 80198783 | 8.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-003-485 | 3 | 3F | 0 | - | 30-Jun | 3 |
| 80198783 | 9.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-004-349 | 60 | 4A | 0 | - | 30-Jun | 3 |
| 80198783 | 10.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-004-259 | 8 | 4B | 0 | - | 30-Jun | 3 |
| 80198783 | 11.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-004-109 | 4 | 4C | 0 | - | 30-Jun | 3 |
| 80198783 | 12.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-004-283 | 28 | 4D | 0 | - | 30-Jun | 3 |
| 80198783 | 13.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-004-430 | 12 | 4E | 0 | - | 30-Jun | 3 |
| 80198783 | 14.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-004-485 | 16 | 4F | 0 | - | 30-Jun | 3 |
| 80198783 | 15.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-004-288 | 172 | 4G | 0 | - | 30-Jun | 3 |
| 80198783 | 16.1 | 0020522-AVD-BT-R-AAN#B00001209 | 270-00410-XX | 1-284596-004-1895 | 52 | 4H | 0 | - | 30-Jun | 3 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| 80198783 | 0020522-AVD-BT-R-17.1 AAN#B00001209 | 270-00410-XX | 1-284596-004-1375 | 4 4I | 0 | - | 30-Jun 3 |
| 80198783 | 0020522-AVD-BT-R-18.1 AAN#B00001209 | 270-00410-XX | 1-284596-004-4645 | 24 4J | 0 | - | 30-Jun 3 |
| 80198783 | 0020522-AVD-BT-R-19.1 AAN#B00001209 | 270-00410-XX | 1-284596-004-326 | 4 4K | 0 | - | 30-Jun 3 |

Best regard,

**Notice:** Please remind us if there isn't any response within 2 working days.
Customers are required to notify us within 7 days from the receipt of tags/labels in case of any problem with the quality of goods.
---Message to Heat transfer customers---
Please be advised that every fabric should be tested for the applicability of heat transfer labels.
Kindly make sure that you have sent us the fabrics for verification before bulk order placement as we will not take any responsibility for the heat transfer applicability issue if the fabric has not been tested by us before bulk production.
------
**Christine Bui |** Customer Service Officer | Retail Branding and Information Solutions | Avery Dennison
Lot E01 Trung Tam Road, LHIP, Can Giuoc, Long An, Vietnam | Office: +84 28 3776 3696 | Mobile: +84 915671846
*Office hour: 8:00AM-4:30PM , Monday to Friday.

Should you have any suggestions or concerns about our service performance, please don't hesitate to contact my team leader Ms. Kim Huynh - Customer Service Team Leader at email:
kim.huynh@ap.averydennison.com, Tel:+84 2837763148 | HP: +84 901 206 217 and my manager Ms. Sophie Nguyen - Senior Customer Service Manager at email:
sophie.nguyen@ap.averydennison.com, Tel :+84 2837763126 | HP: +84 908013174.
Thank you very much for your collaboration.


On Tue, May 17, 2022 at 2:59 PM GILIMEX - THUY DUONG <thuyduong@gilimex.com> wrote:

Dear Rose,

We highly appreciated your cooperation and support.

The FOC order have been upload to AVD webside under PO# 0020522-AVD-BT-R, AAN#B00001209.

Is that you need us to provide information as below format if there is any new claims in the future?

| So# | AAN# | Item | Serial code claim |
|---|---|---|---|
| | | | |

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive


**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel        : +84.28.3516 2288     (Ext.: 127) – HP: +84 989 072 808

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**From:** Rose Dang [mailto:Rose.dang@ap.averydennison.com]
**Sent:** Thursday, May 12, 2022 3:38 PM
**To:** GILIMEX - THUY DUONG
**Cc:** Christine Bui; GILIMEX - BICH HANH; maily; qa_amazon@gilimex.com
**Subject:** Re: AVD claim (189/2202/03/95) & LG 2022/03/98 & TA/2022/04/01 PL & QCTP.2022.03.33 & QCTP.2022.03.27

Dear chi Duong,

Thanks for your patience with us while we are finding solutions for your case.

As we shared earlier, the missing labels have been printed and uploaded to Amazon's system successfully from our side.

But considering the long term cooperation with GILIMEX, we will provide one-off support and reprint 447pcs as in the record you provided.

| Material code | MSNPL | Description | Color | Unit | Need to be replaced (in set) | In pcs |
|---|---|---|---|---|---|---|
| 2920700-0006-1392 | 2920700-0006-1392 | 270-00410-1A | GREEN - PMS 349 | set | 4 | 4 |
| 2920700-0009-1807 | 2920700-0009-1807 | 270-00410(1B→2B) | PURPLE - PMS 2599 | set | 11 | 22 |
| 2920700-0007-1809 | 2920700-0007-1809 | 270-00410( 1D→2D) | LT BLUE - PMS 283 | set | 1 | 2 |
| 2920700-0002-1811 | 2920700-0002-1811 | 270-00410(1F→2F) | RED - PMS 485 | set | 1 | 2 |
| 2920700-0007-1812 | 2920700-0007-1812 | 270-00410(1G→2G) | DK BLUE - PMS 288 | set | 5 | 10 |
| 2920700-0003-1813 | 2920700-0003-1813 | 270-00410(1H→2H) | PINK - PMS 1895 | set | 7 | 14 |
| 2920700-0007-1433 | 2920700-0007-1433 | 270-00410(1D→3D) | LT BLUE - PMS 283 | set | 2 | 6 |
| 2920700-0002-1435 | 2920700-0002-1435 | 270-00410(1F→3F) | RED - PMS 485 | set | 1 | 3 |
| 2920700-0006-1439 | 2920700-0006-1439 | 270-00410(1A→4A) | GREEN - PMS 349 | set | 15 | 60 |
| 2920700-0009-1440 | 2920700-0009-1440 | 270-00410(1B→4B) | PURPLE - PMS 2599 | set | 2 | 8 |
| 2920700-0005-1441 | 2920700-0005-1441 | 270-00410(1C→4C) | YELLOW - PMS 109 | set | 1 | 4 |
| 2920700-0007-1442 | 2920700-0007-1442 | 270-00410(1D→4D) | LT BLUE - PMS 283 | set | 7 | 28 |
| 2920700-0008-1443 | 2920700-0008-1443 | 270-00410(1E→4E) | GRAY - PMS 430 | set | 3 | 12 |
| 2920700-0002-1444 | 2920700-0002-1444 | 270-00410(1F→4F) | RED - PMS 485 | set | 4 | 16 |
| 2920700-0007-1445 | 2920700-0007-1445 | 270-00410(1G→4G) | DK BLUE - PMS 288 | set | 43 | 172 |
| 2920700-0003-1446 | 2920700-0003-1446 | 270-00410(1H→4H) | PINK - PMS 1895 | set | 13 | 52 |
| 2920700-0004-1447 | 2920700-0004-1447 | 270-00410( 1I→4I) | ORANGE - PMS 1375 | set | 1 | 4 |
| 2920700-0010-1448 | 2920700-0010-1448 | 270-00410(1J→4J) | BROWN - PMS 4645 | set | 6 | 24 |
| 2920900-0007-1482 | 2920900-0007-1482 | 270-00410(1K→4K) | TEAL - PMS 326 | set | 1 | 4 |
| | | | | | 128 | 447 |

