# Exhibit 3



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

June 18, 2025

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Vietnamese into English of the attached document:

- **66. Decision-No.-321-State-Securities-Commission-of-Vietnam-Le-Thi-Kim-Oanh-(Nov-30-2020)**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Fu Xiaohua*

Xiaohua Fu
Project Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com

Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Details of News - State Securities Commission |
| Capture URL: | https ://ssc. gov. vn/webcenter/portal/ubck/pages_r/l/chitit? dDocName=APPSSCGOVVN162135980&dlD=99423 |
| Page loaded at (UTC): | Thu, 22 May 2025 08:35:12 GMT |
| Capture timestamp (UTC): | Thu, 22 May 2025 08:36:34 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 9jFftj28piu2d7SBACtJXN |
| Display Name: | ocheng |

PDF REFERENCE #: syb8SymT7HGNVBHnGnXm3K

🏠                                                                                    🇻🇳 🇬🇧

📅 THURSDAY 5/22/2025 8:36                                                            🔍

## DETILS

| | + |
| --- | --- |
| | + |
| | + |
| | + |

### Administrative sanction in the securities and securities market sector against Ms. Lê Thị Kim Oanh 🕐
12/02/2020

Font size: **A- A+**    ▶ **Read the Article**    Contrast: **Decrease Increase**        📘 🐦 🖨 ✉

On November 30, 2020, the Inspectorate of the State Securities Commission issued Decision No. 321/QD-XPVPHC on administrative sanctions in the securities and the securities market sector against Ms. Le Thi Kim Oanh (address: 58 Street 39, Tan Quy Ward, District 7, Ho Chi Minh City), specifically as follows:

A fine of VND 25,000,000 (twenty-five million dong) was imposed in accordance with Point b Clause 1 Article 3 and Point a Clause 5 Article 27 of Decree No. 108/2013/NĐ-CP dated September 23, 2013 of the Government on administrative sanctions in the securities and securities market sector (Decree No. 108/2013/NĐ-CP), as amended and supplemented by Clause 1 and Clause 35 Article 1 of Decree No. 145/2016/NĐ-CP dated November 1, 2016 of the Government amending and supplementing certain articles of Decree No. 108/2013/NĐ-CP.

For committing an administrative violation: Failure to report on time upon acquiring 5% or more of the outstanding voting shares of a public company (Ms. Le Thi Kim Oanh bought 27,230 shares of BinhThanh Import Export Production and Trade Joint Stock Company (Stock code: GIL) on July 7, 2020, became a major shareholder of BinhThanh Import Export Production and Trade Joint Stock Company. The Ho Chi Minh City Stock Exchange did not receive the report until August 13, 2020 on the ownership of 5% or more of outstanding voting shares of a public company by Ms. Le Thi Kim Oanh.

The decision takes effect from the date of signing.

STATE SECURITIES COMMISSION

## ▌OTHER NEWS

- Administrative sanctions in the field of securities and stock market against Mr. Le Van Hoan (12/02/2020 00:00)
- Administrative sanctions for violations in securities and securities market sector for Amber Fund Management Joint StockCompany (11/27/2020 16:44)
- Administrative sanctions for violations in the field of securities and the stock market against Mr. Dao Duc Chinh(11/26/2020 15:46)
- Administrative sanctions for violations in the field of securities and stock market against Ms. Dao Le Phuong (11/26/2020 14:57)
- Administrative sanctions for violations in the field of securities and stock market against the Bao Viet Group Trade Union (11/25/2020 15:55)
- Administrative sanctions for violations in of securities and securities market sector against Mr. Nguyen Tien Nam (11/20/2020 16:00)
- Administrative sanctions in the field of securities and stock market against CTC Gia Lai Joint Stock Company (11/18/2020 16:16)
- Administrative sanctions in the field of securities and stock market against Mr. Tran Huu Dong (11/13/2020 00:00)
- Administrative sanctions for violations in the field of securities and stock market against Administrative sanctions for violations in the field of securities and stock market against FICO Service And Trading, Finance Investment Joint Stock Com(11/11/2020 14:44)



