UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BINH THANH IMPORT EXPORT
PRODUCTION & TRADE JOINT STOCK
CO.,
                            Plaintiff

-against-

AMAZON.COM SERVICES LLC,
                            Defendant.
------------------------------------------------------------X

23 Civ. 292 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 18, 2025, Plaintiff Counsel sent a letter to Chambers by email about new developments relevant to the upcoming August 4, 2025, evidentiary hearing.

      WHEREAS, on July 20, 2025, Defense Counsel submitted a response letter to Chambers by email.  It is hereby

      **ORDERED** that by **July 22, 2025**, both parties shall file their respective letters on the docket, if necessary, provisionally under seal or in redacted form together with a motion to seal.  It is further

      **ORDERED** that by **July 22, 2025**, Amazon shall identify narrow categories of additional discovery that it seeks related to the new developments proffered by Plaintiff.  The Court agrees that discovery is warranted.  It is further

      **ORDERED** that by **July 24, 2025**, the parties shall meet and confer regarding the additional discovery sought by Amazon.  If the parties cannot reach agreement, a letter shall be filed outlining each party's position.  It is further

      **ORDERED** that by **July 24, 2025**, the parties shall meet and confer regarding whether Plaintiff will make Mr. Le Hung available as a witness to appear in-person at the August 4,

2025, hearing.  If the parties cannot reach agreement, a letter shall be filed outlining each party's position.  It is further

**ORDERED** that the deadline for the Final Pre-Hearing Order, applications for remote testimony and associated filings are **ADJOURNED** to **July 29, 2025**.

Dated:  July 21, 2025
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**