**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

July 22, 2025

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
      Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

    We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action. Pursuant to the Court's July 21, 2025 Order, Dkt. 200, and Individual Rule for Civil Cases I.D.3, Amazon respectfully moves the Court to treat as sealed on a provisional basis limited portions of its July 20, 2025 response (the "July 20 Response") to Plaintiff Gilimex's letter to the Court dated July 18, 2025 (the "July 18 Letter").

    Amazon has conferred with Gilimex on the portions of Amazon's July 20 Response that Gilimex seeks to seal, and Amazon has redacted those portions of the July 20 Response so that Amazon can file the letter today, pursuant to the Court's Order. Amazon has taken this approach to give Gilimex an opportunity to move to seal the July 18 Letter and the corresponding portions of the July 20 Response. Amazon reserves the right to oppose any such motion.

Respectfully submitted,

*/s/ Jordan Estes*
Barry H. Berke
Jordan Estes

cc: All counsel of record (by ECF)

**Gibson, Dunn & Crutcher LLP**
200 Park Avenue  |  New York, NY 10166-0193  |  T: 212.351.4000  |  F: 212.351.4035  |  gibsondunn.com

**GIBSON DUNN**

July 22, 2025
Page 2

## Appendix

Pursuant to the Court's Individual Rule I.D.3, included below is a list of all parties and attorneys of record who should have access to the sealed documents:

| | |
|---|---|
| Marc E. Kasowitz<br>Edward E. Filusch<br>Victor J. Brienza<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br><br>*Attorneys for Plaintiff* | Barry H. Berke<br>Jordan Estes<br>Grace E. Hart<br>Daniel M. Ketani<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>bberke@gibsondunn.com<br>jestes@gibsondunn.com<br>ghart@gibsondunn.com<br>dketani@gibsondunn.com<br><br>Andrew LeGrand (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue<br>Ste 2100<br>Dallas, TX 75201<br>Tel.: (214) 698-3100<br>alegrand@gibsondunn.com<br><br>Alan B. Howard<br>Adam R. Mandelsberg<br>Evelyn Y. Pang<br>Margaret Winterkorn Meyers<br>PERKINS COIE LLP<br>1155 Avenue of Americas, 22nd Floor<br>New York, NY 10036<br>AHoward@perkinscoie.com<br>AMandelsberg@perkinscoie.com<br>EPang@perkinscoie.com<br><br>*Attorneys for Defendant* |