**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

July 22, 2025

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
      Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

    We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action. Pursuant to the Court's July 21, 2025 Order, Dkt. 200, and Individual Rule for Civil Cases I.D.3, Amazon respectfully moves the Court to treat as sealed on a provisional basis limited portions of its July 20, 2025 response (the "July 20 Response") to Plaintiff Gilimex's letter to the Court dated July 18, 2025 (the "July 18 Letter").

    Amazon has conferred with Gilimex on the portions of Amazon's July 20 Response that Gilimex seeks to seal, and Amazon has redacted those portions of the July 20 Response so that Amazon can file the letter today, pursuant to the Court's Order. Amazon has taken this approach to give Gilimex an opportunity to move to seal the July 18 Letter and the corresponding portions of the July 20 Response. Amazon reserves the right to oppose any such motion.

Respectfully submitted,

*/s/ Jordan Estes*
Barry H. Berke
Jordan Estes

cc: All counsel of record (by ECF)

---

The parties shall file any opposition to Dkt. Nos. 201 and 202 by **July 24, 2025**. So Ordered.

Dated: July 23, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP
200 Park Avenue | New York, NY 10166-0193 | T: 212.351.4000 | F: 212.351.4035 | gibsondunn.com

**GIBSON DUNN**

July 22, 2025
Page 2

## Appendix

Pursuant to the Court's Individual Rule I.D.3, included below is a list of all parties and attorneys of record who should have access to the sealed documents:

Marc E. Kasowitz
Edward E. Filusch
Victor J. Brienza
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff*

Barry H. Berke
Jordan Estes
Grace E. Hart
Daniel M. Ketani
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
bberke@gibsondunn.com
jestes@gibsondunn.com
ghart@gibsondunn.com
dketani@gibsondunn.com

Andrew LeGrand (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Ste 2100
Dallas, TX 75201
Tel.: (214) 698-3100
alegrand@gibsondunn.com

Alan B. Howard
Adam R. Mandelsberg
Evelyn Y. Pang
Margaret Winterkorn Meyers
PERKINS COIE LLP
1155 Avenue of Americas, 22nd Floor
New York, NY 10036
AHoward@perkinscoie.com
AMandelsberg@perkinscoie.com
EPang@perkinscoie.com

*Attorneys for Defendant*