UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
BINH THANH IMPORT EXPORT                                     :
PRODUCTION & TRADE JOINT STOCK                               :
CO.,                                                         :                23 Civ. 292 (LGS)
                                     Plaintiff               :
                 -against-                                   :
                                                             :                ORDER
AMAZON.COM SERVICES LLC,                                     :
                                     Defendant.              :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an evidentiary hearing to address Defendant's fraud allegations and the parties' sanctions request was scheduled for August 4, 2025, at 2:30 P.M.

    WHEREAS, Plaintiff requested an earlier start time to accommodate the remote testimony of overseas witnesses.

    WHEREAS, the Court is currently presiding over a criminal jury trial, which apparently will continue on and after August 4, 2025. It is hereby

    **ORDERED** that the August 4, 2025, evidentiary hearing is **ADJOURNED** to **8 a.m. on August 12, 2025**, and will be held as previously scheduled in Courtroom 1106, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. It is further

    **ORDERED** that the parties shall contact Chambers regarding logistics for any remote testimony by **August 1, 2025**, so that the Court may coordinate the necessary technology.

Dated: July 28, 2025
       New York, New York

                                                                                 LORNA G. SCHOFIELD
                                                                     UNITED STATES DISTRICT JUDGE