# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

July 29, 2025

**Application GRANTED.   While the request is untimely, the deadline for the Final Pre-Hearing Order is ADJOURNED to August 5, 2025.**

VIA ECF

**Dated: July 30, 2025
New York, New York**

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action.  We write jointly on behalf of Amazon and Plaintiff Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex, Inc. ("Gilimex"), pursuant to the Court's Individual Rule for Civil Cases I.B.3, to respectfully request a one-week extension of the deadline to file a Final Pre-Hearing Order.

The parties request this short extension to allow the parties to engage in continued dialogue on witnesses, exhibits, and discovery, including documents produced by Gilimex yesterday in response to Amazon's July 22, 2025 requests, which may now be marked as exhibits.

The current deadline for the Pre-Hearing Order is today, July 29, 2025.  The parties propose a new deadline of August 5, 2025, which is one week in advance of the newly scheduled hearing date of August 12, 2025.  (Dkt. 212.)

No prior requests for adjournment or extensions of time have been made in connection with this deadline, and the requested extension will not affect any other deadlines in advance of the hearing.

Thank you for your consideration.

Respectfully submitted,

*/s/ Jordan Estes*
Jordan Estes

cc: All counsel of record (by ECF)