UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BINH THANH IMPORT EXPORT　　　　　　　　:
PRODUCTION & TRADE JOINT CO., D/B/A　　:
GILIMEX, INC.,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Plaintiff,　　:
　　　　　　　　　　　　　　　　　　　　　　:　　23 Civ. 292 (LGS)
　　　　　　-against-　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　ORDER
AMAZON.COM SERVICES LLC, D/B/A　　　　　:
AMAZON ROBOTICS,　　　　　　　　　　　　　:
　　　　　　　　　　　　　Defendant.　　:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

　　WHEREAS, the parties filed their Final Pre-Hearing Order and proposed exhibit lists.

　　WHEREAS, with respect to exhibits, the Court will consider only exhibits that are used at the hearing.  The parties need not formally lay a foundation for exhibits, nor move them into evidence.  All objections (which must be made prior to the hearing and must be reflected on the parties' exhibit lists) will be considered for weight, not admissibility.  It is hereby

　　**ORDERED** that each side is allotted two hours -- for argument, direct, cross, redirect (which is limited to 5 minutes) and any other time an attorney is speaking.  Opening statements (if any) may be made only in writing and must be filed by **12:00 p.m. on Monday, August 11**, not to exceed 2,500 words.  The Court will not hear closing arguments.  Post-hearing memoranda will be discussed at the conclusion of the hearing.  It is further

　　**ORDERED** that the parties shall modify their respective witness lists and exhibit lists, if necessary, to comport with the above directives, and agree on a date and time for the exchange of lists.  Final witness lists and exhibit lists shall be filed with the Court by **12:00 p.m. on Monday August 11**.

**ORDERED** that the first witness shall be prepared to testify at 8:00 a.m.

Dated: August 6, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE