UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC.,<br><br>   Plaintiff,<br><br> -against-<br><br>AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS,<br><br>   Defendant. | Case No.: 1:23-cv-00292-LGS |

Pursuant to the Court's July 7 Order (Dkt. 197), the parties respectfully submit the below Joint Final Prehearing Order.

## JOINT PRE-HEARING ORDER

**I. Case Caption**

The full caption of this action is set forth above.

**II. Counsel Appearances**

The names, law firms, addresses, telephone numbers, and email addresses of counsel are as follows:

| For Plaintiff: | For Defendant: |
|---|---|
| KASOWITZ LLP<br>Marc E. Kasowitz<br>Edward E. Filusch<br>Daniel J. Koevary<br>Sondra D. Grigsby<br>Michael C. Pecorini<br>1633 Broadway<br>New York, NY 10019<br>Tel.: (212) 506-1700<br>mkasowitz@kasowitz.com<br>efilusch@kasowitz.com<br>dkoevary@kasowitz.com<br>sgrigsby@kasowitz.com | GIBSON, DUNN & CRUTCHER LLP<br>Barry H. Berke<br>Jordan Estes<br>Daniel M. Ketani<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 351-4000<br>bberke@gibsondunn.com<br>jestes@gibsondunn.com<br>dketani@gibsondunn.com |

| | |
|---|---|
| mpecorini@kasowitz.com<br><br>ThucMinh Nguyen (admitted *pro hac vice*)<br>101 California Street,<br>Suite 3950<br>San Francisco, CA 94111<br>Tel.: (650) 453-5420<br>tnguyen@kasowitz.com | |
| For Tien Luong: | |
| BAUGHMAN KROUP BOSSE PLLC<br><br>Andrew Bosse<br>One Liberty Plaza<br>Floor 46<br>New York, NY 10006<br>abosse@BKBfirm.com | |

**III.    Subject Matter Jurisdiction**

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a).  Plaintiff is a Vietnamese corporation with its principal place of business in Ho Chi Minh City, Vietnam.  Defendant is an LLC formed under Delaware law, whose sole member is Amazon.com Sales, Inc., a Delaware corporation with its principal place of business in Washington state.  *See* Dkt. 1 (Defendant's Notice of Removal).  The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  28 U.S.C. § 1332(a); Dkt. 83, Prayer for Relief.

**IV.    Witness Lists**

The following charts contain the parties' current good faith lists of the witnesses they genuinely intend to call at the hearing and may call at the hearing, and estimates of the length of expected direct testimony.

2

**Plaintiff's Will Call List:**[1]

| Witness | Description of Anticipated Testimony | Estimated Direct Testimony Time |
|---|---|---|
| Tien Luong (Remote)[2] | ███████████████████ | 45 minutes |
| Le Hung (Live) | Gilimex's Chairman and CEO; testimony concerning all aspects of Amazon's allegations, and Gilimex's investigation of same, including information related to the November 2021 Blazemax Purchase Order | 90 minutes |

**Plaintiff's May Call List:**

| Witness | Description of Anticipated Testimony | Estimated Direct Testimony Time |
|---|---|---|
| Nguyet Pham (Live) | Gilimex's General Director; testimony concerning all aspects of Amazon's allegations, and Gilimex's investigation of same, including information related to the November 2021 Blazemax Purchase Order | 45 minutes |
| Bich Hanh (Remote) | Gilimex employee in Gilimex's purchasing department who has personal knowledge of the November 2021 Blazemax Purchase Order | 30 minutes |

---

[1] Each of Gilimex's witnesses will require an interpreter for their testimony. As discussed with Mr. Street earlier today, Gilimex has engaged Mr. Andy Tang, who was identified by the Interpreters Office for the Southern District, to assist at the August 12 evidentiary hearing. Further to that discussion, counsel spoke with Mr. Tang who advised that, while simultaneous translation services is feasible, "stop and go" translations are generally more effective in his experience. We are available to discuss further at the Court's convenience.

