# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

August 5, 2025

Application **GRANTED**.  Gilimex shall file any motions to seal related to the pre-hearing submissions by **August 8, 2025**.  Amazon shall file any oppositions by **August 13, 2025**.  The Final Pre-Hearing Order shall remain under seal until any motion to seal it is resolved

VIA ECF

Dated: August 6, 2025
        New York, New York

Hon. Lorna G. Schofield
United States District Court for SDNY
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
       Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

    We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action.  Pursuant to the Court's Individual Rule for Civil Cases I.D.3, Amazon respectfully moves the Court to provisionally treat as sealed the parties' proposed Final Pre-Hearing Order.

    Amazon takes no position at this time as to whether any portion of the Final Pre-Hearing Order should remain under seal.  Amazon has taken this approach out of an abundance of caution and to give Plaintiff Gilimex an opportunity to designate which portions of the Final Pre-Hearing Order, if any, Gilimex wishes to keep under seal and to provide the reasons for such continued treatment consistent with the Court's Individual Rule for Civil Cases I.D.3.  Amazon reserves all rights, including the right to oppose any such motion.

                                          Respectfully submitted,

                                          */s/ Jordan Estes*
                                          Barry H. Berke
                                          Jordan Estes

cc: All counsel of record (by ECF)

**GIBSON DUNN**

August 5, 2025
Page 2

**<u>Appendix</u>**

Pursuant to the Court's Individual Rule I.D.3, included below is a list of all parties and attorneys of record who should have access to the sealed documents:

Marc E. Kasowitz
Edward E. Filusch
Victor J. Brienza
ThucMinh Nguyen
Sondra D. Grigsby
Daniel J. Koevary
Michael C. Pecorini
KASOWITZ LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff*

Barry H. Berke
Jordan Estes
Grace E. Hart
Daniel M. Ketani
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
bberke@gibsondunn.com
jestes@gibsondunn.com
ghart@gibsondunn.com
dketani@gibsondunn.com

Andrew LeGrand (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Ste 2100
Dallas, TX 75201
Tel.: (214) 698-3100
alegrand@gibsondunn.com

Alan B. Howard
Adam R. Mandelsberg
Evelyn Y. Pang
Margaret Winterkorn Meyers
PERKINS COIE LLP
1155 Avenue of Americas, 22nd Floor
New York, NY 10036
AHoward@perkinscoie.com
AMandelsberg@perkinscoie.com
EPang@perkinscoie.com

*Attorneys for Defendant*