**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

August 8, 2025

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
      Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action. Pursuant to the Court's Individual Rule for Civil Cases I.D.3, Amazon respectfully moves the Court to provisionally treat as sealed portions of Amazon's opposition to Plaintiff Gilimex's letter motion to seal the courtroom during the evidentiary hearing set for August 12, 2025. *See* Dkts. 237–38.

For the reasons stated in its opposition, Amazon opposes the sealing of any portion thereof. However, given Gilimex's motion to maintain certain information reflected in Amazon's opposition under seal, Dkt. 236, Amazon has filed portions of its response under seal. Amazon has taken this approach out of an abundance of caution and to give Gilimex an opportunity to designate which portions of those documents Gilimex wishes to keep under seal, if any, and to provide the reasons for such continued treatment consistent with Your Honor's Individual Rule for Civil Cases I.D.3. Amazon reserves all rights.

Respectfully submitted,

*/s/ Jordan Estes*
Barry H. Berke
Jordan Estes

cc: All counsel of record (by ECF)

**GIBSON DUNN**

August 8, 2025
Page 2

## Appendix

Pursuant to the Court's Individual Rule I.D.3, included below is a list of all parties and attorneys of record who should have access to the sealed documents:

Marc E. Kasowitz
Edward E. Filusch
Sondra D. Grigsby
Daniel J. Koevary
Michael C. Pecorini
KASOWITZ LLP
1633 Broadway
New York, New York 10019
mkasowitz@kasowitz.com
efilusch@kasowitz.com
sgrigsby@kasowitz.com
dkoevary@kasowitz.com
mpecorini@kasowitz.com

ThucMinh Nguyen (admitted *pro hac vice*)
KASOWITZ LLP
101 California Street,
Suite 3950
San Francisco, CA 94111
tnguyen@kasowitz.com

*Attorneys for Plaintiff*

Andrew C. Bosse
BAUGHMAN KROUP BOSSE PLLC
One Liberty Plaza
Ste 46th FL
New York, NY 10006
abosse@bkbfirm.com

*Attorney for Non-Party Tien Luong*

Barry H. Berke
Jordan Estes
Grace E. Hart
Daniel M. Ketani
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
bberke@gibsondunn.com
jestes@gibsondunn.com
ghart@gibsondunn.com
dketani@gibsondunn.com

Andrew LeGrand (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Ste 2100
Dallas, TX 75201
alegrand@gibsondunn.com

Alan B. Howard
Adam R. Mandelsberg
Evelyn Y. Pang
Margaret Winterkorn Meyers
PERKINS COIE LLP
1155 Avenue of Americas, 22nd Floor
New York, NY 10036
AHoward@perkinscoie.com
AMandelsberg@perkinscoie.com
EPang@perkinscoie.com

*Attorneys for Defendant*