**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

August 11, 2025

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
      Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

      We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action, and write pursuant to the Court's Order dated August 6, 2025. Dkt. 231. Attached are the following materials:

- Amazon's written opening statement for the August 12, 2025 evidentiary hearing (the "Evidentiary Hearing") on fraud and sanctions (Exhibit A);

- Amazon's witness list for the Evidentiary Hearing (Exhibit B); and

- Amazon's exhibit list for the Evidentiary Hearing (Exhibit C).

                                        Respectfully submitted,

                                        */s/ Jordan Estes*
                                        Barry H. Berke
                                        Jordan Estes

cc: All counsel of record (by ECF)