# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

August 8, 2025

Any request to seal Dkt. No. 240 is **DENIED**, consistent with Dkt. Nos. 241, 242.  So Ordered.

VIA ECF

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 239 and to unseal Dkt. No. 240.

Hon. Lorna G. Schofield
United States District Court for SDNY
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dated: August 11, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action. Pursuant to the Court's Individual Rule for Civil Cases I.D.3, Amazon respectfully moves the Court to provisionally treat as sealed portions of Amazon's opposition to Plaintiff Gilimex's letter motion to seal the courtroom during the evidentiary hearing set for August 12, 2025.  *See* Dkts. 237–38.

For the reasons stated in its opposition, Amazon opposes the sealing of any portion thereof. However, given Gilimex's motion to maintain certain information reflected in Amazon's opposition under seal, Dkt. 236, Amazon has filed portions of its response under seal.  Amazon has taken this approach out of an abundance of caution and to give Gilimex an opportunity to designate which portions of those documents Gilimex wishes to keep under seal, if any, and to provide the reasons for such continued treatment consistent with Your Honor's Individual Rule for Civil Cases I.D.3.  Amazon reserves all rights.

Respectfully submitted,

*/s/ Jordan Estes*
Barry H. Berke
Jordan Estes

cc: All counsel of record (by ECF)

**GIBSON DUNN**

August 8, 2025
Page 2

## Appendix

Pursuant to the Court's Individual Rule I.D.3, included below is a list of all parties and attorneys of record who should have access to the sealed documents:

| | |
|---|---|
| Marc E. Kasowitz<br>Edward E. Filusch<br>Sondra D. Grigsby<br>Daniel J. Koevary<br>Michael C. Pecorini<br>KASOWITZ LLP<br>1633 Broadway<br>New York, New York 10019<br>mkasowitz@kasowitz.com<br>efilusch@kasowitz.com<br>sgrigsby@kasowitz.com<br>dkoevary@kasowitz.com<br>mpecorini@kasowitz.com<br><br>ThucMinh Nguyen (admitted *pro hac vice*)<br>KASOWITZ LLP<br>101 California Street,<br>Suite 3950<br>San Francisco, CA 94111<br>tnguyen@kasowitz.com<br><br>*Attorneys for Plaintiff*<br><br><br>Andrew C. Bosse<br>BAUGHMAN KROUP BOSSE PLLC<br>One Liberty Plaza<br>Ste 46th FL<br>New York, NY 10006<br>abosse@bkbfirm.com<br><br>*Attorney for Non-Party Tien Luong* | Barry H. Berke<br>Jordan Estes<br>Grace E. Hart<br>Daniel M. Ketani<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>bberke@gibsondunn.com<br>jestes@gibsondunn.com<br>ghart@gibsondunn.com<br>dketani@gibsondunn.com<br><br>Andrew LeGrand (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue<br>Ste 2100<br>Dallas, TX 75201<br>alegrand@gibsondunn.com<br><br>Alan B. Howard<br>Adam R. Mandelsberg<br>Evelyn Y. Pang<br>Margaret Winterkorn Meyers<br>PERKINS COIE LLP<br>1155 Avenue of Americas, 22nd Floor<br>New York, NY 10036<br>AHoward@perkinscoie.com<br>AMandelsberg@perkinscoie.com<br>EPang@perkinscoie.com<br><br>*Attorneys for Defendant* |