UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BINH THANH IMPORT EXPORT
PRODUCTION & TRADE JOINT STOCK
CO.,
                        Plaintiff,

-against-

AMAZON.COM SERVICES LLC,
                        Defendant.
-------------------------------------------------------------X

23 Civ. 292 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an evidentiary hearing to address Defendant's fraud allegations and the parties' sanctions request was held August 12, 2025. It is hereby

**ORDERED** that by **September 10, 2025**, Defendant shall file their post-hearing brief. By **October 8, 2025**, Plaintiff shall file any response. By **October 22, 2025**, Defendant shall file any reply. The parties' briefing shall conform to the Court's Individual Rules. It is further

**ORDERED** that by **September 10, 2025**, the parties shall each file a revised exhibit list of all exhibits used at the hearing, including underlying documents for any summary exhibits. The parties are expected to meet and confer prior to **September 3, 2025**. If the parties disagree about the exhibit lists, counsel shall file a joint letter stating each side's position by **September 3, 2025**. It is further

**ORDERED** that by **September 10, 2025**, each party shall provide the Court access to all exhibits on their respective exhibit list.

Dated: August 12, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE