**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

September 10, 2025

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*,
        Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action. Pursuant to the Court's Order dated August 12, 2025, Dkt. 249, Amazon and Plaintiff Gilimex respectfully submit their revised, joint exhibit list reflecting all exhibits that were used during the August 12, 2025 evidentiary hearing, including those underlying the parties' summary exhibits. *See* Ex. A.

Respectfully submitted,

*/s/ Jordan Estes*
Barry H. Berke
Jordan Estes
Andrew LeGrand
Grace E. Hart
Daniel M. Ketani

cc: All counsel of record (by ECF)