# Exhibit A

**DOCUMENT PRODUCED IN NATIVE FORMAT**