# Exhibit A



## Certification of Translation

### COUNTY OF SUFFOLK
### COMMONWEALTH OF MASSACHUSETTS

September 9, 2025

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Vietnamese» into «English» of the attached document:

**«Submission to the General Meeting of Shareholders»**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*

Benardette McEvoy
Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com

Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)



**BINHTHANH IMPORT EXPORT PRODUCTION AND TRADE JOINT STOCK COMPANY GILIMEX**
334A Phan Van Tri, Binh Loi Trung Ward, Ho Chi Minh City
Telephone: 84-028-35162288          Fax: 84-028-35160118
Website: http://www.gilimex.com

NO.: 01/2025/TTr-DHCDBT
-------------------------------------------------------------------------------------------------------------------------------------

*Ho Chi Minh City, August 20, 2025*

# SUBMISSION TO THE GENERAL MEETING OF SHAREHOLDERS

**To:** The General Meeting of Shareholders of BinhThanh Import Export Production and Trade Joint Stock Company ("GILIMEX")

- *Pursuant to the Charter of BinhThanh Import Export Production and Trade Joint Stock Company ("Company");*

- *Pursuant to Resolution No. 17/2025/NQ-HDQT dated 08/20/2025 of the Company's Board of Directors approving the contents of documents to be submitted to the 2025 Extraordinary General Meeting of Shareholders;*

- *Pursuant to the powers and responsibilities of the Company's Board of Directors;*

- *Based on the status of the Company's production and business operations.*

Amazon Robotics LLC ("Amazon") has been one of the Company's major customers since 2014. During the cooperation, the Company has made substantial investments in facilities and labor to meet Amazon's demand under the parties' agreements. However, Amazon suddenly changed and sharply reduced its demand, breaching the cooperation contract between the two parties, which has severely affected the Company's production and business operations and caused damage to the Company as follows: US$280,000,000. Accordingly, in 2022, the Company commenced legal proceedings against Amazon before a court of competent jurisdiction in the United States, and the case is currently in progress (hereinafter referred to as the "Lawsuit"). This Lawsuit has been reported to the Board of Directors, and the Board of Directors has approved the selection of advisory firms to protect the Company's lawful rights and interests.

During the handling of the Lawsuit, the Company's legal representative, the General Director, other executive officers, and the Company's employees have been making significant efforts, devoting substantial time and energy to participating in the Lawsuit to best protect the Company's lawful rights and interests. Therefore, the Company needs to set an appropriate level of commendation to demonstrate care and, at the same time, to protect the rights, honor, and reputation of these individuals, thereby building confidence for all officers, staff, and employees of the Company to be reassured in handling similar matters in the future.

In addition, to encourage the advisory firms that are defending the Company's lawful rights and interests in the Lawsuit, a success fee is also required for these firms.

Accordingly, the Company's Board of Directors respectfully submits to the General Meeting of Shareholders for approval the matters relating to the Company's participation in defending its lawful rights and interests in the Lawsuit, as follows:

1. Authorize the Company's legal representative, the Company's General Director, and other executive officers of the Company, together with the advisory firms, to research and implement effective solutions to best protect the Company's lawful rights and interests in the Lawsuit before the court of competent jurisdiction in the United States.

2. The Company will comply with the legally effective judgment of the court of competent jurisdiction in the United States with respect to the Lawsuit; the Company's legal representative, the Company's General Director, other executive officers, and employees who have participated in, carried out, and supported the Company in the Lawsuit shall not bear personal liability for any damage (if any) of the Company related to the Lawsuit. At the same time, the Company will protect the rights, honor, and reputation of these individuals and will not require them to bear legal liability for matters related to the Lawsuit.

3. The success fee for the advisory firms that are defending the Company's lawful rights and interests in the Lawsuit is 20% *(In words: twenty percent)* of the total amount the Company receives from Amazon pursuant to a legally effective judgment of the court of competent jurisdiction in the United States.

4. Total commendation amount for individuals: The Company's legal representative, the Company's General Director, other executive officers, and employees of the Company who participate in, carry out, and support the Company in the Lawsuit shall receive 20% *(In words: twenty percent)* of the remaining amount from the total sum the Company receives from Amazon pursuant to a legally effective judgment of the court of competent jurisdiction in the United States, after deducting the Company's total damages and the costs of the Lawsuit.

We respectfully request the consideration and approval of the Company's General Meeting of Shareholders.

Respectfully./.

**Recipients:**

- As above;

- Filed: Office.

