UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC.,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00292-LGS |

**NOTICE OF DEFENDANT AMAZON.COM SERVICES LLC'S
<u>MOTION FOR SANCTIONS</u>**

PLEASE TAKE NOTICE THAT, upon Defendant Amazon.com Services LLC's ("Amazon") accompanying Post-Hearing Brief in Support of its Motion for Sanctions against Plaintiff Binh Thanh Import Export Production & Trade Joint Stock Co., d/b/a Gilimex ("Gilimex"), together with the exhibits referenced therein, and all other pleadings, submissions, and proceedings heretofore had herein, Amazon respectfully moves this Court before the Honorable Lorna G. Schofield, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for the entry of an order, pursuant to its inherent power to deter abuse of the judicial process and prevent a party from perpetrating a fraud on the Court, dismissing all of Gilimex's claims with prejudice and granting Amazon leave to seek attorneys' fees and costs.

Dated: September 10, 2025
      New York, New York

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jordan Estes*
    Barry H. Berke
    Jordan Estes
    Grace E. Hart
    Daniel M. Ketani
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    Tel.: (212) 351-4000
    bberke@gibsondunn.com
    jestes@gibsondunn.com
    ghart@gibsondunn.com
    dketani@gibsondunn.com

    Andrew LeGrand (admitted *pro hac vice*)
    GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue
    Suite 2100
    Dallas, TX 75201
    Tel.: (214) 698-3100
    alegrand@gibsondunn.com