# Appendix A

**Timeline of Gilimex Production of Raw-Materials Documents**

| Date | Event |
|---|---|
| **December 13, 2022** | Gilimex filed its complaint against Amazon and asserted $68 million in damages for raw materials it purchased in 2022. Dkt. 1-1.<br><br>The complaint alleged that Gilimex's damages included "over $68 million worth of raw materials and components secured by Gilimex and which cannot be returned to Gilimex's suppliers." Dkt. 1-1 ¶ 88.ii. Specifically, the complaint alleged that Gilimex continued purchasing raw materials throughout 2022, including after Amazon reduced its forecast for the 2023 season and told Gilimex to return all raw materials to its suppliers. *Id.* ¶¶ 69-70, 71, 74. |
| **Fact Discovery** ||
| **March 8, 2023** | Amazon served its first document requests, including for evidence of Gilimex's raw-materials damages. Amazon's Request 35 demanded that Gilimex produce:<br><br>"All DOCUMENTS and COMMUNICATIONS on which YOU rely for YOUR allegations in the ACTION that YOU have over $68 million worth of FPA raw material and components that cannot be returned to YOUR suppliers or otherwise used." |
| **April 7, 2023** | Gilimex served its objections and responses to Amazon's document requests and agreed to produce "documents showing the value of raw materials and components purchased for the manufacture of Amazon FPAs, and communications with Amazon regarding the same." |
| **July 17, 2023** | Gilimex produced contemporaneous communications with Amazon including:<br><br>- **DX702, DX702-A**: An April 8, 2022 email from Gilimex to Amazon and attached spreadsheet tracking raw materials Gilimex had purchased in excess of its 2022 purchase orders.<br>- **DX703, DX703-A**: An April 20, 2022 email from Gilimex to Amazon and attached spreadsheet identifying approximately 20 Gilimex raw-materials suppliers.<br>- **DX704**: An electronically-produced version of the PowerPoint presentation Gilimex gave to Amazon on June 28, 2022, stating that Gilimex had "over 50 suppliers" for raw materials. DX704 at 10.<br><br>These communications were produced with metadata reflecting, among other things, their custodian and the date they were sent or created. |
| **July 24, 2023** | Gilimex produced weekly inventory reports tracking raw materials Gilimex ordered from its suppliers for the period of August 28, 2021 to |

| | |
|---|---|
| | October 22, 2022. DX501-29. The November 18, 2021 Blazemax PO (the "**Blazemax PO**") is not mentioned in any of these inventory reports.<br><br>The inventory reports were attached to contemporaneous Gilimex emails. The reports themselves were produced in native Excel format, with metadata reflecting, among other things, their custodian, author, and date created. |
| **August 2, 2023** | Gilimex produced 66 POs (the "**66 POs**") from Gilimex to dozens of its suppliers, and letters purportedly from those suppliers to Gilimex, demanding payment and/or scheduling of deliveries (the "**Demand Letters**"). DX112-14, DX301-08, DX401-95, PX205.<br><br>The vast majority of the 66 POs are dated in the first half of 2022, including January and April 2022 orders to Blazemax.<br><br>The total value of the 66 POs, converted into U.S. dollars, is approximately $69 million. DX918.<br><br>The 66 POs and the Demand Letters were not produced with metadata identifying their custodian. But their metadata shows that they were created on or about July 31, 2023, and that most of the 66 POs were created by printing Excel spreadsheets to PDF. DX913; Tr. 92:11-93:5. |
| **September 8, 2023** | **Close of document discovery. Dkt. 42.** |
| **October 5-6, 2023** | Le Hung is deposed in his individual capacity. He does not mention Blazemax or the Blazemax PO. |
| **October 11-12, 2023** | Le Hung is deposed as Gilimex's 30(b)(6) witness. When asked to identify Gilimex's largest suppliers, he does not mention Blazemax or the Blazemax PO. |
| **October 27, 2023** | **Close of fact discovery and completion of depositions. Dkt. 53.** In total, Gilimex produced more than 68,000 electronic documents with metadata during fact discovery. |
| **Expert Discovery** | |
| **November 20, 2023** | Gilimex disclosed its damages expert Mark Rule's report, Dkt. 153-1, and produced 34 new Gilimex documents for the first time, including the Blazemax PO for $69.04 million. DX817.<br><br>The production included numerous documents without custodial metadata, including:<br><br>• **DX101:** The Blazemax PO, produced as a black-and-white scan of a hardcopy document.<br>• **DX102-108:** Seven Excel Meeting Minutes between Blazemax and Gilimex, dated beginning in January 2022 (the "**Excel** |

