# EXHIBIT A



**CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH XUẤT NHẬP KHẨU BÌNH THẠNH (GILIMEX)**
334A Phan Văn Trị, Phường 11, Quận Bình Thạnh ,TP. Hồ Chí Minh
Điện thoại : 84-028-7100 8888     Fax: 84-028-35160118
Website: http://www.gilimex.com

---

Số: 02/2025/BBH-ĐHĐCĐ                    *TP. Hồ Chí Minh, ngày 11 tháng 09 năm 2025*

# BIÊN BẢN HỌP
## ĐẠI HỘI ĐỒNG CỔ ĐÔNG BẤT THƯỜNG NĂM 2025

**Tên Công ty:** Công ty Cổ phần Sản xuất Kinh doanh Xuất nhập khẩu Bình Thạnh ("Công ty")

**Trụ sở chính:** 334A Phan Văn Trị, Phường Bình Lợi Trung, TP. Hồ Chí Minh

**Giấy chứng nhận ĐKDN số** 0302181666 do Phòng Đăng ký kinh doanh – Sở Tài chính TP. Hồ Chí Minh (Sở Kế hoạch và Đầu tư TP. Hồ Chí Minh cũ) cấp đăng ký lần đầu ngày 29/12/2000, đăng ký thay đổi lần thứ 27 ngày 11/12/2024.

**Thời gian và địa điểm họp:** Cuộc họp bắt đầu lúc 09 giờ 00 phút ngày 11/09/2025 tại Hội trường Prima A, Khách sạn Majestic Saigon - Số 01 Đường Đồng Khởi, Phường Sài Gòn, Thành phố Hồ Chí Minh.



## PHẦN THỨ NHẤT:
### NGHI THỨC KHAI MẠC ĐẠI HỘI



### I.    BÁO CÁO XÁC NHẬN TƯ CÁCH CỔ ĐÔNG

Ông. **Dương Ngọc Hải** – Đại diện Ban kiểm tra tư cách cổ đông - trình bày:

❖ Ban kiểm tra tư cách cổ đông đã kiểm tra và kết luận:

Các cổ đông theo danh sách chốt ngày 11/08/2025 và theo báo cáo của Ban xác nhận tư cách cổ đông (được cập nhật theo từng thời điểm tại Đại hội khi có thay đổi):

- Tổng số cổ phiếu theo vốn điều lệ của Công ty:                101.600.066 cổ phiếu
- Tổng số phiếu có quyền biểu quyết của Công ty:               101.596.218 cổ phiếu
- Tổng số cổ phiếu không có quyền biểu quyết (cổ phiếu quỹ):        3.848 cổ phiếu
- Tổng số cổ đông dự họp (bao gồm cả cổ đông ủy quyền): 93 cổ đông, sở hữu và đại diện số cổ phiếu có quyền biểu quyết là 64.505.609 cổ phiếu, chiếm tỷ lệ 63,49% trên tổng số cổ phiếu có quyền biểu quyết của Công ty.

Những cổ đông hiện diện đều có đủ tư cách cổ đông, những người đại diện đều được ủy quyền bằng văn bản hợp pháp.



❖ Căn cứ theo Khoản 1 Điều 18 Điều lệ Công ty, Đại hội đồng cổ đông bất thường năm 2025 ("Đại hội") của Công ty đã có đủ điều kiện để tiến hành (số cổ đông dự họp đại diện cho ít nhất 51% cổ phần có quyền biểu quyết).

1

## II. BẦU ĐOÀN CHỦ TỌA, BAN KIỂM PHIẾU VÀ THƯ KÝ ĐẠI HỘI

### 1. Đoàn chủ tọa

Ông. Hoàng Tiến Đạt – Thành viên Hội đồng quản trị ("HĐQT') trình bày: Chủ tịch HĐQT đang đi công tác để giải quyết công việc khẩn cấp nên không thể tham dự Đại hội hôm nay. Do đó, Chủ tịch HĐQT đã ủy quyền bằng văn bản cho Ông. Hoàng Tiến Đạt làm Chủ tọa Đại hội hôm nay.

