# EXHIBIT B



**CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH XUẤT NHẬP KHẨU BÌNH THẠNH**
**GILIMEX**
334A Phan Văn Trị, Phường Bình Lợi Trung, TP. Hồ Chí Minh
Điện thoại : 84-028-35162288          Fax: 84-028-35160118
Website: http://www.gilimex.com

---

Số: 02/2025/NQ-ĐHĐCĐ/GIL                    TP. Hồ Chí Minh, ngày 11 tháng 09 năm 2025

# NGHỊ QUYẾT
## ĐẠI HỘI ĐỒNG CỔ ĐÔNG BẤT THƯỜNG NĂM 2025

- Căn cứ vào Luật doanh nghiệp số 59/2020/QH14;
- Căn cứ vào Điều lệ Công ty Cổ phần Sản xuất Kinh doanh Xuất nhập khẩu Bình Thạnh ("Công ty");
- Căn cứ vào Biên bản họp số 02/2025/BBH-ĐHĐCĐ/GIL ngày 11/09/2025 của Đại hội đồng cổ đông bất thường năm 2025 Công ty.

### ĐẠI HỘI ĐỒNG CỔ ĐÔNG
### CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH XUẤT NHẬP KHẨU BÌNH THẠNH

### QUYẾT NGHỊ:

**Điều 1:** Đại hội đồng cổ đông thông qua các nội dung như đã trình bày tại Mục 1 Phần III Biên bản họp số 02/2025/BBH-ĐHĐCĐ/GIL ngày 11/09/2025 của Đại hội đồng cổ đông bất thường năm 2025 Công ty.

**Điều 2:** Điều khoản thi hành:

1. Nghị quyết này đã được Đại hội đồng cổ đông bất thường năm 2025 Công ty cổ phần Sản xuất Kinh doanh Xuất nhập khẩu Bình Thạnh thông qua toàn văn tại cuộc họp và có hiệu lực thi hành kể từ ngày ký.
2. Hội đồng quản trị, Ban Điều hành Công ty, các tổ chức và cá nhân có liên quan có trách nhiệm thi hành Nghị quyết này và tổ chức triển khai thực hiện phù hợp với quy định của pháp luật và Điều lệ Công ty.

*Nơi nhận:*
- Như Điều 2;
- Cổ đông Công ty;
- UBCKNN, SGDCK;
- Lưu VP. HĐQT.

**TM. ĐẠI HỘI ĐỒNG CỔ ĐÔNG**
**CHỦ TỌA ĐẠI HỘI**

**Hoàng Tiến Đạt**
**Thành viên Hội đồng quản trị**

Case 1:23-cv-00292-LGS   Document 255-2   Filed 09/15/25   Page 3 of 4



**BINH THANH IMPORT-EXPORT PRODUCTION AND BUSINESS JOINT STOCK COMPANY**
**GILIMEX**
334A Phan Van Tri, Binh Loi Trung Ward, Ho Chi Minh City
Telephone : 84-028-35162288    Fax: 84-028-35160118
Website: http://www.gilimex.com

---

No: 02/2025/NQ-ĐHĐCĐ/GIL                                          Hồ Chí Minh, September 11, 2025

# RESOLUTION
## SPECIAL GENERAL MEETING OF SHAREHOLDERS 2025

- Pursuant to the Law on Businesses No. 59/2020/QH14;
- Pursuant to the Charter of Binh Thanh Import-Export Production and Business Joint Stock Company ("Company");
- Pursuant to the Minutes of Meeting No. 02/2025/BBH-ĐHĐCĐ/GIL dated September 11, 2025 of the Company's Special General Meeting of Shareholders.

### THE GENERAL MEETING OF SHAREHOLDERS
### BINH THANH IMPORT-EXPORT PRODUCTION AND BUSINESS JOINT STOCK COMPANY

### RESOLUTION:

**Article 1:** The General Meeting of Shareholders approves the matters as presented in Section 1, Part III of the Minutes of Meeting No. 02/2025/BBH-ĐHĐCĐ/GIL dated September 11, 2025 of the Company's 2025 Special General Meeting of Shareholders.

**Article 2:** Implementation Provisions

1. This Resolution has been unanimously adopted by the 2025 Sepcial General Meeting of Shareholders of Binh Thanh Import-Export Production and Business Joint Stock Company at the Meeting and shall take effect as from the date of its signing.
2. The Board of Directors, the Company's Executive Board, and relevant organizations and individuals shall be responsible for implementing this Resolution and ensuring its execution in compliance with applicable laws and the Company's Charter.



*Recipients:*
- As stated in Article 2;
- Shareholders of the Company;
- State Securities Commission, Stock Exchange;
- Company archives.

**ON BEHALF OF THE GENERAL MEETING OF SHAREHOLDERS**
**CHAIRMAN OF THE GENERAL MEETING**

Signed and sealed

**Hoang Tien Dat**
**Member of the Board of Directors**

| | |
|---|---|
| Tôi, **Hoàng Tích Mẫn**<br>CCCD số: 079092014018<br>Cấp ngày 10/07/2021 tại Cục trưởng cục cảnh sát quản lý hành chính về trật tự xã hội.<br>Cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ tiếng Việt sang tiếng Anh<br><br>I, **Hoang Tich Man**<br>ID Card No: 079092014018<br>Date of issue: 10 July 2021 Place of issue Police Department on Administrative Managerment of Social Order, undertake that I have translated accurately this document from Vietnamese to English<br><br>**NGƯỜI DỊCH**<br><br>*(signature)*<br><br>**HOÀNG TÍCH MẪN** | **Công ty TNHH Dịch Thuật Liên Phát**<br>Văn phòng : 39 Đoàn Như Hài , Phường Xóm Chiếu , TP. Hồ Chí Minh<br>Xác nhận chữ ký bên Ông **Hoàng Tích Mẫn** phiên dịch tiếng Anh của công ty<br><br>Giám đốc<br>**Lien Phat Translation Co., Ltd**<br>Office Address no : 39 Doan Nhu Hai, Xom Chieu ward, Ho Chi Minh City<br>This is to certify that the signature appearing on the left side is Mr. **Hoang Tich Man**, English translator of our Company<br>Ho Chi Minh city, 15 September 2025<br>**DIRECTOR**<br><br>*(signature and seal)*<br><br>**NGUYỄN THỊ BẠCH SEN** |

