# EXHIBIT C

| | |
|---|---|
| **CÔNG TY CỔ PHẦN** <br> **SXKD XNK BÌNH THẠNH** <br> Số: 02/2025/BBH-HĐQT | **CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM** <br> Độc lập - Tự do - Hạnh phúc |

# BIÊN BẢN HỌP HỘI ĐỒNG QUẢN TRỊ

**Tên công ty:** **CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH XUẤT NHẬP KHẨU BÌNH THẠNH** ("**Công ty**").

Trụ sở chính: 334A Phan Văn Trị, Phường 11, Quận Bình Thạnh, TP. Hồ Chí Minh.

Giấy chứng nhận đăng ký doanh nghiệp số 0302181666 do Sở KHĐT TP. Hồ Chí Minh cấp lần đầu ngày 29/12/2000, đăng ký thay đổi lần thứ 27 ngày 11/12/2024.

Hôm nay, vào lúc 09 giờ 00 phút, ngày 21 tháng 04 năm 2025, tại trụ sở chính của Công ty, tiến hành cuộc họp Hội đồng Quản trị ("HĐQT") Công ty theo sự triệu tập của Chủ tịch HĐQT Công ty.

**I.    Thành phần tham dự và tính hợp pháp, hợp lệ của cuộc họp**

❖    **Cuộc họp được tiến hành với sự có mặt các thành viên HĐQT bao gồm:**

- Ông. Lê Hùng                         : Chủ tịch HĐQT – Chủ tọa cuộc họp;
- Ông. Nguyễn Hữu Phúc        : Thành viên HĐQT;
- Ông. Trần Thanh Tùng          : Thành viên HĐQT;
- Ông. Nguyễn Quốc Khánh    : Thành viên HĐQT;
- Ông. Hoàng Tiến Đạt            : Thành viên HĐQT.

❖    **Thư ký cuộc họp:** Bà. Đinh Thị Hậu – Thư ký Công ty

❖    Ông. **Lê Hùng** – Chủ tịch HĐQT – Chủ tọa cuộc họp – tuyên bố: Căn cứ Điều lệ Công ty và Điều 157 Luật Doanh nghiệp, cuộc họp HĐQT với sự tham dự của 100% thành viên HĐQT là đủ điều kiện để tiến hành.

**II.   Mục đích, chương trình họp**

Cuộc họp được tiến hành nhằm thảo luận và thông qua việc ban hành Điều lệ và các Quy chế nội bộ của Công ty sau khi sửa đổi, bổ sung theo Nghị quyết Đại hội đồng cổ đông thường niên ("ĐHĐCĐ") 2025.

**III.  Nội dung, diễn biến cuộc họp**

**1.    Ban hành Điều lệ và các Quy chế nội bộ của Công ty sau khi sửa đổi, bổ sung theo Nghị quyết Đại hội đồng cổ đông thường niên 2025**

Ông. Nguyễn Hữu Phúc – Thành viên HĐQT trình bày:

Theo Nghị quyết số 01/2025/NQ-ĐHĐCĐ ngày 15/04/2025, Đại hội đồng cổ đông thường niên 2025 đã thông qua việc sửa đổi, bổ sung Điều lệ và các Quy chế nội bộ

1

của Công ty như sau:

- Sửa đổi chức danh "Giám đốc" thành "Tổng giám đốc" tại Điều lệ và các Quy chế nội bộ của Công ty;

- Sửa đổi điều kiện tiến hành họp Đại hội đồng cổ đông tại Điều lệ và các Quy chế nội bộ của Công ty như sau:

    + Sửa đổi từ *"Đại hội đồng cổ đông được tiến hành khi có số cổ đông dự họp đại diện cho ít nhất sáu mươi lăm phần trăm (65%) tổng số cổ phần có quyền biểu quyết"* thành *"Đại hội đồng cổ đông được tiến hành khi có số cổ đông dự họp đại diện cho ít nhất năm mươi mốt phần trăm (51%) tổng số cổ phần có quyền biểu quyết"*.

