# EXHIBIT D

| | |
|---|---|
| **CÔNG TY CỔ PHẦN**<br>**SXKD XNK BÌNH THẠNH**<br>Số: 08a/2025/NQ-HĐQT | **CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**<br>**Độc lập - Tự do - Hạnh phúc**<br>*TP. Hồ Chí Minh, ngày 21 tháng 04 năm 2025* |

## NGHỊ QUYẾT

V/v Ban hành Điều lệ và các Quy chế nội bộ của Công ty sau khi sửa đổi, bổ sung theo Nghị quyết Đại hội đồng cổ đông thường niên 2025

### HỘI ĐỒNG QUẢN TRỊ
### CÔNG TY CỔ PHẦN SẢN XUẤT KINH DOANH XUẤT NHẬP KHẨU BÌNH THẠNH

- Căn cứ Luật Doanh nghiệp số 59/2020/QH14 và các văn bản hướng dẫn thi hành;
- Căn cứ Điều lệ của Công ty Cổ phần Sản xuất Kinh doanh Xuất nhập khẩu Bình Thạnh ("Công ty");
- Căn cứ vào Biên bản họp số 02/2025/BBH-HĐQT ngày 21/04/2025 của Hội đồng quản trị ("HĐQT") Công ty.



### QUYẾT NGHỊ:

**Điều 1:** Thông qua việc ban hành Điều lệ, các Quy chế nội bộ của Công ty sau khi sửa đổi, bổ sung theo Nghị quyết Đại hội đồng cổ đông thường niên ("ĐHĐCĐ") 2025 bao gồm:

1. Điều lệ Công ty;
2. Quy chế nội bộ về quản trị Công ty;
3. Quy chế hoạt động của Hội đồng quản trị Công ty

**Điều 2:** Công ty đã tiến hành các thủ tục để khởi kiện Amazon (là đối tác chiến lược của Công ty) vào năm 2022, cơ quan tài phán là Tòa án có thẩm quyền tại Hoa Kỳ và hiện đang trong quá trình giải quyết (sau đây gọi tắt là "Vụ kiện"). Vụ kiện này đã được báo cáo Hội đồng quản trị và được Hội đồng quản trị phê duyệt lựa chọn các đơn vị tư vấn để bảo vệ quyền và lợi ích hợp pháp của Công ty. Đây là Vụ kiện có tính chất nghiêm trọng, ảnh hưởng rất lớn đến hoạt động sản xuất kinh doanh của Công ty. Cổ đông yêu cầu Công ty cập nhật tình hình diễn biến Vụ kiện. Mặc khác, có một số vấn đề phải báo cáo và trình ĐHĐCĐ theo quy định. Do đó, HĐQT thông qua chủ trương giao cho Người đại diện theo pháp luật và Ban điều hành Công ty các nội dung như sau:



1. Nghiên cứu, đánh giá các nội dung xét thấy cần phải báo cáo và trình ĐHĐCĐ liên quan đến Vụ kiện theo đúng quy định pháp luật, bao gồm nhưng không giới hạn các nội dung:

   - Giao cho Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty và những người điều hành khác của Công ty cùng với các đơn vị tư vấn nghiên cứu và thực hiện các giải pháp hữu hiệu để bảo vệ tốt nhất quyền và lợi ích hợp pháp của Công ty trong Vụ kiện tại Tòa án có thẩm quyền tại Hoa Kỳ.

1

- Công ty sẽ chấp nhận theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ đối với Vụ kiện; Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty, những người điều hành khác và người lao động của Công ty đã tham gia, thực hiện và hỗ trợ cho Công ty trong Vụ kiện không chịu trách nhiệm cá nhân đối với thiệt hại (nếu có) của Công ty liên quan đến Vụ kiện. Đồng thời, Công ty thực hiện việc bảo vệ quyền lợi, danh dự, uy tín và không yêu cầu chịu trách nhiệm pháp lý của các cá nhân này đối với các nội dung liên quan đến Vụ kiện.

- Mức phí thành công cho các đơn vị tư vấn đang bảo vệ quyền và lợi ích hợp pháp của Công ty trong Vụ kiện là 20% (*Bằng chữ: hai mươi phần trăm*) trên tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ.

- Tổng mức khen thưởng cho các cá nhân: Người đại diện theo pháp luật của Công ty, Tổng Giám đốc Công ty, những người điều hành khác và người lao động của Công ty tham gia, thực hiện và hỗ trợ cho Công ty trong Vụ kiện là 20% (*Bằng chữ: hai mươi phần trăm*) trên số tiền còn lại từ tổng số tiền Công ty nhận được từ Amazon theo phán quyết có hiệu lực pháp luật của Tòa án có thẩm quyền tại Hoa Kỳ trừ đi tổng số tiền thiệt hại của Công ty và chi phí cho Vụ kiện.

2. Trong trường hợp có các nội dung phải báo cáo và trình ĐHĐCĐ liên quan đến Vụ kiện, Người đại diện theo pháp luật và Ban điều hành Công ty tiến hành xây dựng và trình HĐQT kế hoạch triệu tập cuộc họp ĐHĐCĐ bất thường theo đúng quy định pháp luật, sẽ được tổ chức vào tháng 9 năm 2025, sau khi phiên tòa xét xử Vụ kiện kết thúc vào cuối tháng 7 năm 2025.

**Điều 3:** Hội đồng quản trị, Người đại diện theo pháp luật, Ban điều hành, các tổ chức và cá nhân khác có liên quan chịu trách nhiệm thi hành Nghị quyết này.

Nghị quyết này có hiệu lực kể từ ngày ký ./.

*Nơi nhận:*
- Như Điều 3;
- Lưu VP.

