# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: (212) 506-1710
DIRECT FAX: (212) 835-5010
MKasowitz@kasowitz.com

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

September 15, 2025

*Application **GRANTED**. Amazon may -- but need not -- file a letter, not to exceed two pages, stating any objections to Gilimex's supplemental exhibits by **September 19, 2025**. Any such objections will go to weight not admissibility.*

*Dated: September 16, 2025*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Binh Thanh Import Export Prod. & Trade Joint Stock Co. ("Gilimex") v. Amazon.com Servs. LLC ("Amazon")*, No. 1:23-cv-00292-LGS

Dear Judge Schofield:

We represent Plaintiff Gilimex in the above-referenced action and write pursuant to the Court's September 11, 2025 Order (Dkt. 254) in response to Amazon's supplemental "Shareholder Submission" (Dkt. 251). While Gilimex does not believe the Shareholder Submission is relevant to any issue germane to the litigation, let alone the issues before the Court through the evidentiary hearing, Gilimex does not object to the Shareholder Submission.

Gilimex respectfully requests leave to supplement the record with additional documents related to the Shareholder Submission pursuant to FRE 106. As noted on its face, the Gilimex Board of Directors submitted the Shareholder Submission on August 20, 2025, in advance of a Gilimex shareholders' meeting. That meeting was held on September 11, 2025. Attached as Exhibits A and B are certified translations of the minutes of the September 11, 2025 shareholders' meeting and accompanying shareholder resolution. Further, Gilimex notes that the material in the August 20, 2025 Shareholder Submission was the subject of an April 21, 2025 resolution of the Gilimex Board of Directors. For completeness, certified translations of that resolution and the related Board of Director meeting minutes are attached as Exhibits C and D.[1]

We look forward to addressing the substance of these and all other materials in our response to Amazon's post-hearing brief. We thank the Court for its continued time and attention to this matter.

---

[1]    There is no prejudice to Amazon of further supplementing the record with these related documents, as Amazon will have the opportunity to address them in their post-hearing reply, particularly given that Amazon raised the Shareholder Submission in its opening brief (Dkt. 253 at 15 n.5).

Kᴀꜱᴏᴡɪᴛᴢ ʟʟᴘ

Hon. Lorna G. Schofield
September 15, 2025
Page 2

Respectfully,

Marc E. Kasowitz

cc:  All counsel of record (via ECF)