# Appendix A

**GILIMEX PRODUCTION AND DISCOVERY CHRONOLOGY[1]**

| Date | Event |
|---|---|
| **Fact Discovery (March 8, 2023 – October 27, 2023)** ||
| **March 8, 2023** | Amazon serves its First Set of Requests for Production of Documents (Ex. 1), including RFP No. 35, the sole request Amazon made during discovery relating to Gilimex's raw materials damages:<br><br>RFP No. 35: All DOCUMENTS and COMMUNICATIONS on which YOU rely for YOUR allegations in the ACTION that YOU have over $68 million worth of FPA raw material and components that cannot be returned to YOUR suppliers or otherwise used. |
| **July 10, 2023 – August 25, 2023** | Gilimex produces nearly 70,000 documents across multiple productions during fact discovery. These include scans of hard-copy documents from Gilimex's 2022 files, including 66 purchase orders ("POs"), 62 of which Luong—years later—admitted to fabricating as part of a scheme to defraud Gilimex. PX-246.<br><br>Included in the 66 POs are four legitimate orders: (i) two with Blazemax—dated January 6, 2022, DX-119, and April 7, 2022, DX-114—totaling over $27 million, both of which were cancelled (*see* PX-245-T at 8–9); and (ii) two with another supplier, Woojeon (*see* DX-416, DX-449), together approximately $6.2 million. The value of the 62 remaining POs, all of which Luong later admitted to fabricating, totals approximately $35.8 million when converted to USD. |
| **October 5–6, 2023** | Le is deposed in his personal capacity. Le is not asked about Blazemax or Gilimex's suppliers. |
| **October 11–12, 2023** | Le is deposed as Gilimex's corporate representative pursuant to Rule 30(b)(6). Le discusses the raw materials that Gilimex ordered in November–December 2021 for the full year, DX-1002 at 131:6–134:4, but is not asked about Blazemax. Le further explains that Gilimex employees must communicate via email as opposed to WhatsApp. *Id.* at 42:17–46:10. |
| **Expert Discovery (November 20, 2023 – January 9, 2024)** ||
| **November 20–29, 2023** | Three weeks after fact discovery ended, in connection with Gilimex's damages expert report, Gilimex produces documents that its expert, Mark Rule, relied upon, some of which were inadvertently not previously produced during fact discovery. These include a copy of the B&W November PO (PX-38), native Excel files of the re-typed Minutes (DX-102–08), and debit notes for sums owed by Gilimex in connection with Blazemax's warehousing of the November PO's inventory (DX-109–10). |

---

[1] Unless otherwise defined, capitalized terms have the meaning ascribed in Gilimex's Response to Amazon's Post-Hearing Brief in Support of Its Motion for Sanctions ("Resp."), filed contemporaneously herewith.

1

| Date | Event |
|---|---|
| **January 8, 2024** | Amazon deposes Rule and questions him about Blazemax, the materials underlying the November PO, and the substantive contents of the Minutes. Amazon does not question Rule about the authenticity of the November PO or the Minutes. |
| **January 9, 2024** | Discovery ends. Amazon does not seek any additional discovery regarding the November PO, Minutes, or Gilimex's raw material damages. |
| **Post-Discovery** | |
| **February 5, 2024** | Gilimex files its Amended Complaint. Dkt. 83. |
| **March 4, 2025** | The Court denies Amazon's motion for summary judgment. Dkt. 110. |
| **March 5, 2025** | The Court orders that trial will begin on July 21, 2025. Dkt. 111. |
| **Pre-Trial Motions** | |
| **May 2, 2025** | Amazon files a motion in limine to exclude evidence of Gilimex's raw materials damages. DX-835 (the "Raw Materials MIL"). Therein, Amazon questions—for the first time on the eve of trial and more than a year-and-a-half after Gilimex produced the November PO—the authenticity of Gilimex's evidence relating to its raw material damages, including the November PO and the Minutes. |
| **May 21, 2025** | Gilimex opposes the Raw Materials MIL, explaining that the November PO and Minutes were authentic. Dkt. 154. Gilimex also submits a sworn declaration from Le attesting to the documents' veracity. DX-818. Specifically, Le attests that Gilimex had produced an authentic, scanned hardcopy of the B&W November PO, which included wet signatures and stamps. *Id.* ¶ 4. With respect to the Minutes, Le attests that Gilimex had previously produced "excel files . . . rather than the physical documents," which "have physical signatures and physical stamps." *Id.* ¶ 5.<br><br>On the same day, Gilimex produces a scanned, black-and-white PDF version of the hardcopy Minutes, containing the stamps and signatures of Le and Blazemax's principal, Le Thi Kim Oanh. PX-51. |
| **Pre-Motion Conference** | |
| **May 27, 2025** | In a letter to Gilimex, Amazon raises "deep concern[s]" regarding Le's May 21, 2025 declaration (DX-818) and Gilimex's supplemental production of documents. DX-819. Amazon claims that the Excel Minutes' being "created for the purpose of this litigation" "raises serious questions regarding Mr. Le's conduct as well as the authenticity of other documents relating to Gilimex's damages claims," including, *inter alia*, the previously produced version of the B&W November PO, PX-38, and Blazemax's debit notes, DX-109–10. DX-819 at 1. Amazon further lists over 100 Gilimex-produced documents for which it has "serious concerns" regarding the documents' lack of "contemporaneous electronic versions" in an attachment entitled "Exhibit A." DX-819 at 4–6. |

