UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC.,<br><br>        Plaintiff,<br><br>  -against-<br><br>AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS,<br><br>        Defendant. | Case No.: 1:23-cv-00292-LGS |

**DECLARATION OF EDWARD E. FILUSCH IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S POST-HEARING BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS**

Edward E. Filusch, an attorney duly admitted to practice in the State of New York and in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner of the law firm of Kasowitz LLP, counsel for Binh Thanh Import Export Production & Trade Joint Stock Co. ("Gilimex") in the above-captioned matter. I am familiar with the facts and circumstances of this action. I make this declaration in support of Gilimex's response to defendant Amazon.com Services LLC's ("Amazon") post-hearing brief in support of its motion for sanctions (Dkt. 253, the "Brief").

2. In support of Gilimex's response to Amazon's Brief, attached hereto are true and correct copies of the exhibits identified herein.

3. Attached hereto as Exhibit 1 is Amazon's First Set of Requests for Production of Documents, served March 8, 2023.

4. Attached hereto as Exhibit 2 is a certified translation of an excerpt from the Agency for Business Registration under the Ministry of Planning and Investment of Vietnam's 2014 Circular 200/2014/TT-BTC. The Vietnamese version of this regulation can be downloaded on the Vietnamese Agency for Business Registration's website, at https://dangkykinhdoanh.gov.vn/en/Pages/Detaildocument.aspx?vID=26993&TypeVB=1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2025
New York, New York

**KASOWITZ LLP**

By: /s/ *Edward E. Filusch*
Edward E. Filusch
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1710
Fax: (212) 506-1800