Exhibit 2

| BỘ TÀI CHÍNH | CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM |
|---|---|
| --------- | Độc lập - Tự do - Hạnh phúc |
| | ----------------- |
| Số: 200/2014/TT-BTC | Hà Nội, ngày 22 tháng 12 năm 2014 |

# THÔNG TƯ
## HƯỚNG DẪN CHẾ ĐỘ KẾ TOÁN DOANH NGHIỆP

*Căn cứ Luật Kế toán ngày 17 tháng 06 năm 2003;*

*Căn cứ Nghị định số 129/2004/NĐ- CP ngày 31 tháng 05 năm 2004 của Chính phủ quy định chi tiết và hướng dẫn thi hành một số điều của Luật Kế toán trong hoạt động kinh doanh;*

*Căn cứ Nghị định số 215/2013/NĐ-CP ngày 13 tháng 12 năm 2013 của Chính phủ quy định chức năng, nhiệm vụ, quyền hạn và cơ cấu tổ chức của Bộ Tài chính;*

*Theo đề nghị của Vụ trưởng Vụ Chế độ kế toán và kiểm toán,*

*Bộ trưởng Bộ Tài chính ban hành Thông tư hướng dẫn Chế độ kế toán doanh nghiệp.*

........





**Điều 30. Tài khoản 157 – Hàng gửi đi bán**

**1. Nguyên tắc kế toán**

a) Hàng gửi đi bán phản ánh trên tài khoản 157 được thực hiện theo nguyên tắc giá gốc quy định trong Chuẩn mực kế toán Hàng tồn kho. Chỉ phản ánh vào tài khoản 157 "Hàng gửi đi bán" trị giá của hàng hóa, thành phẩm đã gửi đi cho khách hàng, gửi bán đại lý, ký gửi, dịch vụ đã hoàn thành bàn giao cho khách hàng theo hợp đồng kinh tế hoặc đơn đặt hàng, nhưng chưa được xác định là đã bán (chưa được tính là doanh thu bán hàng trong kỳ đối với số hàng hóa, thành phẩm đã gửi đi, dịch vụ đã cung cấp cho khách hàng).

b) Hàng hóa, thành phẩm phản ánh trên tài khoản này vẫn thuộc quyền sở hữu của doanh nghiệp, kế toán phải mở sổ chi tiết theo dõi từng loại hàng hoá, thành phẩm, từng lần gửi hàng từ khi gửi đi cho đến khi được xác định là đã bán.

c) Không phản ánh vào tài khoản này chi phí vận chuyển, bốc xếp,... chi hộ khách hàng. Tài khoản 157 có thể mở chi tiết để theo dõi từng loại hàng hoá, thành phẩm gửi đi bán, dịch vụ đã cung cấp cho từng khách hàng, cho từng cơ sở nhận đại lý.

**2. Kết cấu và nội dung phản ánh của tài khoản 157 - Hàng gửi đi bán**

**Bên Nợ:**

- Trị giá hàng hóa, thành phẩm đã gửi cho khách hàng, hoặc gửi bán đại lý, ký gửi; gửi cho các đơn vị cấp dưới hạch toán phụ thuộc;

- Trị giá dịch vụ đã cung cấp cho khách hàng, nhưng chưa được xác định là đã bán;

- Cuối kỳ kết chuyển trị giá hàng hóa, thành phẩm đã gửi đi bán chưa được xác định là đã bán cuối kỳ (trường hợp doanh nghiệp kế toán hàng tồn kho theo phương pháp kiểm kê định kỳ).

**Bên Có:**

- Trị giá hàng hóa, thành phẩm gửi đi bán, dịch vụ đã cung cấp được xác định là đã bán;

- Trị giá hàng hóa, thành phẩm, dịch vụ đã gửi đi bị khách hàng trả lại;

- Đầu kỳ kết chuyển trị giá hàng hóa, thành phẩm đã gửi đi bán, dịch vụ đã cung cấp chưa được xác định là đã bán đầu kỳ (trường hợp doanh nghiệp kế toán hàng tồn kho theo phương pháp kiểm kê định kỳ).

