# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: (212) 506-1710
DIRECT FAX: (212) 835-5010
MKASOWITZ@KASOWITZ.COM

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

October 24, 2025

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  *Binh Thanh Import Export Prod. & Trade Joint Stock Co. ("Gilimex") v. Amazon.com Servs. LLC ("Amazon")*, No. 1:23-cv-00292-LGS

Dear Judge Schofield:

We represent Gilimex in the above action, and write to respectfully inform the Court of an inadvertent factual error by counsel in Gilimex's brief in opposition to Amazon's motion for sanctions (Dkt. 257, the "Opposition").

In Amazon's October 22 reply (Dkt. 261 at 7-8), Amazon points out an inconsistency between Gilimex's Opposition and certain evidence presented at the August 12, 2025 evidentiary hearing (the "Hearing").  Namely, Amazon notes that two Woojeon-related purchase orders totaling approximately $6.2 million (DX-416 and DX-449) were characterized in the Opposition as "legitimate orders" (Dkt. 257 at 18) when, as Amazon correctly points out, Mr. Luong admitted at the Hearing to fabricating those documents.  *See* Tr. at 13:2-14:1; PX-246.

Upon reviewing Amazon's reply, counsel realized that the statement contained in the Opposition is wrong.  The two Woojeon purchase orders, DX-416 and DX-449, which Gilimex never sought damages for, were, in fact, fabricated by Mr. Luong as shown in PX-246 and as explained at the Hearing.  Therefore, the factual assertion contained at page 18 of the Opposition that those orders were "legitimate" is incorrect.  Removal of those fabricated purchase orders from the calculation on page 18 of the Opposition means that the value of the Luong Documents is not "below $35 million" as stated in the Opposition, but instead should read as "at most approximately $42 million."[1]

---

[1] Amazon also identifies a discrepancy between Gilimex's Opposition and the joint pre-hearing order with respect to the number of documents Gilimex produced in discovery that it later discovered were fraudulent.

KASOWITZ LLP

Hon. Lorna G. Schofield
October 24, 2025
Page 2

      Counsel sincerely apologizes for its inadvertent error.  We thank the Court for its continued time and attention to this matter.

      Respectfully,

*[signature]*

Marc E. Kasowitz

cc: All counsel of record (via ECF)

---

Dkt. 261 at 8 n.6.  This discrepancy is an error; page 5 of the Opposition should read "ninety-three" not "ninety-eight."  Of note, the correct number (ninety-three) is reflected in both the pre-Hearing submission cited by Amazon (Dkt. 261 at 8 n.6, citing Dkt. 234 at 5-6) and the cited material in the Opposition (Dkt. 257 at 5, citing PX-246).