UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
BINH THANH IMPORT EXPORT           :
PRODUCTION & TRADE JOINT STOCK    :
CO.,                                :       23 Civ. 292 (LGS)
                        Plaintiff   :
          -against-                 :
                                    :       ORDER
AMAZON.COM SERVICES LLC,            :
                        Defendant.  :
                                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 23, 2025, adjourned the July 21, 2025, trial pending resolution of the parties' fraud allegations and sanctions motion.

WHEREAS, prior to the adjournment, the parties filed motions in limine (Dkt. Nos. 120, 122, 126, 136 and 143) and related motions to seal (Dkt. No. 119, 148 and 162). It is hereby

**ORDERED** that all motions in limine (Dkt. Nos. 120, 122, 126, 136 and 143) are **DENIED** without prejudice to refiling in accordance with the schedule set by the Court following resolution of the sanctions motion. It is further

**ORDERED** that the motions to seal (Dkt. No. 119, 148 and 162) are preliminarily **GRANTED**. The Court will reassess sealing at a later date. Should the motions in limine be refiled, the parties shall also file a joint letter with their positions as to whether the documents addressed in Dkt. Nos. 119, 148 and 162 should remain under seal.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 119, 120, 122, 126, 136, 143, 148 and 162.

Dated: November 3, 2025
       New York, New York

                                          _____
                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE