**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BINH THAN IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC., | Case No. 1:23-cv-00292-LGS |
| Plaintiff, | |
| -against- | |
| AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, | |
| Defendant. | |

PLEASE TAKE NOTE THAT Evelyn Y. Pang hereby withdraws as counsel of record for

Defendant AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, and requests to be

removed from the Court's service list with respect to the above referenced action.  Attorneys of

record from Gibson, Dunn & Crutcher LLP and Perkins Coie LLP shall continue to serve as

counsel and  all future correspondence and papers in this action should continue to be directed to

them.

Dated: March 18, 2026                Respectfully submitted,

                                     PERKINS COIE LLP

                                     */s/ Evelyn Y. Pang*
                                     Evelyn Y. Pang
                                     PERKINS COIE LLP
                                     1155 Avenue of the Americas, 22nd Floor
                                     New York, NY 10036
                                     Tel: 212.262.6900
                                     Fax: 212.977.1649
                                     EPang@perkinscoie.com

                                     *Attorneys for Defendant*