**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BINH THAN IMPORT EXPORT
PRODUCTION & TRADE JOINT STOCK
CO., d/b/a GILIMEX, INC.,

         Plaintiff,

   -against-

AMAZON.COM SERVICES, LLC, d/b/a
AMAZON ROBOTICS,

         Defendant.

Case No. 1:23-cv-00292-LGS

Application **DENIED** without prejudice as proof of service upon the client has not been filed on the docket.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 264.

Dated: March 19, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

PLEASE TAKE NOTE THAT Evelyn Y. Pang hereby withdraws as counsel of record for

Defendant AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, and requests to be

removed from the Court's service list with respect to the above referenced action.  Attorneys of

record from Gibson, Dunn & Crutcher LLP and Perkins Coie LLP shall continue to serve as

counsel and  all future correspondence and papers in this action should continue to be directed to

them.

Dated: March 18, 2026

Respectfully submitted,

PERKINS COIE LLP

/s/ Evelyn Y. Pang
Evelyn Y. Pang
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel: 212.262.6900
Fax: 212.977.1649
EPang@perkinscoie.com

*Attorneys for Defendant*