**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BINH THAN IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC., | Case No. 1:23-cv-00292-LGS |
| Plaintiff, | |
| -against- | |
| AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, | |
| Defendant. | |

PLEASE TAKE NOTE THAT Evelyn Y. Pang hereby withdraws as counsel of record for Defendant AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, and requests to be removed from the Court's service list with respect to the above referenced action.  Attorneys of record from Gibson, Dunn & Crutcher LLP and Perkins Coie LLP shall continue to serve as counsel and  all future correspondence and papers in this action should continue to be directed to them.

Dated: March 20, 2026

Respectfully submitted,

PERKINS COIE LLP

*/s/ Evelyn Y. Pang*
Evelyn Y. Pang
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel: 212.262.6900
Fax: 212.977.1649
EPang@perkinscoie.com

*Attorneys for Defendant*