**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BINH THAN IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC., | Case No. 1:23-cv-00292-LGS |
| Plaintiff, | **AFFIRMATION OF SERVICE** |
| -against- | |
| AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS, | |
| Defendant. | |

I, Adam R. Mandelsberg, an attorney duly admitted to practice law in the State of New York,

affirms the following to be true under penalty of perjury:

1.  I am partner at the law firm of Perkins Coie LLP and I represent Defendant Amazon.com

Services, LLC, d/b/a Amazon Robotics.

2.  On March 20, 2026, I caused a true and correct copy of the:

    **(a) MOTION FOR WITHDRAWAL AS ATTORNEY OF EVELYN Y. PANG,**

to be served via Email upon:

Amazon.com Services, LLC
c/o Laura Craig
bcrlaura@amazon.com

Dated: March 20, 2026

*Adam R. Mandelsberg*
Adam R. Mandelsberg