Since all the orders above had been updated to the AMZ system which was not able to reprint anymore, we will need your help to place new PO# (new data) to cover the shortage, we will process the orders as FOC.

For a long term solution, if a similar situation still happens, please help to gather cases by monthly or quarterly (up to you) and share with us for further checking and processing.

Basically the Data for reprint we will need is as below:

| So# | AAN# | Item | Serial code claim |
|---|---|---|---|
| | | | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

If you have any questions please let me know. Thank you!


**Rose Dang** | Sales Assistant Manager | Retail Branding Information Solutions | Avery Dennison
Lot E01 Trung Tam Road, LHIP, Can Giuoc, Long An, Vietnam
**Office:**+84 28 37763336 **Ext** 3663 | Fax :+84 2837763111 | **Mobile:** +84 911669148 | **Wechat:** rosadeng21
**Email:** rose.dang@ap.averydennison.com
**Website:** www.averydennison.com


On Mon, Apr 25, 2022 at 10:06 AM GILIMEX - THUY DUONG <thuyduong@gilimex.com> wrote:

Dear Nhi,


Please see our feedback in blue


Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive


**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel        : +84.28.3516 2288    (Ext.: 127) – HP: +84 989 072 808


**From:** Christine Bui [mailto:christine.bui@ap.averydennison.com]
**Sent:** Thursday, April 21, 2022 12:24 PM
**To:** GILIMEX - THUY DUONG
**Cc:** Kang Nguyen | AD RBIS Vietnam; GILIMEX - BICH HANH; maily; qa_amazon@gilimex.com; Rose Dang
**Subject:** Re: AVD claim (189/2202/03/95) & LG 2022/03/98 & TA/2022/04/01 PL & QCTP.2022.03.33 & QCTP.2022.03.27


**Dear c Duong**


1. I want to update the investigation result as the file attached below.

All the missing/defected labels were printed & went through our QC machine under good condition.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

-> Hence, we cannot provide replacement. Pls help us check again w the fty. → Your internal record show enough serial before and after printing . However, are you sure that all of each label in the roll was scanned well under your QC department? If they found the defect or unscannable labels, whether they re-print for all of those or they took away the defect? Our factory receive the missing and they show enough picture to you. If you refuse to solve this case, we'll keep whole roll and return that roll for you.

It's not worth to argue and get Amazon involved with this small case. Alternatively, please show us your inspection report or how your QC inspect them by video.

2. We also have a new finding about your insufficient claim.

For TA/2022/04/01 PL (1), the missing labels was found in the complaint picture that you sent us. (in red square below)

We are able to scan 1 of it, and it is consecutive with the labels on the roll.

-> Pls help recheck with fty if this is the case & help explain to us.--> Our QA said that SAM can not scan the barcode in red square. If you are able to scan it, pls send the serial number for us to re-check.

We keep receiving claims from you about the insufficient & up to now, we confirm that all labels are printed. → same as we mentioned above, please show us your QC inspection report to prove all of those lables of that roll were scanned well and without any blank in the roll.

Actually, it is quite impossible to have a shortage case happen for Bin orders as we control it very strictly. → As far as I know, only Avery said that AVD control production strickly without any missing, if this case happen frequently, our factory don't use this roll and we have no choice to reject whole roll to you.

Can you help recheck with fty if there is any problem in handling? Does this issue also happen with other suppliers?--> Other suppliers always replace new ones for us without any complaint because they admit that their production may have shortage/ defect as normal.

CONFIDENTIAL - ATTORNEY'S EYES ONLY



Best regard,

**\*Holiday notice:**

- Liberation Day and International Labor Day:  Closed for 4 days from Apr, 29th to May, 02nd and resume to work on May, 03rd, 2022.

**\*\*Notice:** Please remind us if there isn't any response within 2 working days.

Customers are required to notify us within 7 days from the receipt of tags/labels in case of any problem with the quality of goods.
**---Message to Heat transfer customers---**
Please be advised that every fabric should be tested for the applicability of heat transfer labels.

Kindly make sure that you have sent us the fabrics for verification before bulk order placement as we will not take any responsibility for the heat transfer applicability issue if the fabric has not been tested by us before bulk production.

------

**Christine Bui |** Customer Service Officer | Retail Branding and Information Solutions | Avery Dennison

Lot E01 Trung Tam Road, LHIP, Can Giuoc, Long An, Vietnam | Office: +84 28 3776 3696 | Mobile: +84 915671846

\*Office hour: 8:00AM-4:30PM , Monday to Friday.



Should you have any suggestions or concerns about our service performance, please don't hesitate to contact my team leader Ms. Kim Huynh - Customer Service Team Leader at email:

CONFIDENTIAL - ATTORNEY'S EYES ONLY

kim.huynh@ap.averydennison.com, Tel:+84 2837763148 | HP: +84 901 206 217 and my manager Ms. Sophie Nguyen - Senior Customer Service Manager at email: sophie.nguyen@ap.averydennison.com, Tel:+84 2837764224 | HP: +84 903472920

Thank you very much for your collaboration.