### Administrative sanction in the securities and securities market sector against Ms. Lê Thị Kim Oanh

12/02/2020

Font size: A- A+   ► **Read the Article**   Contrast: **Decrease Increase**

On November 30, 2020, the Inspectorate of the State Securities Commission issued Decision No. 321/QD-XPVPHC on administrative sanctions in the securities and the securities market sector against Ms. Le Thi Kim Oanh (address: 58 Street 39, Tan Quy Ward, District 7, Ho Chi Minh City), specifically as follows:

A fine of VND 25,000,000 (twenty-five million dong) was imposed in accordance with Point b Clause 1 Article 3 and Point a Clause 5 Article 27 of Decree No. 108/2013/NĐ-CP dated September 23, 2013 of the Government on administrative sanctions in the securities and securities market sector (Decree No. 108/2013/NĐ-CP), as amended and supplemented by Clause 1 and Clause 35 Article 1 of Decree No. 145/2016/NĐ-CP dated November 1, 2016 of the Government amending and supplementing certain articles of Decree No. 108/2013/NĐ-CP.

For committing an administrative violation: Failure to report on time upon acquiring 5% or more of the outstanding voting shares of a public company (Ms. Le Thi Kim Oanh bought 27,230 shares of BinhThanh Import Export Production and Trade Joint Stock Company (Stock code: GIL) on July 7, 2020, became a major shareholder of BinhThanh Import Export Production and Trade Joint Stock Company. The Ho Chi Minh City Stock Exchange did not receive the report until August 13, 2020 on the ownership of 5% or more of outstanding voting shares of a public company by Ms. Le Thi Kim Oanh.

The decision takes effect from the date of signing.

STATE SECURITIES COMMISSION

### OTHER NEWS

- Administrative sanctions in the field of securities and stock market against Mr. Le Van Hoan (12/02/2020 00:00)
- Administrative sanctions for violations in securities and securities market sector for Amber Fund Management Joint StockCompany (11/27/2020 16:44)
- Administrative sanctions for violations in the field of securities and the stock market against Mr. Dao Duc Chinh (11/26/2020 15:46)
- Administrative sanctions for violations in the field of securities and stock market against Ms. Dao Le Phuong (11/26/2020 14:57)
- Administrative sanctions for violations in the field of securities and stock market against the Bao Viet Group Trade Union (11/25/2020 15:55)
- Administrative sanctions for violations in of securities and securities market sector against Mr. Nguyen Tien Nam (11/20/2020 16:00)
- Administrative sanctions in the field of securities and stock market against CTC Gia Lai Joint Stock Company (11/18/2020 16:16)
- Administrative sanctions in the field of securities and stock market against Mr. Tran Huu Dong (11/13/2020 00:00)
- Administrative sanctions for violations in the field of securities and stock market against Administrative sanctions for violations in the field of securities and stock market against FICO Service And Trading, Finance Investment Joint Stock Com(11/11/2020 14:44)



Document title: Details of News - State Securities Commission
Capture URL: https://ssc.gov.vn/webcenter/portal/ubck/pages_r/l/chitit?dDocName=APPSSCGOVVN162135980&amp;dlD=99423
Capture timestamp (UTC): Thu, 22 May 2025 08:36:34 GMT



| | |
|---|---|
| Document title: | Chi tiết tin - Ủy ban Chứng khoán Nhà nước |
| Capture URL: | https://ssc.gov.vn/webcenter/portal/ubck/pages_r/l/chitit?dDocName=APPSSCGOVVN162135980&dID=99423 |
| Page loaded at (UTC): | Thu, 22 May 2025 08:35:12 GMT |
| Capture timestamp (UTC): | Thu, 22 May 2025 08:36:34 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 9jFftj28piu2d7SBACtJXN |
| Display Name: | ocheng |