[2] Pursuant to the Court's July 30, 2025 Order (Dkt. 224), Mr. Luong will testify remotely.

| | | |
|---|---|---|
| Le Thi Kim Oanh (Remote) | Representative of third-party Blazemax.[3] | 30 minutes |
| Rebuttal to Amazon's summary witness | A witness may testify to rebut Amazon's witness regarding the timing and content of productions made in this action, including with respect to the authenticity of documents in those productions. | 30 minutes |

**Defendant's Will Call List:**

| Witness | Description of Anticipated Testimony | Estimated Direct Testimony Time |
|---|---|---|
| Jean Chow-Callam | Jean Chow-Callam is a Managing Director in the Financial Investigation Forensics Accounting practice group at Nardello & Co. LLC ("Nardello"), a global investigations firm. Ms. Chow-Callam will testify regarding her review of corporate records and the use of company seals and signatures in Asia. | 75 minutes |
| Kelly Jackson | Kelly Jackson is a Supply Chain Manager at Amazon. She will testify about communications with Gilimex on raw materials towards the end of the parties' business relationship. | 1 hour |
| Alberto Orozco | Alberto Orozco is a Managing Director in the Financial Investigation Forensics Accounting practice group at Nardello. Mr. Orozco will testify regarding his review of inventory reports and other documents produced by Plaintiff and publicly available data. | 75 minutes |
| Andrew Tappeto | Andrew Tappeto is a Senior Director in the Digital Investigations & Cyber Risk practice group at Nardello. Mr. Tappeto will testify regarding metadata of certain documents produced by Plaintiff. | 1 hour |

---

[3] Blazemax is a third party that Gilimex has no control over. Gilimex has continued its efforts to secure Ms. Kim's cooperation and willingness to testify, including, but not limited to, through Gilimex's counsel's emails to Blazemax's counsel that Gilimex has produced to Amazon.

4

**Defendant's May Call List:**[4]

| Summary Document Witness | A summary witness may testify to the timing and content of productions that Gilimex has made in this action. | 20 minutes |
|---|---|---|

## V.     Written Discovery

On July 22, 2025, Amazon served the below-referenced interrogatories related to Gilimex's disclosures regarding fraudulent documents.  Dkt. 206 (Gilimex Letter to the Court). On July 28, 2025, Gilimex provided the responses that follow.



5







## VI. Proposed Exhibits

Plaintiff's preliminary Exhibit List, including Defendant's objections thereto, is attached as Appendix 1.  Defendant's preliminary Exhibit List, including Plaintiff's objections thereto, is attached as Appendix 2.  The parties are continuing to meet and confer in good faith regarding their respective objections and will continue to do so in advance of the hearing.

## VII. Additional Requests

The parties respectfully request brief 15-minute opening statements prior to calling in person witnesses at the August 12, 2025 hearing.

Dated: August 5, 2025
       New York, New York

| KASOWITZ LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: */s/ Marc E. Kasowitz* | By: */s/ Barry H. Berke* |
| Marc E. Kasowitz | Barry H. Berke |
| Edward E. Filusch | Jordan Estes |
| Daniel J. Koevary | Daniel M. Ketani |
| Sondra D. Grigsby | GIBSON, DUNN & CRUTCHER LLP |
| Michael C. Pecorini | 200 Park Avenue |
| 1633 Broadway | New York, NY 10166 |
| New York, NY 10019 | Tel.: (212) 351-4000 |
| Tel.: (212) 506-1700 | bberke@gibsondunn.com |
| mkasowitz@kasowitz.com | jestes@gibsondunn.com |
| efilusch@kasowitz.com | dketani@gibsondunn.com |
| dkoevary@kasowitz.com | |
| sgrigsby@kasowitz.com | *Attorneys for Defendant* |
| mpecorini@kasowitz.com | |

ThucMinh Nguyen
(admitted *pro hac vice*)
101 California Street,
Suite 3950
San Francisco, CA 94111
Tel.: (650) 453-5420
tnguyen@kasowitz.com

*Attorneys for Plaintiff*

# Appendix 1

**DOCUMENT PRODUCED IN NATIVE FORMAT**

# Appendix 2

DOCUMENT PRODUCED IN NATIVE FORMAT