**For and on behalf of THE BOARD OF DIRECTORS, CHAIRMAN**



**Le Hung**



**CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH XUẤT NHẬP KHẨU BÌNH THẠNH**
**GILIMEX**
334A Phan Văn Trị , Phường Bình Lợi Trung ,TP. Hồ Chí Minh
Điện thoại : 84-028-35162288          Fax: 84-028-35160118
Website: http://www.gilimex.com

Số: 01/2025/TTr-ĐHĐCĐBT

--------------------------------------------------------------------------------------------------------------

*TP. Hồ Chí Minh, ngày 20 tháng 08 năm 2025*

# TỜ TRÌNH ĐẠI HỘI

**Kính gửi:** Đại hội đồng cổ đông Công ty Cổ phần Sản xuất Kinh doanh

Xuất nhập khẩu Bình Thạnh ("GILIMEX")

- *Căn cứ Điều lệ của Công ty Cổ phần Sản xuất Kinh doanh Xuất nhập khẩu Bình Thạnh ("Công ty");*
- *Căn cứ Nghị quyết số 17/2025/NQ-HĐQT ngày 20/08/2025 của Hội đồng quản trị Công ty về việc phê duyệt nội dung tài liệu trình Đại hội đồng cổ đông bất thường năm 2025;*
- *Căn cứ vào quyền hạn và trách nhiệm của Hội đồng quản trị Công ty;*
- *Căn cứ vào tình hình hoạt động sản xuất kinh doanh của Công ty.*

Amazon Robotics LLC ("Amazon") là một trong những khách hàng lớn của Công ty từ năm 2014. Trong quá trình hợp tác, Công ty đã đầu tư rất lớn về cơ sở vật chất và lao động để đáp ứng nhu cầu Amazon theo thỏa thuận hai bên. Tuy nhiên, Amazon đã đột ngột thay đổi và giảm mạnh nhu cầu, vi phạm hợp đồng hợp tác giữa hai bên, ảnh hưởng rất lớn đến hoạt động sản xuất, kinh doanh của Công ty và gây thiệt hại cho Công ty là: 280.000.000 USD. Do đó, Công ty đã tiến hành các thủ tục để khởi kiện Amazon vào năm 2022, cơ quan tài phán là Tòa án có thẩm quyền tại Hoa Kỳ và hiện đang trong quá trình giải quyết vụ kiện (sau đây gọi tắt là "Vụ kiện"). Vụ kiện này đã được báo cáo Hội đồng quản trị và được Hội đồng quản trị phê duyệt lựa chọn các đơn vị tư vấn để bảo vệ quyền và lợi ích hợp pháp của Công ty.

Trong quá trình giải quyết Vụ kiện, Người đại diện theo pháp luật của Công ty, Tổng Giám đốc, những người điều hành khác của Công ty và người lao động của Công ty đã và đang nỗ lực rất lớn, bỏ nhiều thời gian và công sức trong việc tham gia Vụ kiện nhằm bảo vệ tốt nhất quyền và lợi ích hợp pháp của Công ty. Do vậy, Công ty cần có mức khen thưởng thỏa đáng nhằm thể hiện sự quan tâm, đồng thời bảo vệ quyền lợi, danh dự và uy tín của các cá nhân này, tạo sự tin tưởng cho toàn thể cán bộ, nhân viên và người lao động của Công ty yên tâm trong việc giải quyết các vụ việc tương tự về sau.

Ngoài ra, để khích lệ cho các đơn vị tư vấn đang bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện, cũng cần có mức phí thành công cho đơn vị này.

Do vậy, nay Hội đồng quản trị Công ty kính trình Đại hội đồng cổ đông phê duyệt các nội dung liên quan việc tham gia bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện, như sau:

1. Giao cho Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty và những người điều hành khác của Công ty cùng với các đơn vị tư vấn nghiên cứu và thực hiện các giải pháp hữu hiệu để bảo vệ tốt nhất quyền và lợi ích hợp pháp của Công ty trong Vụ kiện tại Tòa án có thẩm quyền tại Hoa Kỳ.

2. Công ty sẽ chấp nhận theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ đối với Vụ kiện; Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty, những người điều hành khác và người lao động của Công ty đã tham gia, thực hiện và hỗ trợ cho Công ty trong Vụ kiện không chịu trách nhiệm cá nhân đối với thiệt hại (nếu có) của Công ty liên quan đến Vụ kiện. Đồng thời, Công ty thực hiện việc bảo vệ quyền lợi, danh dự, uy tín và không yêu cầu chịu trách nhiệm pháp lý của các cá nhân này đối với các nội dung liên quan đến Vụ kiện.

3. Mức phí thành công cho các đơn vị tư vấn đang bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện là 20% (*Bằng chữ: hai mươi phần trăm*) trên tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ.

4. Tổng mức khen thưởng cho các cá nhân: Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty, những người điều hành khác và người lao động của Công ty tham gia, thực hiện và hỗ trợ cho Công ty trong Vụ kiện là 20% (*Bằng chữ: hai mươi phần trăm*) trên số tiền còn lại từ tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ trừ đi tổng số tiền thiệt hại của Công ty và chi phí cho Vụ kiện.

Rất mong sự xem xét, phê duyệt của Đại hội đồng cổ đông Công ty.

Trân trọng./.

*Nơi nhận:*
- Như trên;
- Lưu VP.

**TM. HỘI ĐỒNG QUẢN TRỊ**
**CHỦ TỊCH**



**Lê Hùng**

2