2

|  | Minutes"). The metadata shows the Excel Minutes could not have been created earlier than March 19, 2023. Tr. 90:16-20.<br>• **DX109 and DX110:** 19 Blazemax "debit notes" for warehousing fees, produced as black-and-white scans of hardcopy documents. |
|---|---|
| **January 9, 2024** | **Close of expert discovery. Dkt. 76.** |
|  | **Pre-Trial Motions** |
| **May 2, 2025** | Amazon moved *in limine* to exclude evidence of Gilimex's raw-materials damages, presenting, among other things, evidence that the Excel Minutes were fabricated for litigation. Dkt. 138. |
| **May 21, 2025** | Gilimex opposed Amazon's motion *in limine*, Dkt. 154, and produced a new version of the Excel Minutes: black-and-white hardcopy scans of the Excel Minutes, with signatures and seals (the "**Black-and-White Minutes**"). DX111.<br><br>Gilimex Chairman Le Hung submitted a sworn declaration, DX818, representing that there are no contemporaneous electronic versions of the Blazemax PO or the Black-and-White Minutes. Specifically, he represented that:<br><br>• The Blazemax PO is "an authentic scanned hard copy of the physical purchase order kept in the normal course of business" that "includes physical signatures and physical stamps from both Gilimex and Blazemax, and as such there is no electronic version of the document." DX818 ¶ 4.<br><br>• The Black-and-White Minutes are "originals" that "have physical signatures and physical stamps from both Gilimex and Blazemax, and as such there are no contemporaneous electronic versions of these documents." DX818 ¶ 5.<br><br>Le Hung did not explain why Gilimex produced the Excel Minutes instead of the Black-and-White Minutes. |
| **May 27, 2025** | Amazon requested to physically inspect the Black-and-White Minutes, the Blazemax PO, the 66 POs, and the Demand Letters. DX819. |
| **June 3, 2025** | Gilimex refused to permit Amazon to inspect any supplier documents, representing that "they have wet signatures and physical stamps," and they have "no contemporaneous electronic versions." DX820 at 1 & n.1. |
| **June 9, 2025** | Amazon filed its pre-motion letter on fraud and sanctions. Dkt. 176. It submitted sworn declarations from two forensic accounting experts, Dkts. 176-5, 176, and from two of Gilimex's third-party suppliers, Quoc Huan Nguyen of Avery Dennison and Paul Kennell of Graphic |

3

| | |
|---|---|
| | Information Systems, demonstrating that Gilimex produced fraudulent documents. Dkts. 176-3, 176-4. |
| **June 17, 2025** | Gilimex submitted its response to Amazon's pre-motion letter, disputing that it produced any inauthentic documents and accusing the third-party suppliers of lying. Dkt. 183.<br><br>In support of Gilimex's response, Le Hung submitted a sworn declaration "disput[ing] all of Amazon's accusations" and representing that the Blazemax PO and the Black-and-White Minutes are true and authentic. DX822 ¶¶ 2-3.<br><br>Gilimex CEO Nguyet Pham also submitted a sworn declaration disputing that the documents identified in Mr. Kennell and Mr. Nguyen's declarations are fraudulent. Dkt. 183-4.<br><br>Gilimex produced more Blazemax signed "debit notes" purportedly charging for warehousing the Blazemax PO inventory. DX822 ¶ 8, Ex. 2B. |
| **June 18, 2025** | Amazon filed a reply in support of its pre-motion letter, Dkt. 185, submitting a sworn declaration from an employee of a third Gilimex supplier, Tom Barry of Yeuell Nameplate & Label, who identified more fraudulent documents in Gilimex's production. Dkt. 185-1. |
| **June 23, 2025** | The Court held a telephonic conference, scheduling an evidentiary hearing for August 4 (the "**Hearing**"), permitting limited discovery ahead of the Hearing, and adjourning the trial. Dkt. 190. |
| **Initial Pre-Hearing Discovery** | |
| **June 30, 2025** | Amazon made three limited pre-Hearing discovery requests. Dkt. 196 at 2.<br><br>**Request 1:** "Gilimex's disclosure of the current address of raw materials that are allegedly being stored by [Blazemax] . . . and Gilimex's permission for an Amazon representative or a third-party mutually agreed to by the parties to inspect the raw materials."<br><br>**Request 2:** "Gilimex's production of all documents and communications under its or Le Hung's control relating to the November 18, 2021 Blazemax purchase order (GILM00282131), including but not limited to any documents or communications relating to Gilimex's failure to produce the Blazemax purchase order during fact discovery in response to RFP 35."<br><br>**Request 3:** "Gilimex's production of the following Blazemax purchase orders and any documents or communications related thereto: 0130921-BML-BT, 0140921-BML-BT, 0151121-BML-BT, 0010322-BML-BT, 0030522-BML-BT, and 0040722-BML-BT." |