Ông. Hoàng Tiến Đạt giới thiệu danh sách Đoàn Chủ tọa và Đại hội đã biểu quyết bằng hình thức giơ thẻ biểu quyết thông qua danh sách Đoàn Chủ tọa với tỷ lệ chấp thuận 100% tổng số cổ phiếu có quyền biểu quyết tham dự gồm các ông, bà có tên sau:

- Ông. Hoàng Tiến Đạt         – Thành viên HĐQT – Chủ tọa Đại hội
- Ông. Nguyễn Quốc Khánh   – Thành viên HĐQT
- Bà. Phạm Thị Ánh Nguyệt  – Tổng giám đốc Công ty

### 2. Ban kiểm phiếu

Ông. Hoàng Tiến Đạt giới thiệu danh sách Ban kiểm phiếu và Đại hội đã biểu quyết bằng hình thức giơ thẻ biểu quyết thông qua danh sách Ban kiểm phiếu với tỷ lệ chấp thuận 100% tổng số cổ phiếu có quyền biểu quyết tham dự gồm các ông, bà có tên sau:

- Bà. Nguyễn Thị Minh Hiếu  – Trưởng Ban kiểm phiếu
- Ông. Mai Thanh Tol          – Thành viên
- Bà. Nguyễn Thị Thu Hằng  – Thành viên

### 3. Ban Thư ký Đại hội

Ông. Hoàng Tiến Đạt giới thiệu danh sách Ban Thư ký Đại hội và Đại hội đã biểu quyết bằng hình thức giơ thẻ biểu quyết thông qua danh sách Ban Thư ký Đại hội với tỷ lệ chấp thuận 100% tổng số cổ phiếu có quyền biểu quyết tham dự gồm các ông, bà có tên sau:

- Bà. Đinh Thị Hậu
- Bà. Nguyễn Thị Diệu Ái

## PHẦN THỨ HAI:
## NỘI DUNG, DIỄN BIẾN CUỘC HỌP

### I. THÔNG QUA QUY CHẾ ĐẠI HỘI

Đoàn Chủ tọa thông qua Quy chế Đại hội đồng cổ đông bất thường năm 2025 và Đại hội biểu quyết bằng hình thức giơ thẻ biểu quyết thống nhất tán thành Quy chế Đại hội với tỷ lệ 100% tổng số phiếu có quyền biểu quyết tham dự.

### II. THÔNG QUA CHƯƠNG TRÌNH ĐẠI HỘI

Đoàn chủ tọa trình bày Chương trình Đại hội đã được công bố cho cổ đông.

*Biểu quyết:* Đại hội biểu quyết bằng hình thức giơ thẻ biểu quyết thống nhất tán thành Chương trình Đại hội với tỷ lệ 100% tổng số phiếu có quyền biểu quyết tham dự.

## III. ĐOÀN CHỦ TỌA TRÌNH BÀY NỘI DUNG ĐẠI HỘI

### 1. Đoàn Chủ tọa trình bày nội dung Đại hội

Đoàn Chủ tọa báo cáo nội dung Đại hội đã được công bố cho cổ đông như sau:

- Công ty đã khởi kiện Amazon vì Amazon đã đột ngột thay đổi, cắt giảm mạnh nhu cầu và cuối cùng đã chấm dứt hợp đồng với Công ty vào giữa năm 2022, vi phạm quan hệ đối tác chiến lược giữa hai bên, ảnh hưởng nghiêm trọng đến hoạt động sản xuất, kinh doanh của Công ty và gây thiệt hại cho Công ty. Vụ việc thuộc thẩm quyền giải quyết của Tòa án tại Hoa Kỳ và hiện đang trong quá trình giải quyết ("Vụ kiện"). Vụ kiện này đã được báo cáo Hội đồng quản trị và được Hội đồng quản trị phê duyệt lựa chọn các đơn vị tư vấn để bảo vệ quyền và lợi ích hợp pháp của Công ty. Trong quá trình tham gia Vụ kiện, các đơn vị tư vấn và các bên liên quan của Công ty, bao gồm bên đại diện theo pháp luật, các lãnh đạo điều hành và người lao động đã nỗ lực rất lớn, dành nhiều thời gian và công sức để tham gia tố tụng nhằm bảo vệ tốt nhất quyền và lợi ích hợp pháp của Công ty. Do đó, để khích lệ và bồi đắp cho các đơn vị tư vấn và các bên liên quan đang bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện, Công ty có thể chi trả một mức phí thành công cho các đơn vị tư vấn và các bên liên quan (trừ tất cả những nhân chứng ra làm chứng cho Vụ kiện).

- Do vậy, nay HĐQT Công ty kính trình ĐHĐCĐ phê duyệt các nội dung liên quan việc tham gia bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện, như sau:

  + Ủy quyền cho các đơn vị tư vấn và các bên liên quan của Công ty, bao gồm bên đại diện theo pháp luật của Công ty, người điều hành và người lao động của Công ty nghiên cứu và thực hiện các giải pháp hữu hiệu để bảo vệ tốt nhất quyền và lợi ích hợp pháp của Công ty trong Vụ kiện tại Tòa án có thẩm quyền tại Hoa Kỳ.

  + Công ty sẽ tuân thủ theo phán quyết có hiệu lực pháp luật của Tòa án tại Hoa Kỳ đối với Vụ kiện và các tranh chấp khác với nhà cung cấp; bên đại diện theo pháp luật của Công ty, người điều hành và người lao động của Công ty đã tham gia, thực hiện và hỗ trợ Công ty trong Vụ kiện sẽ không phải chịu trách nhiệm cá nhân đối với bất kỳ thiệt hại nào (nếu có) của Công ty liên quan đến Vụ kiện và các tranh chấp khác với nhà cung cấp. Đồng thời, Công ty sẽ bảo vệ quyền lợi và uy tín của các cá nhân này và sẽ không yêu cầu họ phải gánh chịu trách nhiệm pháp lý cá nhân đối với bất kỳ vấn đề nào liên quan đến Vụ kiện và các tranh chấp với nhà cung cấp khác, bao gồm cả các quyết định tài chính mà Công ty đã tham gia, thực hiện và hỗ trợ trong quá trình hòa giải và xét xử.

  + Mức phí thành công cho các đơn vị tư vấn và các bên liên quan bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện và các tranh chấp khác với nhà cung cấp là 20% (*Bằng chữ: hai mươi phần trăm*) trên tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án tại Hoa Kỳ.

3

+ Tổng mức phí thành công cho bên đại diện theo pháp luật của Công ty và các bên liên quan, những người điều hành và người lao động của Công ty (trừ tất cả những nhân chứng ra làm chứng cho Vụ kiện) cùng đơn vị tư vấn tham gia, thực hiện và hỗ trợ Công ty trong Vụ kiện và các tranh chấp khác với nhà cung cấp là 20% (*Bằng chữ: hai mươi phần trăm*) trên số tiền còn lại từ tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án tại Hoa Kỳ, sau khi trừ đi tổng số thiệt hại của Công ty và tất cả các chi phí của Vụ kiện.

2.  **Thảo luận tại Đại hội**

2.1. **Các cổ đông có ý kiến:**

Các cổ đông đã tham gia ý kiến tại Đại hội có mã số gồm: 3363, 23, 80, 24, 11, 72, 44, 4150, 280, 393.

2.2. **Các ý kiến:**

Các ý kiến của các cổ đông tại Đại hội được tóm tắt như sau:

- Cổ đông yêu cầu ban lãnh đạo Công ty cung cấp thông tin cập nhật cụ thể về tiến độ Vụ kiện.
- Cổ đông yêu cầu Đoàn Chủ tọa cập nhật về tình hình sản xuất kinh doanh hiện tại của Công ty.