    + Sửa đổi từ *"Trường hợp không có đủ số lượng đại biểu cần thiết trong vòng ba mươi (30) phút kể từ thời điểm ấn định khai mạc đại hội, người triệu tập hủy cuộc họp. Đại hội phải được triệu tập lại trong vòng ba mươi (30) ngày kể từ ngày dự định tổ chức Đại hội đồng cổ đông lần thứ nhất. Đại hội đồng cổ đông triệu tập lại chỉ được tiến hành khi có thành viên tham dự là các cổ đông và những đại diện được uỷ quyền dự họp đại diện cho ít nhất năm mươi mốt phần trăm (51%) tổng số cổ phần có quyền biểu quyết."* thành *"Trường hợp không có đủ số lượng đại biểu cần thiết trong vòng ba mươi (30) phút kể từ thời điểm ấn định khai mạc đại hội, người triệu tập hủy cuộc họp. Đại hội phải được triệu tập lại trong vòng ba mươi (30) ngày kể từ ngày dự định tổ chức Đại hội đồng cổ đông lần thứ nhất. Đại hội đồng cổ đông triệu tập lại chỉ được tiến hành khi có thành viên tham dự là các cổ đông và những đại diện được uỷ quyền dự họp đại diện cho ít nhất ba mươi ba phần trăm (33%) tổng số cổ phần có quyền biểu quyết."*

- ĐHĐCĐ ủy quyền cho Hội đồng quản trị Công ty tổ chức sửa đổi, hoàn thiện và ban hành lại Điều lệ, các Quy chế nội bộ của Công ty theo đúng nội dung đã thông qua tại ĐHĐCĐ và đúng quy định pháp luật.

    Do đó, nay kính trình HĐQT xem xét và thông qua việc ban hành Điều lệ, các Quy chế nội bộ của Công ty sau khi sửa đổi, bổ sung theo Nghị quyết Đại hội đồng cổ đông thường niên 2025 bao gồm:

    (i)    Điều lệ Công ty;

    (ii)   Quy chế nội bộ về quản trị Công ty;

    (iii)  Quy chế hoạt động của Hội đồng quản trị Công ty.

2. **Các nội dung khác**

    Ông. Hoàng Tiến Đạt – Thành viên HĐQT trình bày:

    Công ty đã tiến hành các thủ tục để khởi kiện Amazon (là đối tác chiến lược của Công ty) vào năm 2022, cơ quan tài phán là Tòa án có thẩm quyền tại Hoa Kỳ và hiện đang trong quá trình giải quyết (sau đây gọi tắt là "Vụ kiện"). Vụ kiện này đã được báo cáo Hội đồng quản trị và được Hội đồng quản trị phê duyệt lựa chọn các

2

đơn vị tư vấn để bảo vệ quyền và lợi ích hợp pháp của Công ty. Đây là Vụ kiện có tính chất nghiêm trọng, ảnh hưởng rất lớn đến hoạt động sản xuất kinh doanh của Công ty. Cổ đông yêu cầu Công ty cập nhật tình hình diễn biến Vụ kiện. Mặc khác, có một số vấn đề phải báo cáo và trình ĐHĐCĐ theo quy định. Do đó, nay kính trình HĐQT thông qua chủ trương giao cho Người đại diện theo pháp luật và Ban điều hành Công ty các nội dung như sau:

(i) Nghiên cứu, đánh giá các nội dung xét thấy cần phải báo cáo và trình ĐHĐCĐ liên quan đến Vụ kiện theo đúng quy định pháp luật, bao gồm nhưng không giới hạn các nội dung:

- Giao cho Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty và những người điều hành khác của Công ty cùng với các đơn vị tư vấn nghiên cứu và thực hiện các giải pháp hữu hiệu để bảo vệ tốt nhất quyền và lợi ích hợp pháp của Công ty trong Vụ kiện tại Tòa án có thẩm quyền tại Hoa Kỳ.