TM. HỘI ĐỒNG QUẢN TRỊ
CHỦ TỊCH

Lê Hùng

2

| | |
|---|---|
| **BINH THANH IMPORT-EXPORT PRODUCTION AND BUSINESS JOINT STOCK COMPANY** | **SOCIALIST REPUBLIC OF VIỆT NAM** Independence - Freedom - Happiness |
| No: 08a/2025/NQ-HĐQT | Hồ Chí Minh, April 21, 2025 |

## RESOLUTION

**Re: Amendment and Supplementation of the Company's Charter and Internal Regulations Pursuant to the Resolution of the 2025 Annual General Meeting of Shareholders**

### BOARD OF DIRECTORS
### BINH THANH IMPORT-EXPORT PRODUCTION AND BUSINESS JOINT STOCK COMPANY

- Pursuant to the Law on Businesses No. 59/2020/QH14 and the relevant regulations;
- Pursuant to the Charter of Binh Thanh Import-Export Production and Business Joint Stock Company ("Company");
- Pursuant to the Minutes of Meeting No. 02/2025/BBH-HĐQT dated April 21, 2025 of the Company's Board of Directors.

### RESOLUTION:

**Article 1:** Approve the amendments and supplements to the Company's Charter and internal regulations in accordance with the Resolution of the 2025 Annual General Meeting of Shareholders, including:

1. The Company Charter;
2. Internal Regulation on Corporate Governance;
3. Regulation on the Operation of the Company's Board of Directors.

**Article 2:** The Company initiated legal proceedings against Amazon (a strategic partner of the Company) in 2022 before a court of jurisdiction in the United States, and the case is currently ongoing (hereinafter referred to as the "Lawsuit"). This Lawsuit has been reported to the Board of Directors, and the Board of Directors has approved the selection of advisory firms and affiliates to protect the legal rights and interests of the Company. This is a serious Lawsuit with significant impact on the Company's business operations. Shareholders have requested that the Company provide updates on the developments of the Lawsuit. Furthermore, certain matters must be reported to and submitted for approval by the General Meeting of Shareholders in accordance with regulations. Accordingly, the Board of Directors have approved authorizing the Company's legal representatives and executives to carry out the following:

1. To research and evaluate the matters deemed necessary to report to and submit for approval by the General Meeting of Shareholders in relation to the Lawsuit, in accordance with the law, including but not limited to:

1

- Authorize the Company's legal representatives, General Director, and other executives, together with the advisory firms and affiliates, to research and implement effective solutions to best protect the Company's legal rights and interests in the Lawsuit before the court of jurisdiction in the United States.
- The Company shall comply with the legally effective judgment of the Court in the United States regarding the Lawsuit; the Company's legal representatives, General Director, other executives, and employees who participated in, carried out, and supported the Company in the Lawsuit shall not bear personal liability for damages (if any) incurred by the Company related to the Lawsuit. At the same time, the Company shall protect the rights and reputation of these individuals and shall not require them to assume personal legal liability for matters related to the Lawsuit.
- The success fee for advisory firms and affiliates protecting the Company's legal rights and interests in the Lawsuit shall be 20% (twenty percent) of the total amount the Company receives from Amazon pursuant to a legally effective judgment of the Court in the United States.
- The total success fee for individuals, including the Company's legal representatives, General Director, other executives, and employees who participated in, carried out, and supported the Company in the Lawsuit, shall be 20% (twenty percent) of the remaining amount from the total sum the Company receives from Amazon pursuant to a legally effective judgment of the competent court in the United States, after deducting the Company's total damages and litigation costs.

2. In the event there are matters that must be reported to and submitted for approval by the General Meeting of Shareholders in relation to the Lawsuit, the Company's legal representatives and executives shall prepare and submit to the Board of Directors a plan to convene a Special General Meeting of Shareholders in accordance with the law, to be held in September 2025, following the trial of the Lawsuit at the end of July 2025.

**Article 3:** The Board of Directors, the legal representatives, executives, and other relevant organizations and individuals shall be responsible for implementing this Resolution.

This Resolution shall take effect from the date of signing ./.

*Recipients:*
- As stated in Article 3;
- Company Archives.

**ON BEHALF OF THE BOARD OF DIRECTORS**
**CHAIRMAN**

**Signed and sealed**

**Le Hung**

2

| | |
|---|---|
| Tôi, **Hoàng Tích Mẫn**<br>CCCD số: 079092014018<br>Cấp ngày 10/07/2021 tại Cục trưởng cục cảnh sát quản lý hành chính về trật tự xã hội.<br>Cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ tiếng Việt sang tiếng Anh<br><br>I, **Hoang Tich Man**<br>ID Card No: 079092014018<br>Date of issue: 10 July 2021  Place of issue Police Department on Administrative Managerment of Social Order, undertake that I have translated accurately this document from Vietnamese to English<br><br>**NGƯỜI DỊCH**<br><br>*(signature)*<br><br>**HOÀNG TÍCH MẪN** | **Công ty TNHH Dịch Thuật Liên Phát**<br>Văn phòng : 39 Đoàn Như Hài , Phường Xóm Chiếu , TP. Hồ Chí Minh<br>Xác nhận chữ ký bên Ông **Hoàng Tích Mẫn** phiên dịch tiếng Anh của công ty<br><br>Giám đốc<br>**Lien Phat Translation Co., Ltd**<br>Office Address no : 39 Doan Nhu Hai, Xom Chieu ward,<br>Ho Chi Minh City<br>This is to certify that the signature appearing on the left side is Mr. **Hoang Tich Man**, English translator of our Company<br>Ho Chi Minh city, 15 September 2025<br>**DIRECTOR**<br><br>*(signature and seal)*<br><br>**NGUYỄN THỊ BẠCH SEN** |