2

| Date | Event |
|---|---|
| **June 3, 2025** | In its response, Gilimex denies Amazon's May 27, 2025 allegations and asserts that it had previously produced—in accordance with its discovery obligations—the Excel Minutes given Rule's reliance thereupon, but has since produced a scanned, hard-copy version of the original, physical Minutes themselves.  DX-820 at 1–2.  Gilimex further asserts that its PDF version is a scan of the original Minutes, which contain "wet signatures and physical stamps," and have "no contemporaneous electronic versions."  *Id.* at 1.<br><br>Gilimex further contests Amazon's claims regarding the purported inauthenticity of other documents (based on their lack of "contemporaneous electronic versions," including the November PO) as belated and meritless, given the documents listed in Amazon's "Exhibit A" are scans of "hard copy documents" without "metadata or contemporaneous electronic information."  DX-820 at 4. |
| **June 9, 2025** | Amazon files its request for a pre-motion conference, asserting that Gilimex should be sanctioned for committing a fraud on the Court, despite Amazon's inability to "confirm the [November POs] inauthenticity."  Dkt. 176. |
| **June 17, 2025** | Gilimex opposes Amazon's letter motion for sanctions, Dkt. 183, with the following supporting declarations:<br>• Declarations by Le and Kim attesting to, *inter alia*, the authenticity of: the November PO and the Minutes (as well as their physical signatures and stamps), the Blazemax debit notes, and Gilimex's ongoing obligation to pay Blazemax the associated warehousing costs, PX-181–82; and<br>• A declaration by Gilimex's CEO, Nguyet Pham, attesting to the authenticity of the Label-Maker Documents, PX-183.  As Gilimex and Pham later learned, they had been deceived, as the Label-Maker Documents were forged by Gilimex employee Tien Luong. |
| **June 23, 2025** | The Court schedules an evidentiary hearing for August 4, 2025 (later rescheduled to August 12, Dkt. 212), permits the parties to engage in limited discovery, and adjourns previously scheduled deadlines, including the July 21, 2025 trial.  Dkt. 190. |
| **Pre-Evidentiary Hearing Discovery** ||
| **June 30, 2025** | Amazon requests—for the first time—all documents and communications relating to the November PO, as well as all documents and communications relating to certain other specified Blazemax purchase orders.  *See* Dkt. 196. |
| **Early July, 2025** | Gilimex commences an internal investigation concerning the facts and circumstances surrounding the creation, and Gilimex's previous and eventual additional production, of allegedly inauthentic documents.  Dkt. 206. |
| **July 9, 2025** | After the parties meet and confer, Gilimex agrees to search for and produce documents responsive to Amazon's June 30 requests.  *See* Dkt. 198 at 1. |