**Số dư bên Nợ:**

Trị giá hàng hóa, thành phẩm đã gửi đi, dịch vụ đã cung cấp chưa được xác định là đã bán trong kỳ.

BẢN DỊCH/ TRANSLATION

| MINISTRY OF FINANCE | SOCIALIST REPUBLIC OF VIETNAM |
|:---:|:---:|
| --------- | **Independence - Freedom - Happiness** |
| | ---------------- |
| No.: 200/2014/TT-BTC | *Hà Nội, December 22, 2014* |

### CIRCULAR

GUIDELINES FOR ACCOUNTING POLICIES FOR ENTERPRISES

*Pursuant to the Law on Accounting dated June 17, 2003;*

*Pursuant to the Decree No. 129/2004/NĐ-CP dated May 31, 2004 of the Government on guidelines for the Law on Accounting in the business operation;*

*Pursuant to the Government's Decree No. 215/2013/NĐ-CP dated December 23, 2013 defining the functions, tasks, entitlements and organizational structure of the Ministry of Finance;*

*At the request of Director of the Department of Audit and Accounting Regulation,*

*The Minister of Finance issues a Circular on guidelines for accounting policies for enterprises.*

--------

## Article 30. Accounting 157 – Goods on Consignment

### 1. Rules for Accounting

a) Goods on consignment which are recorded pursuant to Accounting 157 are accounted for according to cost principle as stipulated in the Accounting Standard on Inventories. Only the value of goods and finished products that have been sent to customers, in process for sale, entrusted for sale, or services that have been completed and handed over to customers under a contractual agreement or purchase order—but which have not yet been recognized as sold shall be reflected in Accounting 157 as goods on consignment (i.e., not yet recognized as sales revenue in the period for the goods, finished products sent, or services provided to customers).

b) The goods or finished goods recorded pursuant to Accounting 157 are owned by the business, wherein accounting must maintain detailed records to track each type of goods and finished product, and each shipment from the time it is sent out until it is determined to have been sold.

c) The cost of transportation, loading, and other payment on behalf of customers shall not be recorded pursuant to Accounting 157. Accounting 157 may record in detail every type of goods or finished goods, as well as services rendered on consignment to every customer or consignee.

### 2. Structure and Contents of Accounting 157 – Goods on Consignment

**Debit Side:**

- Cost of goods or finished goods on consignment sent to customers, consignees; or dependent accounting units;

- Cost of services rendered to customers, but not yet recognized as sold;

- At the end of the accounting period, cost of goods or finished goods on consignment but they are not sold (if the consignor uses periodic inventory system).

**Credit Side:**

- Cost of goods, finished goods, services rendered on consignment which are sold;

- Cost of goods, finished goods or services on consignment which are returned;

- At the beginning of the accounting period, cost of goods, finished goods, services rendered which are not sold and transferred (if the consignor uses periodic inventory system).

**Debit balance:**

Cost of goods, finished goods, services rendered on consignment which are sold during the accounting period.

I - Tôi, Nguyễn Thị Mai Hiên, phiên dịch tiếng Anh

CCCD số: 001300010089 cam đoan đã dịch chính xác từ văn bản đính kèm.

Công Ty TNHH Dịch Vụ Tư Vấn Dịch Thuật Quốc Tế

Chứng nhận chữ ký bên đây là của bà Nguyễn Thị Mai Hiên, công tác viên, phiên dịch của công ty.

No: 25 /CT

TP. Hồ Chí Minh, ngày 08/10/2025

Giám Đốc

**Người dịch**

**NGUYỄN THỊ MAI HIÊN**

**NGUYỄN PHẠM ANH KIỆT**

Nguyen Thi Mai Hien, English interpreter

Citizen ID No: 001300010089, hereby certify that the translation is a true and accurate translation of the attached.

INTERNATIONAL TRANSLATION CONSULTING SERVICE COMPANY LIMITED

Certified that the signature hereunder belongs to Ms. Nguyen Thị Mai Hien, collaborator and interpreter of the Company.

No: 25 /CT

Ho Chi Minh City, date 08 /10/2025

Director

**Translator**

**NGUYEN THỊ MAI HIEN**

**NGUYEN PHAM ANH KIET**