On Thu, Apr 21, 2022 at 10:45 AM GILIMEX - THUY DUONG <thuyduong@gilimex.com> wrote:

Dear Nhi,

Is there any feedback for below email?

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel        : +84.28.3516 2288    (Ext.: 127) – HP: +84 989 072 808

---

**From:** GILIMEX - THUY DUONG [mailto:thuyduong@gilimex.com]
**Sent:** Wednesday, April 20, 2022 11:27 AM
**To:** 'Christine Bui'
**Cc:** 'Kang Nguyen | AD RBIS Vietnam'; 'GILIMEX - BICH HANH'; 'maily'; 'qa_amazon@gilimex.com'
**Subject:** RE: AVD claim (189/2202/03/95) & LG 2022/03/98 & TA/2022/04/01 PL & QCTP.2022.03.33

Dear Nhi,

We'd like to send you new claims as below.

Please check and revert to us with your solutions ASAP

| Barcode | Color | Unit | PO | Received date | Gil lot | Received Qty | Inspected QTY | % inspection | % defect | Claim No. Số BBKPH | Reason to claim |
|---------|-------|------|-----|--------------|---------|--------------|---------------|--------------|----------|--------------------|-----------------|

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| 270-00410(1H→2H) | PINK - PMS 1895 | set | 006112 1-AVD-BT | 18-Feb | 22020 3 | 24588 | 3,010.00 | 0.12 | 0.1% | **QCTP.2202.03. 33** | insufficie nt |
| 270-00410(1A→4A) | GREE N - PMS 349 | set | 006112 1-AVD-BT | 12-Feb | 22020 1 | 25462 | 3,010.00 | 0.12 | 0.0% | **QCTP.2022.03. 27** | Insufficie nt 1A |

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel        : +84.28.3516 2288     (Ext.: 127) – HP: +84 989 072 808

---

**From:** GILIMEX - THUY DUONG [mailto:thuyduong@gilimex.com]
**Sent:** Monday, April 18, 2022 4:26 PM
**To:** 'Christine Bui'
**Cc:** 'Kang Nguyen | AD RBIS Vietnam'; 'GILIMEX - BICH HANH'; 'maily'; 'qa_amazon@gilimex.com'
**Subject:** RE: AVD claim (189/2202/03/95) & LG 2022/03/98 & TA/2022/04/01 PL

Dear Nhi,

We'd like to send you new claims as below.

Please check and revert to us with your solutions

| Barcode | Color | Uni t | PO | Receive d date | Gil lot | Receive d Qty | Inspect ed QTY | % inspectio n | % defec |
|---|---|---|---|---|---|---|---|---|---|
| 270-00410(1D →3D) | LT BLUE - PMS 283 | set | 0050921-AVD-BT | 27-Nov | 211108 | 16000 | 1,710.00 | 11% | 0.117% |
| 270-00410(1F →3F) | RED - PMS 485 | set | 0050921-AVD-BT | 27-Nov | 211108 | 16000 | 1,710.00 | 11% | 0.058% |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| 270-00410(1G →4G) | DK BLUE - PMS 288 | set | 0061121-AVD-BT | 12-Feb | 220201 | 25462 5,012.00 | 20% | 0.0% |
|---|---|---|---|---|---|---|---|---|

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive


**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel         : +84.28.3516 2288     (Ext.: 127) – HP: +84 989 072 808


**From:** Christine Bui [mailto:christine.bui@ap.averydennison.com]
**Sent:** Monday, April 18, 2022 4:11 PM
**To:** GILIMEX - THUY DUONG
**Cc:** Kang Nguyen | AD RBIS Vietnam; GILIMEX - BICH HANH; maily; qa_amazon@gilimex.com
**Subject:** Re: AVD claim (189/2202/03/95)


**Dear c Duong**


Note all the information about the new claim & the unscannable labels.

I already informed our TQ & are waiting for their solution. Will keep you posted soon. Thanks!


Best regard,


**\*Holiday notice:**

- Liberation Day and International Labor Day:  Closed for 4 days from Apr, 30th to May, 03rd, 2022 and resume to work on May, 04th, 2022.

**\*\*Notice:** Please remind us if there isn't any response within 2 working days.

Customers are required to notify us within 7 days from the receipt of tags/labels in case of any problem with the quality of goods.
**---Message to Heat transfer customers---**
Please be advised that every fabric should be tested for the applicability of heat transfer labels.

Kindly make sure that you have sent us the fabrics for verification before bulk order placement as we will not take any responsibility for the heat transfer applicability issue if the fabric has not been tested by us before bulk production.


------

**Christine Bui |** Customer Service Officer | Retail Branding and Information Solutions | Avery Dennison
CONFIDENTIAL - ATTORNEY'S EYES ONLY

Lot E01 Trung Tam Road, LHIP, Can Giuoc, Long An, Vietnam | Office: +84 28 3776 3696 | Mobile: +84 915671846

*Office hour: 8:00AM-4:30PM , Monday to Friday.



Should you have any suggestions or concerns about our service performance, please don't hesitate to contact my team leader Ms. Kim Huynh - Customer Service Team Leader at email: kim.huynh@ap.averydennison.com, Tel:+84 2837763148 | HP: +84 901 206 217 and my manager Ms. Sophie Nguyen - Senior Customer Service Manager at email: sophie.nguyen@ap.averydennison.com. Tel :+84 2837763126 | HP: +84 908013174.

Thank you very much for your collaboration.

On Sat, Apr 16, 2022 at 3:12 PM GILIMEX - THUY DUONG <thuyduong@gilimex.com> wrote:

Dear Nhi,

We'd like to send new claim as below. Please refer attached picture and confirm back with your solution

| Barcode | Color | Unit | PO | Received date | Gil lot | Received Qty | Inspected QTY | % inspection | % defe |
|---|---|---|---|---|---|---|---|---|---|
| 270-00410( 1I →4I) | ORANGE - PMS 1375 | set | 0061121-AVD-BT | 21-Jan | 220106 | 18250 | 1,400.00 | 0.08 | 0.1 |

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel        : +84.28.3516 2288     (Ext.: 127) – HP: +84 989 072 808

**From:** Christine Bui [mailto:christine.bui@ap.averydennison.com]
**Sent:** Tuesday, April 12, 2022 4:02 PM
**To:** GILIMEX - THUY DUONG

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**Dear c Duong**

**1. Printing defect:**

- As I have confirmed, we will support replacement for the whole 35 defected sets.