PDF REFERENCE #:    syb8SymT7HGNVBHnGnXm3K

 **CỔNG THÔNG TIN ĐIỆN TỬ**



🏠    GIỚI THIỆU    TIN TỨC & SỰ KIỆN    HỆ THỐNG VĂN BẢN    ĐÀO TẠO    THỐNG KÊ THỊ TRƯỜNG

📅 THỨ NĂM 22/5/2025 8:36                                                                                                    🔍

## CHI TIẾT

| | |
|---|---|
| **Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với bà Lê Thị Kim Oanh** 🕐 02/12/2020 | **TIN TỨC - SỰ KIỆN** + |
| | **HỆ THỐNG VĂN BẢN** + |
| | **ĐÀO TẠO** + |
| | **THỐNG KÊ THỊ TRƯỜNG** + |

Cỡ chữ: A- A+    ▶ Đọc báo    Tương phản: **Giảm Tăng**

Ngày 30/11/2020, Thanh tra UBCKNN ban hành Quyết định số 321/QĐ-XPVPHC về việc xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với bà Lê Thị Kim Oanh (địa chỉ: 58 Đường 39, phường Tân Quy, quận 7, thành phố Hồ Chí Minh) cụ thể như sau:

Phạt tiền 25.000.000 đồng (Hai mươi lăm triệu đồng) theo quy định tại Điểm b Khoản 1 Điều 3 và Điểm a Khoản 5 Điều 27 Nghị định số 108/2013/NĐ-CP ngày 23/9/2013 của Chính phủ quy định xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán (Nghị định số 108/2013/NĐ-CP) được sửa đổi, bổ sung theo quy định tại Khoản 1 và Khoản 35 Điều 1 Nghị định số 145/2016/NĐ-CP ngày 01/11/2016 của Chính phủ sửa đổi, bổ sung một số điều của Nghị định số 108/2013/NĐ-CP;

Vì đã có hành vi vi phạm hành chính: Báo cáo không đúng thời hạn khi sở hữu từ 5% trở lên số cổ phiếu đang lưu hành có quyền biểu quyết của một công ty đại chúng (Bà Lê Thị Kim Oanh đã mua 27.230 cổ phiếu của Công ty cổ phần Sản xuất Kinh doanh và Xuất nhập khẩu bình Thạnh (Mã chứng khoán: GIL) vào ngày 07/7/2020, trở thành cổ đông lớn của Công ty cổ phần Sản xuất Kinh doanh và Xuất nhập khẩu bình Thạnh. Đến ngày 13/8/2020, Sở giao dịch chứng khoán thành phố Hồ Chí Minh mới nhận được báo cáo khi sở hữu từ 5% trở lên số cổ phiếu đang lưu hành có quyền biểu quyết của một công ty đại chúng của bà Lê Thị Kim Oanh).

Quyết định có hiệu lực kể từ ngày ký.

UBCKNN

## ▍ CÁC TIN KHÁC

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với ông Lê Văn Hoan (02/12/2020 00:00)
- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với Công ty cổ phần Quản lý quỹ Amber (27/11/2020 16:44)
- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với ông Đào Đức Chính (26/11/2020 15:46)
- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với bà Đào Lệ Phương (26/11/2020 14:57)
- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với Công đoàn Tập đoàn Bảo Việt (25/11/2020 15:55)
- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với ông Nguyễn Tiến Nam (20/11/2020 16:00)
- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với Công ty cổ phần Gia Lai CTC (18/11/2020 16:16)
- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với ông Trần Hữu Đông (13/11/2020 00:00)
- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với CTCP Đầu tư Tài chính, Thương mại Dịch vụ FICO (11/11/2020 14:44)

## Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với bà Lê Thị Kim Oanh 🕐 02/12/2020

**Cỡ chữ:** A- A+   ▶ **Đọc báo**   **Tương phản: Giảm Tăng**   📘 🐦 🖨 ✉

Ngày 30/11/2020, Thanh tra UBCKNN ban hành Quyết định số 321/QĐ-XPVPHC về việc xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với bà Lê Thị Kim Oanh (địa chỉ: 58 Đường 39, phường Tân Quy, quận 7, thành phố Hồ Chí Minh) cụ thể như sau:

Phạt tiền 25.000.000 đồng (Hai mươi lăm triệu đồng) theo quy định tại Điểm b Khoản 1 Điều 3 và Điểm a Khoản 5 Điều 27 Nghị định số 108/2013/NĐ-CP ngày 23/9/2013 của Chính phủ quy định xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán (Nghị định số 108/2013/NĐ-CP) được sửa đổi, bổ sung theo quy định tại Khoản 1 và Khoản 35 Điều 1 Nghị định số 145/2016/NĐ-CP ngày 01/11/2016 của Chính phủ sửa đổi, bổ sung một số điều của Nghị định số 108/2013/NĐ-CP;

Vì đã có hành vi vi phạm hành chính: Báo cáo không đúng thời hạn khi sở hữu từ 5% trở lên số cổ phiếu đang lưu hành có quyền biểu quyết của một công ty đại chúng (Bà Lê Thị Kim Oanh đã mua 27.230 cổ phiếu của Công ty cổ phần Sản xuất Kinh doanh và Xuất nhập khẩu bình Thạnh (Mã chứng khoán: GIL) vào ngày 07/7/2020, trở thành cổ đông lớn của Công ty cổ phần Sản xuất Kinh doanh và Xuất nhập khẩu bình Thạnh. Đến ngày 13/8/2020, Sở giao dịch chứng khoán thành phố Hồ Chí Minh mới nhận được báo cáo khi sở hữu từ 5% trở lên số cổ phiếu đang lưu hành có quyền biểu quyết của một công ty đại chúng của bà Lê Thị Kim Oanh).

Quyết định có hiệu lực kể từ ngày ký.

UBCKNN

### ▌CÁC TIN KHÁC

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với ông Lê Văn Hoan (02/12/2020 00:00)

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với Công ty cổ phần Quản lý quỹ Amber (27/11/2020 16:44)

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với ông Đào Đức Chính (26/11/2020 15:46)

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với bà Đào Lệ Phương (26/11/2020 14:57)

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với Công đoàn Tập đoàn Bảo Việt (25/11/2020 15:55)

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với ông Nguyễn Tiến Nam (20/11/2020 16:00)

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với Công ty cổ phần Gia Lai CTC (18/11/2020 16:16)

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với ông Trần Hữu Đông (13/11/2020 00:00)

- Xử phạt vi phạm hành chính trong lĩnh vực chứng khoán và thị trường chứng khoán đối với CTCP Đầu tư Tài chính, Thương mại Dịch vụ FICO (11/11/2020 14:44)



**CỔNG THÔNG TIN ĐIỆN TỬ - ỦY BAN CHỨNG KHOÁN NHÀ NƯỚC**
Số giấy phép: **300/GP-BC, Bộ Thông tin và Truyền thông cấp ngày 01/7/2004**
Người chịu trách nhiệm: **Ông Hoàng Văn Thu - Phó Chủ tịch Ủy ban Chứng khoán Nhà nước**
**Địa chỉ:** Số 164 Trần Quang Khải, phường Lý Thái Tổ, quận Hoàn Kiếm, TP Hà Nội
**Điện thoại:** (84-24) 39.340.750 Fax: (84-24) 39.340.739
Sơ đồ site | RSS | Thông tin liên hệ | Hướng dẫn sử dụng | Đường dây nóng

**Khách online:** 57

**Lượt** 11,651,478 **truy cập:**

🛡 NCA
Website đạt
TÍN NHIỆ[M]

🔴 Đã kết nối EMC

Document title: Chi tiết tin - Ủy ban Chứng khoán Nhà nước
Capture URL: https://ssc.gov.vn/webcenter/portal/ubck/pages_r/l/chitit?dDocName=APPSSCGOVVN162135980&amp;dID=99423
Capture timestamp (UTC): Thu, 22 May 2025 08:36:34 GMT     Page 2 of 2