4

| | |
|---|---|
| **July 7, 2025** | The Court ordered pre-Hearing procedures, including for discovery requests. Dkt. 197. |
| **July 9, 2025** | Gilimex agreed to produce any documents responsive to Amazon's Requests 2 and 3 and disclosed that it did not know the whereabouts of the Blazemax warehouse purportedly holding raw materials. Dkt. 198. |
| **July 16, 2025** | Gilimex produced 5,582 documents in response to Amazon's June 30, 2025 requests.<br><br>The production included seven legitimate Blazemax purchase orders that appear in the inventory reports, and email correspondence relating to these documents:<br><br>• July 19, 2021, PO 0120721-BML-BT (**DX201**).<br>• Sep 27, 2021, PO 0130921-BML-BT (**DX204**).<br>• Oct. 4, 2021, PO 0140921-BML-BT (**DX208**).<br>• Nov. 5, 2021, PO 0151121-BML-BT (**DX214, 217-A**).<br>• Mar. 7, 2022, PO 0010322-BML-BT (**DX 216, 219-A**).<br>• May 4, 2022, PO 0030522-BML-BT (**DX 218, 220-A**).<br>• July 28, 2022, PO 0040722-BML-BT (**DX 222, 223-B**).<br><br>This production also included a cover page and two pages from a package logbook:<br><br>• **PX31**: Logbook cover<br>• **PX39**: Logbook single-page excerpt<br>• **PX41**: Logbook single-page excerpt<br><br>In its production letter, Gilimex reiterated that it did not know the whereabouts of the Blazemax warehouse purportedly holding the materials from the Blazemax PO. DX831. |
| **July 18, 2025** | Gilimex emailed a letter to the Court, acknowledging that it produced fraudulent documents to Amazon.<br><br>It claimed that the documents were fabricated by Tien Luong ("**Luong**") "in a scheme to defraud Gilimex in an attempt to personally enrich himself." Dkt. 206 at 2. |
| **Additional Post-Luong Pre-Hearing Discovery** ||
| **July 20, 2025** | Amazon submitted a letter to the Court responding to Gilimex's disclosure and requesting additional discovery regarding the purported Luong fraud. Dkt. 205. |
| **July 21, 2025** | Gilimex produced hardcopy documents relating to Luong, including a handwritten confession, an employment agreement, and a "cooperation" agreement. |

| **July 21, 2025** | The Court issued an Order, stating that additional "discovery is warranted" regarding the purported Luong fraud and ordering Amazon to identify narrow categories of additional discovery. Dkt. 200. |
|---|---|
| **July 22, 2025** | Pursuant to the Court's July 21 Order, Amazon identified additional categories of discovery regarding Luong to Gilimex. Dkt. 234.<br><br>Amazon specifically requested that Gilimex produce documents with metadata in response to these requests. |
| **July 23, 2025** | Amazon requested that Gilimex produce the full logbook corresponding with logbook excerpts PX31, PX39, and PX41. |
| **July 26, 2025** | Amazon once again requested to inspect the Blazemax PO and the Black-and-White Minutes. DX825. Amazon further requested that Gilimex produce color scans of the Blazemax PO and Black-and-White Minutes. DX825. |
| **July 28, 2025** | Gilimex responded to Amazon's July 22 discovery requests.<br><br>Gilimex identified 93 fraudulent documents in its productions to Amazon. Dkt. 234.<br><br>Gilimex also produced a full logbook, PX32, in response to Amazon's July 23 request, but it only included PX31 and PX39, not PX41. |
| **July 28, 2025** | The Court adjourned the Hearing to August 12. Dkt. 212. |
| **July 29, 2025** | Gilimex produced "color" versions of the Blazemax PO (DX101-C) (the "**Color Blazemax PO**") and the Black-and-White Minutes (PX54) (the "**Color Minutes**") in response to Amazon's July 26 request. DX826.<br><br>The Color Blazemax PO and the Color Minutes are scans of different documents than Gilimex originally produced—they bear different signatures and seals than the "black-and-white" versions (DX101 & DX111). DX924.<br><br>Gilimex provided no explanation for why it had not produced this new version of the Blazemax PO at any point during discovery or in its July 16 production in response to Amazon's June 30 discovery requests. |
| **July 30, 2025** | Amazon requested that Gilimex provide any unproduced "color" versions of other Blazemax documents and allow Amazon to physically inspect the Color Blazemax PO and the Color Minutes in New York. DX827 at 12.<br><br>Amazon also requested that Gilimex "[p]rovide the reasons the newly produced color versions of the Blaze Max purchase order and the meeting minutes were not previously produced." DX827 at 11-12. |