2.3. **Giải đáp của Đoàn Chủ tọa:**

Giải đáp của Đoàn Chủ tọa được tóm tắt như sau:

- Công ty đã cung cấp một số thông tin chung liên quan đến Vụ kiện cho cổ đông. Tuy nhiên, do Vụ kiện vẫn đang tiếp diễn nên Công ty không thể cung cấp thêm thông tin chi tiết do yêu cầu bảo mật.
- Về sản xuất, Công ty đang tập trung vào việc nâng cao hình ảnh và thương hiệu, tìm kiếm khách hàng mới, phát triển sản phẩm mới để thu hút đơn đặt hàng mới, bao gồm cả mảng sản xuất thú nhồi bông.
- Công ty cũng tập trung vào phát triển hạ tầng khu công nghiệp. Hiện các khu công nghiệp đang được triển khai theo đúng kế hoạch.

IV. **ĐẠI HỘI BIỂU QUYẾT**

1.  **Đại hội biểu quyết**

Ông. Mai Thanh Tol – đại diện Ban kiểm phiếu hướng dẫn Đại hội biểu quyết bằng hình thức điền vào Phiếu biểu quyết.

Ban kiểm phiếu phát phiếu biểu quyết cho cổ đông dự họp và cổ đông tiến hành biểu quyết.

2.  **Kết quả kiểm phiếu biểu quyết**

Ông. Mai Thanh Tol – đại diện Ban kiểm phiếu báo cáo kết quả kiểm phiếu biểu quyết cụ thể như sau:

- Tổng số phiếu phát ra : 41 phiếu

4

- Tổng số phiếu thu vào: 39 phiếu
- Tổng số phiếu hợp lệ : 37 phiếu
- Tổng số phiếu không hợp lệ: 2 phiếu

| Tán thành | | Không tán thành | | Không ý kiến | | Kết quả |
|---|---|---|---|---|---|---|
| Số phiếu | Tỷ lệ % | Số phiếu | Tỷ lệ % | Số phiếu | Tỷ lệ % | |
| 62.406.735 | 97,25% | 1.666.981 | 2,60% | 100.767 | 0,16% | Thông qua |

***Biểu quyết:*** Đại hội biểu quyết bằng hình thức giơ thẻ biểu quyết thống nhất tán thành kết quả kiểm phiếu biểu quyết nêu trên với tỷ lệ 100% tổng số phiếu có quyền biểu quyết tham dự chấp thuận.

## PHẦN THỨ BA:
## QUYẾT ĐỊNH CỦA ĐẠI HỘI ĐỒNG CỔ ĐÔNG

Đại hội đồng cổ đông thống nhất thông qua nội dung Đại hội đã được trình bày và biểu quyết tại Đại hội như trên.

## PHẦN THỨ TƯ:
## THÔNG QUA BIÊN BẢN - NGHỊ QUYẾT VÀ BẾ MẠC ĐẠI HỘI

I. **THÔNG QUA BIÊN BẢN VÀ NGHỊ QUYẾT ĐẠI HỘI**

1. **Thông qua biên bản Đại hội**
- ❖ Chủ tọa Đại hội thông qua biên bản cuộc họp Đại hội đồng cổ đông bất thường năm 2025.
- ❖ **Biểu quyết:** Đại hội đồng cổ đông Công ty đã biểu quyết bằng hình thức giơ thẻ biểu quyết thông qua biên bản họp Đại hội đồng cổ đông bất thường năm 2025 với tỷ lệ chấp thuận là 100% tổng số phiếu có quyền biểu quyết tham dự. Đại hội đồng cổ đông ủy quyền cho Chủ tọa Đại hội hoàn thiện Biên bản và công bố thông tin theo quy định pháp luật.