- Công ty sẽ chấp nhận theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ đối với Vụ kiện; Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty, những người điều hành khác và người lao động của Công ty đã tham gia, thực hiện và hỗ trợ cho Công ty trong Vụ kiện không chịu trách nhiệm cá nhân đối với thiệt hại (nếu có) của Công ty liên quan đến Vụ kiện. Đồng thời, Công ty thực hiện việc bảo vệ quyền lợi, danh dự, uy tín và không yêu cầu chịu trách nhiệm pháp lý của các cá nhân này đối với các nội dung liên quan đến Vụ kiện.

- Mức phí thành công cho các đơn vị tư vấn đang bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện là 20% (Bằng chữ: hai mươi phần trăm) trên tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ.

- Tổng mức khen thưởng cho các cá nhân: Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty, những người điều hành khác và người lao động của Công ty tham gia, thực hiện và hỗ trợ cho Công ty trong Vụ kiện là 20% (Bằng chữ: hai mươi phần trăm) trên số tiền còn lại từ tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ trừ đi tổng số tiền thiệt hại của Công ty và chi phí cho Vụ kiện.

(ii) Trong trường hợp có các nội dung phải báo cáo và trình ĐHĐCĐ liên quan đến Vụ kiện, Người đại diện theo pháp luật và Ban điều hành Công ty tiến hành xây dựng và trình HĐQT kế hoạch triệu tập cuộc họp ĐHĐCĐ bất thường theo đúng quy định pháp luật, sẽ được tổ chức vào tháng 9 năm 2025, sau khi phiên tòa xét xử Vụ kiện kết thúc vào cuối tháng 7 năm 2025.

3

3. **Biểu quyết và quyết định của HĐQT Công ty:**

3.1 **Kết quả biểu quyết:**

HĐQT đã tiến hành biểu quyết và kết quả biểu quyết như sau:

| Stt | Nội dung cần biểu quyết | Kết quả biểu quyết (số phiếu) | | |
|---|---|---|---|---|
| | | Tán thành | Không tán thành | Không có ý kiến |
| 1 | Thông qua việc ban hành Điều lệ, các Quy chế nội bộ của Công ty sau khi sửa đổi, bổ sung theo Nghị quyết Đại hội đồng cổ đông thường niên 2025 nêu tại Mục 1 Phần III Biên bản này. | 5/5 | 0 | 0 |
| 2 | Thông qua chủ trương giao cho Người đại diện theo pháp luật và Ban điều hành Công ty các nội dung nêu tại Mục 2 Phần III Biên bản này. | 5/5 | 0 | 0 |

3.2 **Quyết định của HĐQT Công ty:**

Căn cứ vào kết quả biểu quyết tại Mục 2.1 nêu trên, HĐQT Công ty quyết định nội dung sau:

a. Thông qua việc ban hành Điều lệ, các Quy chế nội bộ của Công ty sau khi sửa đổi, bổ sung theo Nghị quyết Đại hội đồng cổ đông thường niên 2025 bao gồm:

(i) Điều lệ Công ty;

(ii) Quy chế nội bộ về quản trị Công ty;

(iii) Quy chế hoạt động của Hội đồng quản trị Công ty.

b. Công ty đã tiến hành các thủ tục để khởi kiện Amazon (là đối tác chiến lược của Công ty) vào năm 2022, cơ quan tài phán là Tòa án có thẩm quyền tại Hoa Kỳ và hiện đang trong quá trình giải quyết (sau đây gọi tắt là "Vụ kiện"). Vụ kiện này đã được báo cáo Hội đồng quản trị và được Hội đồng quản trị phê duyệt lựa chọn các đơn vị tư vấn để bảo vệ quyền và lợi ích hợp pháp của Công ty. Đây là Vụ kiện có tính chất nghiêm trọng, ảnh hưởng rất lớn đến hoạt động sản xuất kinh doanh của Công ty. Cổ đông yêu cầu Công ty cập nhật tình hình diễn biến Vụ kiện. Mặc khác, có một số vấn đề phải báo cáo và trình ĐHĐCĐ theo quy định. Do đó, nay kính trình HĐQT thông qua chủ trương giao cho Người đại diện theo pháp luật và Ban

4

điều hành Công ty các nội dung như sau:

(i) Nghiên cứu, đánh giá các nội dung xét thấy cần phải báo cáo và trình ĐHĐCĐ liên quan đến Vụ kiện theo đúng quy định pháp luật, bao gồm nhưng không giới hạn các nội dung:

- Giao cho Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty và những người điều hành khác của Công ty cùng với các đơn vị tư vấn nghiên cứu và thực hiện các giải pháp hữu hiệu để bảo vệ tốt nhất quyền và lợi ích hợp pháp của Công ty trong Vụ kiện tại Tòa án có thẩm quyền tại Hoa Kỳ.

- Công ty sẽ chấp nhận theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ đối với Vụ kiện; Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty, những người điều hành khác và người lao động của Công ty đã tham gia, thực hiện và hỗ trợ cho Công ty trong Vụ kiện không chịu trách nhiệm cá nhân đối với thiệt hại (nếu có) của Công ty liên quan đến Vụ kiện. Đồng thời, Công ty thực hiện việc bảo vệ quyền lợi, danh dự, uy tín và không yêu cầu chịu trách nhiệm pháp lý của các cá nhân này đối với các nội dung liên quan đến Vụ kiện.

- Mức phí thành công cho các đơn vị tư vấn đang bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện là 20% (Bằng chữ: hai mươi phần trăm) trên tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ.

- Tổng mức khen thưởng cho các cá nhân: Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty, những người điều hành khác và người lao động của Công ty tham gia, thực hiện và hỗ trợ cho Công ty trong Vụ kiện là 20% (Bằng chữ: hai mươi phần trăm) trên số tiền còn lại từ tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ trừ đi tổng số tiền thiệt hại của Công ty và chi phí cho Vụ kiện.

(ii) Trong trường hợp có các nội dung phải báo cáo và trình ĐHĐCĐ liên quan đến Vụ kiện, Người đại diện theo pháp luật và Ban điều hành Công ty tiến hành xây dựng và trình HĐQT kế hoạch triệu tập cuộc họp ĐHĐCĐ bất thường theo đúng quy định pháp luật, sẽ được tổ chức vào tháng 9 năm 2025, sau khi phiên tòa xét xử Vụ kiện kết thúc vào cuối tháng 7 năm 2025.

**4.   Thông qua Nghị quyết và Biên bản cuộc họp**

- Cuộc họp HĐQT Công ty kết thúc vào lúc 11 giờ 00 phút cùng ngày.

- Biên bản này được lập thành 06 (sáu) trang. Tất cả thành viên HĐQT tham dự họp đã đọc và cùng ký tên thông qua Biên bản họp này.

- Chủ tịch HĐQT thay mặt HĐQT ban hành Nghị quyết của HĐQT về các nội dung đã được thông qua trong Biên bản này.

5

| THƯ KÝ | CHỦ TOẠ CUỘC HỌP |
|---|---|
| *(signature)* | *(signature and seal)*  |
| **Đinh Thị Hậu** | **Lê Hùng** |

Chữ ký của các thành phần tham dự họp

| STT | HỌ VÀ TÊN | CHỮ KÝ |
|---|---|---|
| 01 | **Ông. Nguyễn Hữu Phúc** <br> Thành viên HĐQT | *(signature)* |
| 02 | **Ông. Trần Thanh Tùng** <br> Thành viên HĐQT | *(signature)* |
| 03 | **Ông. Nguyễn Quốc Khánh** <br> Thành viên HĐQT | *(signature)* |
| 04 | **Ông. Hoàng Tiến Đạt** <br> Thành viên HĐQT | *(signature)* |

| | |
|---|---|
| **BINH THANH IMPORT-EXPORT PRODUCTION AND BUSINESS JOINT STOCK COMPANY** | **SOCIALIST REPUBLIC OF VIỆT NAM** <br> **Independence - Freedom - Happiness** |
| No: 02/2025/BBH-HĐQT | |

# MEETING MINUTES OF THE BOARD OF DIRECTORS

Company Name: **Binh Thanh Import-Export Production & Business Joint Stock Company ("Company").**

Head Office: 334A Phan Van Tri Street, Binh Loi Trung Ward, Ho Chi Minh City

Business Registration Certificate No.: 0302181666, first issued by the Business Registration Office Ho Chi Minh City Department of Planning and Investment on December 29, 2000, amended for the 27th time on December 11, 2024.