3

| Date | Event |
|---|---|
| **July 10, 2025** | Gilimex learns that several of its previously produced hard-copy documents had been fabricated by Tien Luong, a low-level Gilimex employee, as part of an attempted scheme to defraud Gilimex. Dkt. 206. Luong enters into agreement to "[c]ooperate fully and truthfully with [Gilimex]." PX-186.<br><br>Throughout July, Gilimex works with its counsel and investigators to confirm the veracity of Luong's confession. Gilimex learns that 98 of the purchase orders and demand letters it produced on August 2, 2023 and nineteen additional documents (which it later produced during pre-Hearing discovery) were fabricated by Luong. *See* Dkt. 206; PX-246. |
| **July 16, 2025** | Gilimex informs Amazon about its discovery of Luong and his scheme to defraud Gilimex. Dkt. 206 at 3. |
| **July 16, 2025** | In response to Amazon's June 30, 2025 discovery requests, Gilimex serves its production GIL-EVH-001 containing 5,582 documents. In response to Amazon's Requests 2 and 3, Gilimex produces:<br>• Scanned black-and-white copies of Blazemax purchase orders dated July 19, 2021 (DX-201), September 27, 2021 (DX-204), October 4, 2021 (DX-208), November 5, 2021 (DX-217-A), March 7, 2022 (DX-216), and May 4, 2022 (DX-218);<br>• Scanned, color copies of Blazemax purchase orders dated March 7, 2022 (DX-219-A) and July 28, 2022 (DX-223-B); and<br>• Excerpts from Gilimex's logbooks, including: the cover of the logbook for November 2021–October 2022, PX-31; Gilimex's transmission of the November PO to Blazemax on November 19, 2021, PX-39; and Gilimex's receipt of the fully executed November PO from Blazemax on November 22, 2021, PX-41. Gilimex did not produce the full logbooks at this time because they were not responsive to Amazon's June 30 requests. *See* Resp. p. 20. |
| **July 18, 2025** | Gilimex informs the Court about its discovery of Luong and his scheme to defraud Gilimex. Dkt. 206. |
| **July 21, 2025** | The Court orders Amazon to "identify narrow categories of additional discovery that it seeks related to the new developments proffered by Plaintiff." Dkt. 200 at 1. |
| **July 21, 2025** | In connection with Gilimex's ongoing investigation of Amazon's fraud allegations, Gilimex produces 27 documents in production GIL-EVH-002, including:<br>• Luong Cooperation Contract, PX-186;<br>• A list, hand-written by Luong, of companies for which he forged documents;<br>• Luong's employment agreement; and<br>• 19 additional documents which Luong admitted to fabricating, but Gilimex had not previously produced. *See* PX-246. |

4

| Date | Event |
|---|---|
| **July 22–23, 2025** | Pursuant to the Court's July 21 order, Amazon propounds additional discovery requests, including requesting for the first time that Gilimex produce the logbooks. |
| **July 26, 2025** | Amazon requests—for the first time—Gilimex's production of the original hard-copy November PO and Minutes at the Hearing, and requests color scans of the same in native PDF form. DX-825. |
| **July 28–29, 2025** | The Court adjourns the Hearing to August 12, 2025. Dkt. 212.<br><br>In connection with Gilimex's ongoing investigation of Amazon's fraud allegations, Gilimex produces 6 documents in production GIL-EVH-003, including:<br>• Gilimex's counsel's communications with Blazemax's counsel;<br>• Luong's draft cooperation agreement, PX-186; and<br>• Gilimex's "outgoing" logbook, containing entries of Gilimex documents' transmission dates from November 3, 2021 through October 2022, PX-32.<br><br>Additionally, in response to Amazon's July 26, 2025 requests, Gilimex produced 2 additional documents in production GIL-EVH-004:<br>• A color, singled-sided PDF copy of the Minutes, PX-54; and<br>• A color, single-sided copy of the November PO, DX-101-C. |
| **July 30, 2025** | Amazon propounds several additional discovery requests, including for:<br>• "[A]ll calendar invites for the alleged meetings listed in the meeting minutes produced with [the version of the Minutes submitted with Le's May 21, 2025 declaration, DX-111]";<br>• "[S]cans of all copies—color and black and white—of" nine Blazemax POs; and<br>• "[C]olor scans of the [Blazemax] warehouse debit notes," DX109–110.<br><br>DX-827 at 9–10. Amazon additionally "renew[ed]" its request for "new scans" of the "black and white copy versions" of the November PO and Minutes. *Id.* |
| **August 4, 2025** | Gilimex agrees, subject to objections, to comply with Amazon's July 30 document requests. |