**2.  About 14 labels cannot scan**
- Per our checking, 11 series have already been uploaded to Amazon system as IT feedback below -> can you help me recheck the related files?

- 1 series does not  exist in AD's database -> can you help me check if this label was from AD or another supplier?

- 2 series are our false -> we will proceed replacement for the whole 2 sets.

| Seq | Seri | Bin | Confirm replacement | Remark |
|-----|------|-----|---------------------|--------|
| 1 | P-6-S106M385 | 2G | Yes | Included in the previous claim |
| 2 | P-5-R050J106 | 2D | Yes | New claim |
| 3 | P-5-S988J142 | 1B | No | Not existed in AD's database |
| 4 | P-5-R021J705 | 1D | No | |
| 5 | P-9-R049N265 | 4E | No | |
| 6 | P-8-R607N780 | 1H | No | |
| 7 | P-9-R324N446 | 1H | No | |
| 8 | P-8-R614N357 | 4A | No | |
| 9 | P-9-R631N454 | 1K | No | |
| 10 | P-9-R029N227 | 2E | No | |
| 11 | P-9-R204N358 | 1G | No | |
| 12 | P-9-R651N518 | 1K | No | |
| 13 | P-8-R734N357 | 4B | No | |
| 14 | P-9-R184N461 | 4F | No | |

**IT feedback:**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Please refer to the contents of this email. The serial number P-8-R483-41 does not exist in our DB.

| SN | file name | upload to Amazon |
|---|---|---|
| P-5-S988J142 | | |
| P-5-R021J705 | 0040921-AVD-BT_1_2021-09-07_27U_HC3.csv | YES |
| P-9-R049N265 | 0061121-AVD-BT_30_2021-11-25_27U_HC3.csv | YES |
| P-8-R607N780 | 0061121-AVD-BT_29_2021-11-25_27U_HC3.csv | YES |
| P-9-R324N446 | 0061121-AVD-BT_31_2021-11-25_27U_HC3.csv | YES |
| P-8-R614N357 | 0061121-AVD-BT_29_2021-11-25_27U_HC3.csv | YES |
| P-9-R631N454 | 0061121-AVD-BT_32_2021-11-25_27U_HC3.csv | YES |
| P-9-R029N227 | 0061121-AVD-BT_30_2021-11-25_27U_HC3.csv | YES |
| P-9-R204N358 | 0061121-AVD-BT_31_2021-11-25_27U_HC3.csv | YES |
| P-9-R651N518 | 0061121-AVD-BT_32_2021-11-25_27U_HC3.csv | YES |
| P-8-R734N357 | 0061121-AVD-BT_29_2021-11-25_27U_HC3.csv | YES |
| P-9-R184N461 | 0061121-AVD-BT_31_2021-11-25_27U_HC3.csv | YES |

**3. New picture of claim 189/2022/01/39 & QCTP.2022.02.18:**

- We are checking our database, shall keep you posted soon.

**4. Total replacement qty confirm up to now:**

Please help me check & let me know your concern. Thanks c!

| Barcode | Color | Sum of Claim Qty | Bin | Qty |
|---|---|---|---|---|
| 270-00410-1A | GREEN - PMS 349 | 4 | 1 | 4 |
| 270-00410(1J→4J) | BROWN - PMS 4645 | 3 | 4 | 12 |
| 270-00410(1H→4H) | PINK - PMS 1895 | 2 | 4 | 8 |
| 270-00410(1H→2H) | PINK - PMS 1895 | 1 | 2 | 2 |
| 270-00410(1G→4G) | DK BLUE - PMS 288 | 1 | 4 | 4 |
| 270-00410(1G→2G) | DK BLUE - PMS 288 | 4 | 2 | 8 |
| 270-00410(1F→4F) | RED - PMS 485 | 2 | 4 | 8 |
| 270-00410(1D→4D) | LT BLUE - PMS 283 | 3 | 4 | 12 |
| 270-00410(1B→4B) | PURPLE - PMS 259 | 2 | 4 | 8 |
| 270-00410(1B→2B) | PURPLE - PMS 259 | 1 | 2 | 2 |
| 270-00410(1A→4A) | GREEN - PMS 349 | 12 | 4 | 48 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

<p
class="MsoNormal"
align="center" styl

-------------------------------------------------------------------------------------------------

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any device.

For details about the personal information we process and why, please see our Privacy Notice
-------------------------------------------------------------------------------------------------

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Exhibit 4B

| | |
|---|---|
| **From:** | Linda Donaldson <ldonaldson@graphicinfo.com> |
| **Sent:** | Thursday, March 31, 2022 5:28 PM |
| **To:** | Luke Friend; Lê Thùy Dương; GILIMEX - THUY DUONG |
| **Cc:** | GILIMEX - BICH HANH |
| **Subject:** | RE: PO# 0020222-GIS-BT |

Hi Le Thuy,

I am working on the paperwork for 0020222-GIS-BT (H11) labels.  I planning on deducting the credit of $9,024.00 we owe you on this shipment.  I am not sure how you would like mt to apply it for customs.  Please advise, so we get it right the first time.

Thanks,
**Linda Donaldson,** *Customer Service*
7177 Central Parke Blvd., Mason, OH 45044
(513) 948-1300, ext. 3061



**From:** Luke Friend <lfriend@graphicinfo.com>
**Sent:** Thursday, March 31, 2022 12:07 PM
**To:** Lê Thùy Dương <ltduong.1005@gmail.com>; GILIMEX - THUY DUONG <thuyduong@gilimex.com>
**Cc:** Linda Donaldson <ldonaldson@graphicinfo.com>; GILIMEX - BICH HANH <bichhanh@gilimex.com>
**Subject:** RE: PO# 0020222-GIS-BT

I have just heard that they are finishing up and will be providing manifest information to Linda later today.