6

| | |
|---|---|
| **August 4, 2025** | Gilimex agreed to produce "color" versions of other Blazemax documents, but it refused to explain why the Color Blazemax PO and Color Minutes were not previously produced, arguing that Amazon sought "information that is not relevant to any issues germane to the August 12 hearing." DX827 at 6.<br><br>Gilimex agreed to a physical inspection in New York by Amazon and an expert of the Color Blazemax PO and Color Minutes. DX827 at 4. |
| **August 4, 2025** | Gilimex produced new scanned hardcopy documents, including (i) a double-sided scan of the Color Blazemax PO with writing on the back of the last page, (ii) five more package logbooks, and (iii) two scans of printed PowerPoint presentations. DX833.<br><br>The documents included:<br><br>• **PX40**: The November 18, 2021 Blazemax PO, in color, with scans of handwriting on the back<br>• **PX125**: Hardcopy June 2022 PowerPoint<br>• **PX137:** Hardcopy August 2022 PowerPoint<br>• **PX4**: Logbook spanning from 1/19/2021-11/3/2021<br>• **PX26**: Logbook spanning from 10/9/2021-2/25/2022<br>    ○ PX 41, which was not reflected in the full logbook produced on July 28 (PX32), now appears in PX26.<br>• **PX37**: Logbook spanning from 4/8/2021-10/8/2021<br>• **PX72**: Logbook spanning from 1/16/2022-6/3/2022<br>• **PX123**: Logbook spanning from 6/3/2022-8/13/2022<br><br>Gilimex provided no explanation for why the hardcopy PowerPoint presentations were not produced in fact discovery. |
| **August 5, 2025** | Gilimex produced additional color and black-and-white scans of other Blazemax purchase orders. DX834, DX115-DX123-BW. The stamps on the color versions did not match the stamps on the black and white versions. DX927. Gilimex offered no explanation for its prior failure to produce the color versions of these documents.<br><br>This production also included re-scanned versions of other previously produced Blazemax documents. |
| **August 5, 2025** | In accordance with this Court's Individual Trial Rules and Procedures, Rule I.B.2, and Dkt. 223, Amazon and Gilimex filed their Joint Pre-Hearing Order and respective exhibit lists with the Court. Dkt. 234. |

|  | Amazon produced 12 of its summary charts for the hearing, DX901-912, relating to its expert's analysis of the Blazemax orders in Gilimex's inventory reports, DX501-29, to Gilimex.<br><br>Amazon also advised Gilimex that its expert would ink-date the Color Blazemax PO and Color Minutes during the inspection. DX827 at 2. |
|---|---|
| **August 7, 2025** | After learning that Amazon's expert would ink-date the Color Blazemax PO and Color Minutes, Blazemax changed its position and refused to permit an inspection. DX827 at 1. |
| **Saturday, August 9, 2025, at 7 p.m.** | Less than 72 hours before the Hearing, Gilimex produced more hardcopy documents, which it described as "double-sided scans of purchase orders previously produced on August 5, 2025" and "two handwritten Post-it style notes that Gilimex located with the original hard copy files." DX836.<br><br>This production also included:<br>• Another scan of the Blazemax PO. PX223, 223-R.<br>• A statement purportedly from Le Thi Kim Oanh's attorney. PX245, 245-T. |
| **Sunday, August 10, 2025, at 9:52 p.m.** | Less than 48 hours before the Hearing, Gilimex produced a new scan of one of the package logbooks, PX123, which now included a new page containing a new Blazemax entry. PX252.<br><br>In addition, Gilimex for the first time produced its own translations of Vietnamese-language inventory report spreadsheets and cover emails, DX501-29. |

8