2. **Thông qua Nghị quyết Đại hội**
- ❖ Chủ tọa Đại hội thông qua Nghị quyết cuộc họp Đại hội đồng cổ đông bất thường năm 2025.
- ❖ **Biểu quyết:** Đại hội đồng cổ đông Công ty đã biểu quyết bằng hình thức giơ thẻ biểu quyết thông qua Nghị quyết Đại hội đồng cổ đông bất thường năm 2025 với tỷ lệ biểu quyết chấp thuận là 100% tổng số phiếu có quyền biểu quyết tham dự. Đại hội đồng cổ đông ủy quyền cho Chủ tọa Đại hội hoàn thiện Nghị Quyết và công bố thông tin về kết quả Đại hội theo luật định.

5

II. **BẾ MẠC ĐẠI HỘI**

- ❖ Đại hội đồng cổ đông bất thường năm 2025 Công ty Cổ phần Sản xuất Kinh doanh Xuất nhập khẩu Bình Thạnh ngày 11/09/2025 kết thúc vào lúc 11 giờ 00 phút cùng ngày.
- ❖ Biên bản và Nghị quyết cuộc họp Đại hội đồng cổ đông bất thường năm 2025 được lập, đọc tại Đại hội và được Đại hội biểu quyết thông qua 100%, có hiệu lực thi hành ngay khi được thông qua.

**ĐOÀN CHỦ TỌA**
**CHỦ TỌA ĐẠI HỘI**
**THÀNH VIÊN HỘI ĐỒNG QUẢN TRỊ**

**Hoàng Tiến Đạt**

| **THÀNH VIÊN HĐQT** | **TỔNG GIÁM ĐỐC CÔNG TY** |
|---|---|
| Nguyễn Quốc Khánh | Phạm Thị Ánh Nguyệt |

**BAN THƯ KÝ**

| Đinh Thị Hậu | Nguyễn Thị Diệu Ái |
|---|---|

6



**BINH THANH IMPORT-EXPORT PRODUCTION AND BUSINESS JOINT STOCK COMPANY**
**GILIMEX**
334A Phan Van Tri, Binh Loi Trung Ward, Ho Chi Minh City
Telephone : 84-028-35162288     Fax: 84-028-35160118
Website: http://www.gilimex.com

---

No: 02/2025/BBH-ĐHĐCĐ                              *Ho Chi Minh, September 11, 2025*

# MEETING MINUTES
# 2025 SPECIAL GENERAL MEETING OF SHAREHOLDERS

**Company Name:** Binh Thanh Import-Export Production & Business Joint Stock Company ("Company")

**Head Office:** 334A Phan Van Tri Street, Binh Loi Trung Ward, Ho Chi Minh City

**Enterprise Registration Certificate No.:** 0302181666, issued by the Business Registration Office – Ho Chi Minh City Department of Finance (formerly Ho Chi Minh City Department of Planning and Investment), first issued on December 29, 2000, amended for the 27th time on December 11, 2024.

**Time and Venue of Meeting:** The meeting commenced at 09:00 AM on September 11, 2025 at Prima A Ballroom, Majestic Saigon Hotel – No. 01 Dong Khoi Street, Saigon Ward, Ho Chi Minh City.

## PART ONE:
## OPENING CEREMONY OF THE GENERAL MEETING

### I. REPORT ON VERITIFCATION OF SHAREHOLDER ELEGIBILITY

**Mr. Duong Ngoc Hai** – Representative of the Shareholder Eligibility Verification Committee – presented:

❖ The Shareholder Eligibility Verification Committee has verified and concluded:

The shareholders as of the record date of August 11, 2025, and according to the Shareholder Eligibility Verification Committee Report (updated from time to time during the General Meeting when changes occurred), are as follows:

- Total number of shares under the Company's charter capital: 101,600,066 shares
- Total number of voting shares of the Company: 101,596,218 shares
- Total number of non-voting shares (treasury shares): 3,848 shares
- Total number of shareholders attending (including authorized representatives): 93 shareholders, holding and representing 64,505,609 voting shares, accounting for 63.49% of the Company's total voting shares.