Today at 09:00 AM on April 21, 2025 at the Company's headquarter, a meeting of the Company's Board of Directors ("BOD") was convened at the request of the Chairman of the BOD.

**I.   Participants and Meeting Eligibility**

❖   **The meeting was conducted with the participation of the following members of the Board of Directors:**

- Mr. Le Hung : BOD Chairman – Chairman of the Meeting;
  Mr. Nguyen Huu Phuc : Member of the BOD;
- Mr. Tran Thanh Tung : Member of the BOD;
- Mr. Nguyen Quoc Khanh : Member of the BOD;
- Mr. Hoang Tien Dat : Member of the BOD.

❖   **Meeting Secretary:** Ms. Dinh Thi Hau – Company Secretary

❖   Mr. **Lê Hùng** – BOD Chairman – Chairman of the Meeting – announced: Pursuant to the Company Charter and Article 157 of the Law on Enterprises, the BOD meeting, with the participation of 100% of BOD members, meets all conditions to proceed.

**II.  Purpose and Agenda of Meeting**

The meeting was held to discuss and approve the amendments and supplements to the Company's Charter and internal regulations in accordance with the Resolution of the 2025 Annual General Meeting of Shareholders.

**III. Meeting Contents and Proceedings**

1. **Amendments and Supplements to the Company's Charter and Internal Regulations in Accordance with the Resolution of the 2025 Annual General Meeting of Shareholders**

1

Mr. Nguyen Huu Phuc – BOD Member, presented:

Pursuant to Resolution No. 01/2025/NQ-AGM dated 15/04/2025, the 2025 Annual General Meeting of Shareholders approved the amendments and supplements to the Company's Charter and internal regulations as follows:

- Amend the title "Director" to "General Director" in the Charter and Internal Regulations of the Company;
- Amend the conditions for holding the General Meeting of Shareholders in the Charter and Internal Regulations of the Company with the following content:

    + Amend from " *The General Meeting of Shareholders shall be held when the number of shareholders attending the meeting represents at least sixty-five percent (65%) of the total number of voting shares* " to " *The General Meeting of Shareholders shall be held when the number of shareholders attending the meeting represents at least fifty-one percent (51%) of the total number of voting shares*".

    + Amend from "*In case there is not enough number of delegates required within thirty (30) minutes from the time set for the opening of the meeting, the convener cancels the meeting. The meeting must be reconvened within thirty (30) days from the date set for the first General Meeting of Shareholders. The reconvened General Meeting of Shareholders shall only be held when the attending members are shareholders and authorized representatives representing at least fifty-one percent (51%) of the total number of voting shares.*" to "*In case there is not enough number of delegates required within thirty (30) minutes from the time set for the opening of the meeting, the convener cancels the meeting. The General Meeting must be reconvened within thirty (30) days from the date set for the first General Meeting of Shareholders. The reconvened General Meeting of Shareholders shall only be held when the attending members are shareholders and authorized representatives representing at least thirty-three percent (33%) of the total number of voting shares.*"

- The General Meeting of Shareholders authorizes the Board of Directors of the Company to organize the amendment, completion and re-issuance of the Charter and internal regulations of the Company in accordance with the content approved in The General Meeting of Shareholders and in accordance with legal regulations.

Therefore, the Board of Directors respectfully requested to consider and approve the amendments and supplements of the Company's Charter and internal regulations in accordance to the 2025 Annual General Meeting of Shareholders Resolution, including:

(i)     The Company Charter;
(ii)    Internal Regulation on Corporate Governance;
(iii)   Regulation on the Operation of the Company's Board of Directors.