| Date | Event |
|---|---|
| **August 4, 2025** | In response to Amazon's June 30 and July 30 discovery requests, Gilimex produces 11 responsive documents in production GIL-EVH-005, including<ul><li>A color, double-sided copy of the November PO, PX-40;</li><li>A scan of the hard-copy August 2022 PowerPoint, PX-137;</li><li>Scanned copies of five additional Gilimex logbooks (PX-4, PX-26, PX-37, PX-72, PX-123), one of which—PX-26—contained the entry regarding Gilimex's receipt from Blazemax of the executed November PO, previously excerpted in PX-41.</li></ul>On the same day, Amazon requests that Gilimex "mak[e] available for inspection in New York the newly produced color versions of the November PO and meeting minutes."  DX-827 at 4.  Upon Gilimex's request for clarification as to Amazon's definition of an "inspection," Amazon asserts that it "would like to inspect the original seven documents with an expert."  *Id.* at 3–4.  Gilimex agrees.  *Id.* |
| **August 5, 2025** | In response to Amazon's July 30 RFPs and its renewed request for re-scans of the November PO and Minutes, Gilimex produces 23 documents in production GIL-EVH-006, including:<ul><li>A re-scanned version of the black-and-white, singled-sided Minutes;</li><li>A re-scanned copy of the Blazemax debit notes;</li><li>Re-scanned, single-sided copies of the color and black-and-white hardcopies of several other Gilimex-Blazemax purchase orders, including the November PO.  *See, e.g.*, PX-223.</li></ul>On the same day, Amazon clarifies its request for an "inspection" of the hard-copy November PO and Minutes: namely, it requests that the documents be made available for an "ink dating expert" who would "create[] tiny pinprick holes in the documents so that he can test the ink."  DX-827 at 2. |
| **August 7, 2025** | After Amazon's August 5 clarification of what its "inspection" entailed, Gilimex refuses Amazon's request to "physically alter these original documents," but states that Amazon may still "inspect the documents through non-invasive means."  DX-827 at 1.  Amazon does not respond to Gilimex's offer, nor does it conduct any inspection of the hard-copy documents. |
| **August 7, 2025** | In response to Gilimex's multiple inquiries throughout the pre-Hearing period, Blazemax's responds to Gilimex via letter through its counsel.  PX-245-T.  Therein, Blazemax's counsel confirms, *inter alia*:<ul><li>Gilimex's patronage of Blazemax since 2015, *id.* at 8;</li><li>the November PO's authenticity, Gilimex's $69 million debt to Blazemax for the same, and that Blazemax will assert its legal rights should Gilimex "continue[] to delay payment, *id.* at 7;</li><li>Blazemax's warehousing of the goods underlying the November PO, and its unwillingness to permit inspection the same, *id.* at 8–9;</li><li>Kim's unwilling to testify at the Hearing, *id.* at 8; and</li><li>the cancellation of certain Gilimex orders with Blazemax, *see id.* at 8–9.</li></ul> |

| Date | Event |
|---|---|
| **August 9, 2025** | In a supplemental production entitled GIL-EVH-007, Gilimex produces rescanned versions of several documents previously produced on August 5, 2025, as well as two handwritten Post-it notes related to the scans, including:<br>• Rescanned, double-sided color and black-and-white hardcopies of several Gilimex-Blazemax purchase orders, including the November PO.  *See, e.g.*, PX-223-R. |
| **August 10, 2025** | In a supplemental production entitled GIL-EVH-008, Gilimex produces a corrected version of a previously produced logbook, PX-123, because Gilimex noticed that one page of the book had been inadvertently omitted from its original production.  *See* PX-252.  Gilimex also produces re-translated versions of certain Gilimex business records that Amazon proffered as "inventory reports" in its own certified translations, because Amazon's translations were inaccurate.  *Compare* DX-501–29, *with* DX-501–29-C; Tr. 55:15-24. |
| **August 12, 2025** | The Hearing takes place.  At its conclusion, Gilimex leaves the physical logbooks with the Court and denotes their exhibit numbers with an "-O" suffix.  Tr. 166:16–167:6; PX-4-O; PX-26-O; PX-32-O; PX-37-O; PX-72-O; PX-123-O. |
| **August 18, 2025** | Amazon, accompanied by Gilimex's counsel, inspects the physical logbooks at the Courthouse. |