Hopefully, you will see communication from Linda before the EOD.

Thank you
Luke

1

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**From:** Lê Thùy Dương <ltduong.1005@gmail.com>
**Sent:** Thursday, March 31, 2022 11:57 AM
**To:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>
**Cc:** Luke Friend <lfriend@graphicinfo.com>; Linda Donaldson <ldonaldson@graphicinfo.com>; GILIMEX - BICH HANH <bichhanh@gilimex.com>
**Subject:** Re: PO# 0020222-GIS-BT

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

Could you please feedback below email within today?

Regards,
Le Thuy Duong


On Thu, 31 Mar 2022, 17:04 GILIMEX - THUY DUONG, <thuyduong@gilimex.com> wrote:

> Dear Luke & Linda,
>
>
> Could we have paperwork of these shipment today? It's quite urgent and expected to ship air.
>
> If possible, pls let me know weight and dimension first to book space in advance.
>
>

2

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel        : +84.28.3516 2288    (Ext.: 127) – HP: +84 989 072 808

---

**From:** Luke Friend [mailto:lfriend@graphicinfo.com]
**Sent:** Friday, March 25, 2022 7:33 PM
**To:** GILIMEX - THUY DUONG; 'Lê Thùy Dương'
**Cc:** Linda Donaldson; 'GILIMEX - BICH HANH'
**Subject:** RE: PO# 0020222-GIS-BT

Looks like I made a mistake.  I thought that the orders that went  out last week were from 0020222-GIS-BT, but were from 0010122-GIS-BT.  Below are the target dates for the remaining orders.  I will continue to monitor the last two orders to see if we can push those dates up.

Thank you

Luke

3

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| 40997-2 | 0020222-GIS-BT | 4,212,736 | 3/31/22 |
|---------|----------------|-----------|---------|
| 40997-1 | 0020220-GIS-BT | 2,520 | 3/31/22 |

| 40997-3 | 0020222-GIS-BT | 3,030,000 | 4/22/22 |
|---------|----------------|-----------|---------|
| 40997-4 | 0020222-GIS-BT | 3,660,000 | 5/11/22 |

**From:** Luke Friend
**Sent:** Thursday, March 24, 2022 8:34 AM
**To:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>; 'Lê Thùy Dương' <ltduong.1005@gmail.com>
**Cc:** Linda Donaldson <ldonaldson@GRAPHICINFO.COM>; 'GILIMEX - BICH HANH' <bichhanh@gilimex.com>
**Subject:** RE: PO# 0020222-GIS-BT

I think the first two on your list has already shipped or is in process.  I should be getting a schedule update later today and will let you know when the other two orders will be ready,

Thanks
Luke

**From:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>
**Sent:** Thursday, March 24, 2022 5:36 AM
**To:** Luke Friend <lfriend@graphicinfo.com>; 'Lê Thùy Dương' <ltduong.1005@gmail.com>
**Cc:** Linda Donaldson <ldonaldson@graphicinfo.com>; 'GILIMEX - BICH HANH' <bichhanh@gilimex.com>
**Subject:** RE: PO# 0020222-GIS-BT

4

CONFIDENTIAL - ATTORNEY'S EYES ONLY

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

I mean that updated ready date for PO# 0020222-GIS-BT. Please help to fulfill coloumn in red

| PO No. | Spec | POD code | Quantity in Prod. | Quantity in Set | Quantity in Piece | Ready Date |
|---|---|---|---|---|---|---|
| 0020222-GIS-BT | R13 | H11 | 32,912 | 1,316,480 | 4,212,736 | NA |
| 0020222-GIS-BT | R13 | H12 | 40 | 1,240 | 2,520 | NA |
| 0020222-GIS-BT | R13 | H8 | 30,000 | 1,140,000 | 3,030,000 | NA |
| 0020222-GIS-BT | R13 | H10 | 30,000 | 1,170,000 | 3,660,000 | NA |

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

5

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Address  : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel       : +84.28.3516 2288    (Ext.: 127) – HP: +84 989 072 808

---

**From:** Luke Friend [mailto:lfriend@graphicinfo.com]
**Sent:** Wednesday, March 23, 2022 10:08 PM
**To:** Lê Thùy Dương
**Cc:** GILIMEX - THUY DUONG; Linda Donaldson; GILIMEX - BICH HANH
**Subject:** RE: PO# 0020222-GIS-BT

I sent the source file over to Amber yesterday and he said that they were going work on getting the data loaded.

Thanks

---

**From:** Lê Thùy Dương <ltduong.1005@gmail.com>
**Sent:** Wednesday, March 23, 2022 11:02 AM
**To:** Luke Friend <lfriend@graphicinfo.com>
**Cc:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>; Linda Donaldson <ldonaldson@graphicinfo.com>; GILIMEX - BICH HANH <bichhanh@gilimex.com>
**Subject:** Re: PO# 0020222-GIS-BT

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

Do you have any update for this order 0020222-GIS-BT so far?

6

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Regards,
Le Thuy Duong

On Fri, 4 Mar 2022, 23:16 Lê Thùy Dương, <ltduong.1005@gmail.com> wrote:

Dear Luke,

We heard that Amazon have released block of serial number for you. Could you please advise finished date for this order?

Regards,
Le Thuy Duong

On Thu, 3 Mar 2022, 03:26 Luke Friend, <lfriend@graphicinfo.com> wrote:

We should be able to get these printed by the end of the month – H11 and H12's. The only issue we have right now is that we are awaiting a new block of serial number for Amazon, but we expect those soon.

Thanks

Luke

**From:** Lê Thùy Dương <ltduong.1005@gmail.com>
**Sent:** Wednesday, March 2, 2022 8:29 AM
**To:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>
**Cc:** Luke Friend <lfriend@graphicinfo.com>; Linda Donaldson <ldonaldson@graphicinfo.com>; GILIMEX - BICH HANH <bichhanh@gilimex.com>
**Subject:** Re: PO# 0020222-GIS-BT

7

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

Could you please advise ready date for H11 early today?