All shareholders present are duly eligible, and all representatives have been lawfully authorized in writing.

❖ Based on Clause 1, Article 18 of the Company's Charter, the 2025 Special General Meeting of Shareholders ("General Shareholders") of the Company satisfies the conditions to proceed (shareholders attendence represent at least 51% of the total voting shares).




## II. ELECTION OF THE PRESIDIUM, VOTING COMMITTEE, AND SECRETARIAT

1. **Presidium**

   Mr. Hoang Tien Dat – Member of the Board of Directors ("BOD") presented: The Chairman of the BOD is on a business trip handling urgent matters and cannot attend today. Therefore, the Chairman has authorized Mr. Hoang Tien Dat in writing to serve as Chairman of the General Meeting of Shareholders today.

   Mr. Hoang Tien Dat introduced members of the Presidium, and the General Shareholders voted by show of cards to approve members of the Presidium with 100% approval of the voting shares present, including the following members:

   - Mr. Hoang Tien Dat – BOD Member – Chairman of the General Meeting
   - Mr. Nguyen Quoc Khanh – BOD Member
   - Ms. Pham Thi Anh Nguyet – Chief Executive Officer

2. **Voting Committee**

   Mr. Hoang Tien Dat introduced the members of the Voting Committee, and the General Shareholders voted by show of cards to approve members of the Voting Committee with 100% approval of the total voting shares present, including the following members:

   - Ms. Nguyen Thi Minh Hieu – Head of the Voting Committee
   - Mr. Mai Thanh Tol – Member
   - Ms. Nguyen Thi Thu Hang – Member

3. **Secretariat of the General Meeting**

   Mr. Hoang Tien Dat introduced the members of the Secretariat of the General Meeting, and the General Shareholders voted by show of cards to approve the Secretariat with 100% approval of the total voting shares present, including the following members:

   - Ms. Dinh Thi Hau
   - Ms. Nguyen Thi Dieu Ai

## PART TWO:

### AGENDA AND PROCEEDINGS OF THE MEETING

### I. APPPROVAL OF GENERAL MEETING REGULATIONS

The Presidium presented the Regulations of the 2025 Special General Meeting of Shareholders, and the General Shareholders voted by show of cards with 100% approval of the voting shares present to adopt the Regulations.

### II. APPROVAL OF THE GENERAL MEETING AGENDA

The Presidium presented the Agenda of the General Meeting, which had been disclosed to the shareholders.

*Voting:* The General Shareholders voted by show of cards to unanimously approve the Agenda with 100% approval of the total voting shares present.

2

### III. PRESENTATION BY THE PRESIDIUM TO THE GENERAL MEETING OF SHAREHOLDERS

**1. Presentation By the Presidium**

The Presidium reported the contents of the General Meeting, previously disclosed to shareholders, as follows:

- The Company has initiated legal proceedings against Amazon because Amazon suddenly changed course and drastically reduced its demand and ultimately terminated the Company mid-2022, breaching the strategic partnership between the two parties, severely affecting the Company's production and business operations and caused damages to the Company. The dispute is under the jurisdiction of a court in the United States and is currently under adjudication (hereinafter referred to as "the Lawsuit"). The Lawsuit was reported to the Board of Directors, which approved the selection of advisory firms and affiliates to protect the Company's legal rights and interests.

- During the course of the Lawsuit, the Company's advisory firms and affiliates, including legal representatives, executives, and employees of the Company have made significant efforts, devoting considerable time and effort in the Lawsuit to best protect the Company's legal rights and interests. Therefore, in order to encourage and recognize the advisory firms and affiliates currently protecting the Company's legal rights and interests in the Lawsuit, the Company may provide a success fee to such advisory firms, affiliates, and relevant parties (excluding all testifying witnesses in the Lawsuit).