2. **Other Matters**

   Mr. Hoang Tien Dat – BOD Member, presented:

   The Company initiated legal proceedings against Amazon (a strategic partner of the Company) in 2022 before a court of jurisdiction in the United States, and the case is currently ongoing (hereinafter referred to as the "Lawsuit"). This Lawsuit has been reported to the Board of Directors, and the Board of Directors has approved the selection of advisory firms and affiliates to protect the legal rights and interests of the Company. This is a serious Lawsuit with significant impact on the Company's business operations. Shareholders have requested that the Company provide updates on the developments of the Lawsuit. Furthermore, certain matters must be reported to and submitted for approval by the General Meeting of Shareholders in accordance with regulations.

   Accordingly, the Board of Directors have approved authorizing the Company's legal representatives and executives to carry out the following:

   (i) To research and evaluate the matters deemed necessary to report to and submit for approval by the General Meeting of Shareholders in relation to the Lawsuit, in accordance with the law, including but not limited to:

   - Authorize the Company's legal representatives, General Director, and other executives, together with the advisory firms and affiliates, to research and implement effective solutions to best protect the Company's legal rights and interests in the Lawsuit before the court of jurisdiction in the United States.

   - The Company shall comply with the legally effective judgment of the Court in the United States regarding the Lawsuit; the Company's legal representatives, General Director, other executives, and employees who participated in, carried out, and supported the Company in the Lawsuit shall not bear personal liability for damages (if any) incurred by the Company related to the Lawsuit. At the same time, the Company shall protect the rights and reputation of these individuals and shall not require them to assume personal legal liability for matters related to the Lawsuit.

   - The success fee for advisory firms and affiliates protecting the Company's legal rights and interests in the Lawsuit shall be 20% (twenty percent) of the total amount the Company receives from Amazon pursuant to a legally effective judgment of the Court in the United States.

   - The total success fee for individuals, including the Company's legal representatives, General Director, other executives, and employees who participated in, carried out, and supported the Company in the Lawsuit, shall be 20% (twenty percent) of the remaining amount from the total sum the Company receives from Amazon pursuant to a legally effective judgment of the competent court in the United States, after deducting the Company's total damages and litigation costs.

   (ii) In the event there are matters that must be reported to and submitted for approval by the General Meeting of Shareholders in relation to the Lawsuit, the Company's

3

legal representatives and executives shall prepare and submit to the Board of Directors a plan to convene a Special General Meeting of Shareholders in accordance with the law, to be held in September 2025, following the trial of the Lawsuit at the end of July 2025.

3. **Voting and Resolutions of the Company's Board of Directors:**

3.1 **Voting Results:**

Board of Directors conducted the voting, and the results are as follows:

| No | Voting Matters | Voting Results (No. of Votes) | | |
|---|---|---|---|---|
| | | In Favor | Against | No Opinion |
| 1 | Approval of the amendments and supplements of the Company's Charter and internal regulations in accordance to the 2025 Annual General Meeting of Shareholders Resolution as stated in Section 1, Part III of these Meeting Minutes. | 5/5 | 0 | 0 |
| 2 | Approval to authorize the Company's legal representatives and executives to carry out matters stated in Section 2, Part III of these Meeting Minutes. | 5/5 | 0 | 0 |

3.2 **Decisions of the Company's Board of Directors:**

Based on the voting results in Section 2.1 above, the Company's Board of Directors resolved as follows:

a. Approve the amendments and supplements of the Company's Charter and internal regulations in accordance to the 2025 Annual General Meeting of Shareholders Resolution, including:

 (i) The Company Charter;

 (ii) Internal Regulation on Corporate Governance;

 (iii) Regulation on the Operation of the Company's Board of Directors.

b. Approve authorizing the Company's legal representatives and executives to carry out the following matters:

 (i) To research and evaluate the matters deemed necessary to report to and submit for approval by the General Meeting of Shareholders in relation to the Lawsuit, in accordance with the law, including but not limited to:

 - Authorize the Company's legal representatives, General Director, and other executives, together with the advisory firms and affiliates, to research and implement