Regards,
Le Thuy Duong

On Wed, 2 Mar 2022, 15:53 GILIMEX - THUY DUONG, <thuyduong@gilimex.com> wrote:

Dear Luke,

We adjust priority plan as below

Could you please update ready date for H11 in advance?

| Priority | PO No. | Spec | POD code | Quantity in POD | Quantity in Set | Quantity in Piece | Ready Date |
|---|---|---|---|---|---|---|---|
| 1 | 0020222-GIS-BT | R13 | H11 | 32,912 | 1,316,480 | 4,212,736 | Expect ready end of Mar or beginning of Apr. |
| 2 | 0020222-GIS-BT | R13 | H12 | 40 | 1,240 | 2,520 | |
| 3 | 0020222-GIS-BT | R13 | H8 | 30,000 | 1,140,000 | 3,030,000 | |

8

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| 4 | 0020222-GIS-BT | R13 | **H10** | 30,000 | 1,170,000 | 3,660,000 | |
|---|---|---|---|---|---|---|---|

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel       : +84.28.3516 2288    (Ext.: 127) – HP: +84 989 072 808

---

**From:** Luke Friend [mailto:lfriend@graphicinfo.com]
**Sent:** Wednesday, March 2, 2022 3:29 AM
**To:** Lê Thùy Dương
**Cc:** GILIMEX - THUY DUONG; Linda Donaldson; GILIMEX - BICH HANH
**Subject:** RE: PO# 0020222-GIS-BT

I have sent a new request back to our production scheduling group to see if they have schedule updates on your order.  I will let you know as soon as they respond back to me.

9

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Thanks

Luke

---

**From:** Lê Thùy Dương <ltduong.1005@gmail.com>
**Sent:** Tuesday, March 1, 2022 12:00 PM
**To:** Luke Friend <lfriend@graphicinfo.com>
**Cc:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>; Linda Donaldson <ldonaldson@graphicinfo.com>;
GILIMEX - BICH HANH <bichhanh@gilimex.com>
**Subject:** Re: PO# 0020222-GIS-BT

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

Could you please advise ready date for this order?

Regards,
Le Thuy Duong

On Fri, 25 Feb 2022, 21:05 Lê Thùy Dương, <ltduong.1005@gmail.com> wrote:

Dear Luke,

Priority for H12, H11, H8 , H10.

10

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Regards,
Le Thuy Duong

On Fri, 25 Feb 2022, 19:19 Luke Friend, <lfriend@graphicinfo.com> wrote:

Thank you – can you specify the order in which you want these completed – H8, H10, H11 ,H12?

**From:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>
**Sent:** Friday, February 25, 2022 5:30 AM
**To:** Luke Friend <lfriend@graphicinfo.com>; 'Lê Thùy Dương' <ltduong.1005@gmail.com>; Linda Donaldson <ldonaldson@graphicinfo.com>
**Cc:** 'GILIMEX - BICH HANH' <bichhanh@gilimex.com>
**Subject:** RE: PO# 0020222-GIS-BT

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

Yes, all POs should follow Rev#13 as Amazon lastest specification.

In the PO, we mentioned Part No. "270-00410 -13" and this was requested to mark outside the cartons since PO 0071121-GIS-BT onwards. This is Amazon request as well.

Please split this order base on each POD type and advise us ready date, so that we plan how to ship.

11

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel        : +84.28.3516 2288    (Ext.: 127) – HP: +84 989 072 808

---

**From:** Luke Friend [mailto:lfriend@graphicinfo.com]
**Sent:** Thursday, February 24, 2022 11:15 PM
**To:** GILIMEX - THUY DUONG; 'Lê Thùy Dương'; Linda Donaldson
**Cc:** 'GILIMEX - BICH HANH'
**Subject:** RE: PO# 0020222-GIS-BT

Hello Ellycia,

Thank you for the order.  Please confirm that these should be Rev13.  Amazon would like for all incoming PO's to include the Rev# (Although we typically would be printing the latest rev, they want it to be included)

12

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Also, should we treat this as 4 separate order parts; one for each pod type? Can you provide us with the order in which you want these completed, whether any or all should be shipped together, and if any of these will are being targeted for air shipped.

Thank you

Luke

**From:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>
**Sent:** Thursday, February 24, 2022 5:00 AM
**To:** Luke Friend <lfriend@graphicinfo.com>; 'Lê Thùy Dương' <ltduong.1005@gmail.com>; Linda Donaldson <ldonaldson@graphicinfo.com>
**Cc:** 'GILIMEX - BICH HANH' <bichhanh@gilimex.com>
**Subject:** PO# 0020222-GIS-BT

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

We'd like to send new PO# 0020222-GIS-BT as attached.

13

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address   : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

Tel        : +84.28.3516 2288    (Ext.: 127) – HP: +84 989 072 808

---

**From:** Luke Friend [mailto:lfriend@graphicinfo.com]
**Sent:** Wednesday, February 23, 2022 9:34 PM
**To:** Lê Thùy Dương; Linda Donaldson
**Cc:** GILIMEX - THUY DUONG; GILIMEX - BICH HANH
**Subject:** RE: GIS update leadtime for new PO

Thank you,

We will pass this on to our production scheduling team.

Thanks

Luke

14

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**From:** Lê Thùy Dương <ltduong.1005@gmail.com>
**Sent:** Wednesday, February 23, 2022 7:56 AM
**To:** Luke Friend <lfriend@graphicinfo.com>
**Cc:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>; GILIMEX - BICH HANH <bichhanh@gilimex.com>
**Subject:** Re: GIS update leadtime for new PO

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Luke,

Please reserve capacity for us. We'll send the order tomorrow

Regards,
Le Thuy Duong

On Wed, 23 Feb 2022, 19:44 Luke Friend, <lfriend@graphicinfo.com> wrote:

Hello there,

I wanted to follow up with you to find out if you had any updates on this order?

Thanks

Luke

15

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**From:** Luke Friend
**Sent:** Friday, February 18, 2022 4:07 PM
**To:** Lê Thùy Dương <ltduong.1005@gmail.com>
**Cc:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>;
GILIMEX - BICH HANH <bichhanh@gilimex.com>; Paul Kennell
<pkennell@GRAPHICINFO.COM>
**Subject:** RE: GIS update leadtime for new PO

Sorry again for the delay in getting this back to you. You have not said, but presume that this 10M order would be split between 2-3 orders based upon the pod type. Let us know.