- Accordingly, the Board of Directors respectfully submits to the General Shareholders for approval the following matters relating to the protection of the Company's legal rights and interests in the Lawsuit, as follows:

  (1) Authorize the Company's advisory firms and affiliates, including legal representatives, executives, and employees of the Company, to research and implement effective solutions to best protect the Company's legal rights and interests in the Lawsuit before the Court of jurisdiction in the United States.

  (2) The Company shall comply with the legally effective judgment of the Court in the United States regarding the Lawsuit and other disputes with suppliers; the Company's legal representatives, executives, and employees who participated in, carried out, and supported the Company in the Lawsuit shall not bear any personal liability for damages (if any) incurred by the Company related to the Lawsuit and other disputes with suppliers. At the same time, the Company shall protect the rights and reputation of these individuals and shall not require them to assume personal legal liability for any matters relating to the Lawsuit and disputes with other suppliers, including any financial decisions participated in, carried out, and supported by the Company such as during mediation and trial.

  (3) The success fee for the advisory firms and affiliates protecting the Company's legal rights and interests in the Lawsuit and other disputes with suppliers, shall be 20% (twenty percent) of the total amount the Company receives from Amazon pursuant to the legally effective judgment of the Court in the United States.

3

(4) The total success fee for the Company's legal representatives, executives, and employees (excluding all testifying witnesses in the Lawsuit) together with the advisory firms and affiliates that participated in, carried out, and supported the Company in the Lawsuit and other disputes with suppliers, shall be 20% (twenty percent) of the remaining amount from the total sum the Company receives from Amazon pursuant to the legally effective judgment of the Court in the United States, after deducting the Company's total damages and litigation expenses.

## 2. Discussion at the General Shareholder Meeting

### 2.1. Shareholder's Opinions and Questions:

The shareholders who provided opinions and raised questions at the General Meeting held the following identification numbers: 3363, 23, 80, 24, 11, 72, 44, 4150, 280, 393.

### 2.2. Summary of Shareholders' Opinions:

The shareholders' opinions at the General Shareholder Meeting are summarized as follows:

- Shareholders requested the Company provide specific updates on the progress of the Lawsuit.
- Shareholders requested the Presidium to update on the Company's current business operations.

### 2.3. Responses of the Presidium:

The responses of the Presidium are summarized as follows:

- The Company provided shareholders with general information regarding the Lawsuit. However, as the Lawsuit is still ongoing, the Company cannot provide further information due to confidentiality requirements.
- Regarding production, the Company is focusing on enhancing the Company's image and brand, seeking new customers, and developing new products to attract new opportunities, including stuffed toy industry.
- The Company is also focused on developing its industrial park infrastructure. The industrial parks are currently being implemented as planned.

## IV. VOTING ON THE PROPOSAL

### 1. Voting at the General Meeting of Shareholders

Mr. Mai Thanh Tol – representative of the Voting Committee, instructed the General Shareholders to vote on the Proposal by filling out the Ballot.

The Voting Committee distributed ballots to the attending shareholders, and the shareholders proceeded to vote on the Proposal.

### 2. Results of the Ballot of the Proposal

Mr. Mai Thanh Tol – representative of the Voting Committee reported the results of the ballot on the Proposal as follows:

- Total ballots issued: 41 ballots
- Total ballots collected: 39 ballots
- Total valid ballots: 37 ballots

- Total invalid ballots: 2 ballots

| In Favor | | Against | | Abstain | | Result |
|---|---|---|---|---|---|---|
| No. of Votes | % | No. of Votes | % | No. of Votes | % | |
| 62,406,735 | 97.25% | 1,666,981 | 2.60% | 100,767 | 0.16% | Pass |

***Voting:*** The General Shareholders voted by show of cards to unanimously approve the ballot results on the Proposal mentioned above, with 100% of the total voting shares present in favor.