4

- effective solutions to best protect the Company's legal rights and interests in the Lawsuit before the court of jurisdiction in the United States.
- The Company shall comply with the legally effective judgment of the Court in the United States regarding the Lawsuit; the Company's legal representatives, General Director, other executives, and employees who participated in, carried out, and supported the Company in the Lawsuit shall not bear personal liability for damages (if any) incurred by the Company related to the Lawsuit. At the same time, the Company shall protect the rights and reputation of these individuals and shall not require them to assume personal legal liability for matters related to the Lawsuit.
- The success fee for advisory firms and affiliates protecting the Company's legal rights and interests in the Lawsuit shall be 20% (twenty percent) of the total amount the Company receives from Amazon pursuant to a legally effective judgment of the Court in the United States.
- The total success fee for individuals, including the Company's legal representatives, General Director, other executives, and employees who participated in, carried out, and supported the Company in the Lawsuit, shall be 20% (twenty percent) of the remaining amount from the total sum the Company receives from Amazon pursuant to a legally effective judgment of the competent court in the United States, after deducting the Company's total damages and litigation costs.

(ii) In the event there are matters that must be reported to and submitted for approval by the General Meeting of Shareholders in relation to the Lawsuit, the Company's legal representatives and executives shall prepare and submit to the Board of Directors a plan to convene a Special General Meeting of Shareholders in accordance with the law, to be held in September 2025, following the trial of the Lawsuit at the end of July 2025.

4. **Adoption of the Resolution and the Minutes of the Meeting**

- The Company's Board of Directors meeting concluded at 11:00 a.m. on the same day.
- These Minutes consist of 06 (six) pages. All BOD members attending the meeting have read and signed to approve these Minutes.
- The Chairman of the Board of Directors, on behalf of the BOD, issued the BOD Resolution on the matters approved in these Minutes.

| SECRETARY | CHAIRMAN OF THE MEETING |
|---|---|
| Signed | Signed and sealed |
| Dinh Thi Hau | Le Hung |

**Signatures of the Meeting Participants**

5

| No | FULL NAME | SIGNATURE |
|---|---|---|
| 01 | **Mr. Nguyen Huu Phuc**<br>BOD Member | Signed |
| 02 | **Mr. Tran Thanh Tung**<br>BOD Member | Signed |
| 03 | **Mr. Nguyen Quoc Khanh**<br>BOD Member | Signed |
| 04 | **Mr. Hoang Tien Dat**<br>BOD Member | Signed |

| | |
|---|---|
| Tôi, **Hoàng Tích Mẫn**<br>CCCD số: 079092014018<br>Cấp ngày 10/07/2021 tại Cục trưởng cục cảnh sát quản lý hành chính về trật tự xã hội.<br>Cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ tiếng Việt sang tiếng Anh<br><br>I, Hoang Tich Man<br>ID Card No: 079092014018<br>Date of issue: 10 July 2021 Place of issue Police Department on Administrative Managerment of Social Order, undertake that I have translated accurately this document from Vietnamese to English<br><br>**NGƯỜI DỊCH**<br><br>*[signature]*<br><br>**HOÀNG TÍCH MẪN** | **Công ty TNHH Dịch Thuật Liên Phát**<br>Văn phòng : 39 Đoàn Như Hài , Phường Xóm Chiếu , TP. Hồ Chí Minh<br>Xác nhận chữ ký bên Ông **Hoàng Tích Mẫn** phiên dịch tiếng Anh của công ty<br><br>Giám đốc<br>**Lien Phat Translation Co., Ltd**<br>Office Address no : 39 Doan Nhu Hai, Xom Chieu ward, Ho Chi Minh City<br>This is to certify that the signature appearing on the left side is Mr. **Hoang Tich Man**, English translator of our Company<br>Ho Chi Minh city, 15 September 2025<br>**DIRECTOR**<br><br>*[signature and seal: CÔNG TY TRÁCH NHIỆM HỮU HẠN DỊCH THUẬT LIÊN PHÁT – M.S.D.N: 0313538420 – QUẬN 8 - T.P HỒ CHÍ MINH]*<br><br>**NGUYỄN THỊ BẠCH SEN** |