We should be able to finish the first part of the order by late March and the other parts of the order by mid-April. We would need to see the make up of the order to better provide you with more precise estimates.

Let us know if you have further questions.

Thank you

Luke

**From:** Lê Thùy Dương <ltduong.1005@gmail.com>
**Sent:** Thursday, February 17, 2022 11:54 AM
**To:** Luke Friend <lfriend@graphicinfo.com>
**Cc:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>;
GILIMEX - BICH HANH <bichhanh@gilimex.com>; Paul Kennell

16

CONFIDENTIAL - ATTORNEY'S EYES ONLY

<pkennell@graphicinfo.com>
**Subject:** Re: GIS update leadtime for new PO

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

Do you have any update on this?

Regards,
Le Thuy Duong

On Tue, 15 Feb 2022, 20:03 Luke Friend, <lfriend@graphicinfo.com> wrote:

> I will get this request over to our production scheduling team and let you know as quickly as possible.

> Thank you

> Luke

> **From:** GILIMEX - THUY DUONG <thuyduong@gilimex.com>
> **Sent:** Tuesday, February 15, 2022 4:54 AM
> **To:** Luke Friend <lfriend@graphicinfo.com>
> **Cc:** 'Lê Thùy Dương'

17

CONFIDENTIAL - ATTORNEY'S EYES ONLY

<[ltduong.1005@gmail.com](mailto:ltduong.1005@gmail.com)>;
[bichhanh@gilimex.com](mailto:bichhanh@gilimex.com)
**Subject:** GIS update leadtime for new PO

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Luke,

If we release new order approximately 10 million labels this week,  when could you finish it?

Best regards,

Le Thuy Duong (Ellycia)

Purchasing Executive

**BINH THANH IMP-EXP PRODUCTION AND TRADE JOINT STOCK CO.,**

Address  : 334A Phan Van Tri St., W.11, Binh Thanh Dist., HCM City, Viet Nam

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Exhibit 4C

ATLANTIC METAL PRODUCTION
TRADE JOINT STOCK COMPANY
No. 01/TB-METAL

SOCIALIST REPUBLIC OF VIETNAM
Independence – Freedom – Happiness.
꿈 ꧁ 📖 ꧂ ꦧ

Ba Ria - Vung Tau, January 3, 2018

## NOTICE

**Regarding the use of specimen signature and seal of Atlantic Metal Production Trade Joint Stock Company**

**To: Esteemed Partners of Atlantic Metal Production Trade Joint Stock Company**

**Atlantic Metal Production Trade Joint Stock Company** ("the Company") hereby notifies its Esteemed Partners regarding the use of the specimen signature and seal of the Company's Representative in documents between the Company and its Esteemed Partners as follows:

| SPECIMEN 1 | SPECIMEN 2 |
| --- | --- |
| (Image of round seal and signature) | (Image of round seal and signature) |



The aforementioned specimen signature and seal (SPECIMEN 1 and SPECIMEN 2) shall be used in one of the following cases:

* The Company's legal representative is absent and unable to directly sign and seal the Company's documents with the Esteemed Partners.

* Other cases agreed upon by the Company's legal representative prior to use.

Documents issued by the Company using the aforementioned specimen signature and seal (SPECIMEN 1 and SPECIMEN 2) shall constitute legally valid documents of the Company with the Esteemed Partners.

Sincerely

**Recipients:**
As above;
File.

**On behalf of and representing**
**ATLANTIC METAL PRODUCTION**
**TRADE JOINT STOCK COMPANY**
**Chairman of the Board of Directors**
Signed and sealed
**NGUYEN VIET CUONG**

CONFIDENTIAL - ATTORNEY'S EYES ONLY



CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH KIM KHÍ ĐẠI TÂY DƯƠNG
Số: 01/TB-METAL

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
Độc lập – Tự do – Hạnh phúc

*Bà Rịa – Vũng Tàu, ngày 03 tháng 01 năm 2018*

### THÔNG BÁO
Về việc sử dụng mẫu chữ ký và con dấu của Công ty Cổ phần Sản xuất Kinh doanh
Kim khí Đại Tây Dương

<u>Kính gửi</u>: Các Quý đối tác của Công ty Cổ phần Sản xuất Kinh doanh Kim
khí Đại Tây Dương

Công ty Cổ phần Sản xuất Kinh doanh Kim khí Đại Tây Dương ("Công ty") thông báo
đến các Quý đối tác của Công ty về việc sử dụng mẫu chữ ký và con dấu của Người đại
diện Công ty tại các văn bản giữa Công ty và Quý đối tác như sau:



Mẫu chữ ký và con dấu (MẪU 1 và MẪU 2) nêu trên được sử dụng một trong các
trường hợp:

- Người đại diện theo pháp luật của Công ty vắng mặt, không thể ký và đóng dấu
  trực tiếp tại các văn bản của Công ty với Quý đối tác.

- Các trường hợp khác đã được Người đại diện theo pháp luật của Công ty đồng ý
  trước khi sử dụng.

Các văn bản sử dụng mẫu chữ ký và con dấu (MẪU 1 và MẪU 2) nêu trên được phát
hành từ Công ty là văn bản có giá trị pháp lý của Công ty với các Quý đối tác.

*Trân trọng.*

<u>Nơi nhận:</u>
- Như trên;
- Lưu.

Thay mặt và đại diện cho
CÔNG TY CỔ PHẦN SXKD KIM KHÍ ĐẠI TÂY DƯƠNG
Chủ tịch Hội đồng quản trị

NGUYỄN VIỆT CƯỜNG



CONFIDENTIAL - ATTORNEY'S EYES ONLY

I, NGUYEN THI PHUONG NAM

ID Card No: 079 166 000 122

Undertake that I have translated accurately this document

from Vietnamese to English

Tôi, **NGUYỄN THỊ PHƯƠNG NAM**

CCCD số: 079 166 000 122

Cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ tiếng Việt sang tiếng Anh

**Người dịch**

**NGUYỄN THỊ PHƯƠNG NAM**

Date: 17/06/2025

(In words: The Seventeenth day of June, Two Thousand and Twenty-Five)

At the People's Committee of District 4, Ho Chi Minh City

I, **LÊ NGỌC TÚ**

.............................................................................