## PART THREE:
## RESOLUTIONS OF THE GENERAL MEETING OF SHAREHOLDERS

The General Shareholders unanimously approved the contents of the General Meeting as presented and voted upon above.

## PART FOUR:
## ADOPTION OF THE MINUTES – RESOLUTION AND CLOSING OF THE GENERAL MEETING OF SHAREHOLDERS

I. **ADOPTION OF THE MINUTES AND RESOLUTION OF THE GENERAL MEETING OF SHAREHOLDERS**

1. **Adoption of the Meeting Minutes**

❖ The Chairman of the Meeting adopted the Minutes of the 2025 Special General Meeting of Shareholders

❖ **Voting:** The Company's General Shareholders Meeting voted by show of cards to approve the Minutes of the 2025 Special General Shareholders Meeting with a 100% approval rate of the total voting shares present in favor. The General Shareholder authorized the Chairman of the Meeting to finalize the Minutes and disclose information in accordance with the law.

2. **Adoption of the Resolution of the Meeting**

❖ The Chairman of the Meeting adopted the Resolution of the 2025 Special General Meeting of Shareholders.

❖ **Voting:** The Company's General Shareholders Meeting voted by show of cards to approve the Resolution of the 2025 Special General Shareholders Meeting with a 100% approval rate of the total voting shares present in favor. The General Shareholders authorized the Chairman of the Meeting to finalize the Resolution and disclose the results of the Meeting in accordance with the law.

II. **Closing of the General Meeting of Shareholders**

❖ The 2025 Special General Meeting of Shareholders of Binh Thanh Import-Export Production & Business Joint Stock Company on September 11, 2025 concluded at 11:30 a.m. on the same day.

5

❖ The Minutes and the Resolution of the 2025 Special General Meeting of Shareholders were prepared, read at the Meeting, and were approved by the General Shareholders with 100% of votes, taking immediate effect upon adoption.

**PRESIDIUM**
**CHAIRMAN OF THE MEETING**
**MEMBER OF THE BOARD OF DIRECTORS**

Signed and sealed

**Hoang Tien Dat**

| **MEMBER OF THE BOARD OF DIRECTORS** | **CHIEF EXECUTIVE OFFICER** |
|---|---|
| Signed | Signed |
| **Nguyen Quoc Khanh** | **Pham Thi Anh Nguyet** |

**SECRETARIAT**

| Signed | Signed |
|---|---|
| **Dinh Thi Hau** | **Nguyen Thi Dieu Ai** |

6

| | |
|---|---|
| Tôi, **Hoàng Tích Mẫn**<br>CCCD số: 079092014018<br>Cấp ngày 10/07/2021 tại Cục trưởng cục cảnh sát quản lý hành chính về trật tự xã hội.<br>Cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ tiếng Việt sang tiếng Anh<br><br>I, **Hoang Tich Man**<br>ID Card No: 079092014018<br>Date of issue: 10 July 2021 Place of issue Police Department on Administrative Managerment of Social Order, undertake that I have translated accurately this document from Vietnamese to English<br><br>**NGƯỜI DỊCH**<br><br>*(signature)*<br><br>**HOÀNG TÍCH MẪN** | **Công ty TNHH Dịch Thuật Liên Phát**<br>Văn phòng : 39 Đoàn Như Hài , Phường Xóm Chiếu , TP. Hồ Chí Minh<br>Xác nhận chữ ký bên Ông **Hoàng Tích Mẫn** phiên dịch tiếng Anh của công ty<br><br>Giám đốc<br>**Lien Phat Translation Co., Ltd**<br>Office Address no : 39 Doan Nhu Hai, Xom Chieu ward,<br>Ho Chi Minh City<br>This is to certify that the signature appearing on the left side is Mr. **Hoang Tich Man**, English translator of our Company<br>Ho Chi Minh city, 15 September 2025<br>**DIRECTOR**<br><br>*(seal and signature)* <br><br>**NGUYỄN THỊ BẠCH SEN** |