Chief/Deputy Chief of the Judicial Division of District 4 – Ho Chi Minh city

Certifies that Ms. NGUYEN THI PHUONG NAM is the person who signed this translation.

Ngày 17/06/2025

(Ngày mười bảy tháng sáu năm hai ngàn không trăm hai mươi lăm)

Tại Ủy ban nhân dân quận 4, TP Hồ Chí Minh

Tôi: **LÊ NGỌC TÚ**

.............................................................................

Là Phó Trưởng Phòng Tư Pháp Quận 4 – TP.Hồ Chí Minh

Chứng thực Bà Nguyễn Thị Phương Nam là người đã ký vào bản dịch này.

Số chứng thực:    **0 7 5 4 2 1**

Quyển số: **06/2025**-SCT/CKND

**Phó Trưởng Phòng Tư Pháp Quận 4**



**LÊ NGỌC TÚ**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Exhibit 4D

ATLANTIC METAL PRODUCTION
TRADE JOINT STOCK COMPANY
No.: 05/CV-METAL

SOCIALIST REPUBLIC OF VIETNAM
Independence – Freedom – Happiness.

꙳ ꙳ 📖 ꙳ ꙳

*Ba Ria - Vung Tau, June 14, 2025*

**To: Binh Thanh Import Export Production and Trade Joint Stock Company**

We: ATLANTIC METAL PRODUCTION TRADE JOINT STOCK COMPANY (the "Company")

Head office address: Hac Dich Industrial - Small-Scale Industrial Cluster, Trang Cat Quarter, Hac Dich Ward, Phu My City, Ba Ria - Vung Tau Province, Vietnam

Legal representative: Mr. Duong Ngoc Hai – Position: Chairman of the Board of Directors

We hereby confirm that the specimen signature and seal appearing on the Purchase Orders (PO), debt confirmation notes, goods collection requests, and other related documents in the course of executing the Sale and Purchase Contracts legally entered into between the Company and Binh Thanh Import Export Production and Trade Joint Stock Company are the legal signature and seal of the Company. The specimen signature and seal are as follows:

[Specimen signature and seal]

Sincerely

Recipients:
As above;
File.

ATLANTIC METAL PRODUCTION
TRADE JOINT STOCK COMPANY
CHAIRMAN OF THE BOARD OF
DIRECTORS
Signed and sealed
DUONG NGOC HAI

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CÔNG TY CỔ PHẦN SẢN
XUẤT KINH DOANH KIM KHÍ
ĐẠI TÂY DƯƠNG
Số: 05/CV-METAL

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
Độc lập – Tự do – Hạnh phúc

Bà Rịa – Vũng Tàu, ngày 14 tháng 06 năm 2025

Kính gửi: Công ty Cổ phần Sản xuất Kinh doanh Xuất nhập khẩu Bình Thạnh

Chúng tôi: CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH KIM KHÍ ĐẠI TÂY DƯƠNG ("Công ty")

Địa chỉ trụ sở chính: Cụm công nghiệp - tiểu thủ công nghiệp Hắc Dịch, Khu phố Trảng Cát, Phường Hắc Dịch, Thành phố Phú Mỹ, Tỉnh Bà Rịa – Vũng Tàu, Việt Nam

Người đại diện theo pháp luật: Ông. Dương Ngọc Hải – Chức vụ: Chủ tịch Hội đồng quản trị

Chúng tôi xác nhận mẫu chữ ký và con dấu thể hiện trên các Đơn đặt hàng (PO), giấy xác nhận công nợ, thư yêu cầu lấy hàng và các tài liệu khác có liên quan trong quá trình thực hiện các Hợp đồng mua bán đã được ký kết hợp pháp giữa Công ty và Công ty Cổ phần Sản xuất Kinh doanh Xuất nhập khẩu Bình Thạnh là chữ ký và con dấu hợp pháp của Công ty. Mẫu chữ ký và con dấu như sau:



Nguyễn Việt Cường

Trân trọng.

Nơi nhận:
- Như trên;
- Lưu.

CÔNG TY CỔ PHẦN SXKD KIM KHÍ ĐẠI TÂY DƯƠNG
CHỦ TỊCH HỘI ĐỒNG QUẢN TRỊ

DƯƠNG NGỌC HẢI



CONFIDENTIAL - ATTORNEY'S EYES ONLY

I, NGUYEN THI PHUONG NAM
ID Card No: 079 166 000 122
Undertake that I have translated accurately this document
from Vietnamese to English
Tôi, NGUYỄN THỊ PHƯƠNG NAM
CCCD số: 079 166 000 122
Cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ tiếng Việt sang tiếng Anh

Người dịch

NGUYỄN THỊ PHƯƠNG NAM

Date: 17/06/2025
(In words: The Seventeenth day of June, Two Thousand and Twenty-Five)
At the People's Committee of District 4, Ho Chi Minh City
I, LÊ NGỌC TÚ

......................................................................................

Chief/Deputy Chief of the Judicial Division of District 4 – Ho Chi Minh city

Certifies that Ms. NGUYEN THI PHUONG NAM is the person who signed this translation.
Ngày 17/06/2025
(Ngày mười bảy tháng sáu năm hai ngàn không trăm hai mươi lăm)
Tại Ủy ban nhân dân quận 4, TP Hồ Chí Minh
Tôi: LÊ NGỌC TÚ

......................................................................................

Là Phó Trưởng Phòng Tư Pháp Quận 4 – TP.Hồ Chí Minh

Chứng thực Bà Nguyễn Thị Phương Nam là người đã ký vào bản dịch này.

Số chứng thực:    0 7 5 8 7 6
Quyển số: 06/2025-SCT/CKND

Phó Trưởng Phòng Tư Pháp Quận 4



LÊ NGỌC TÚ



CONFIDENTIAL - ATTORNEY'S EYES ONLY