UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BINH THANH IMPORT EXPORT
PRODUCTION & TRADE JOINT CO., D/B/A
GILIMEX, INC.,

                      Plaintiff,

         -against-

AMAZON.COM SERVICES LLC, D/B/A
AMAZON ROBOTICS,

                    Defendant.

------------------------------------------------------------X

23 Civ. 292 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the trial in this case was adjourned pending resolution of Defendant's fraud allegations and sanctions motion.  Prior to the adjournment, the parties filed motions to seal their motions in limine (Dkt. Nos. 119, 148 and 162).

WHEREAS, the Order dated November 3, 2025 (1) denied the motions in limine without prejudice to renewal following resolution of the sanctions motion and (2) preliminarily granted the motions to seal and stated that sealing would be reassessed at a later date.  It is hereby

**ORDERED** that by **July 14, 2026**, the parties shall file letters indicating their positions as to whether and which of the documents addressed in Dkt. Nos. 119, 148 and 162 should remain under seal and providing justification for any requested sealing or redaction.  Requests to withhold information from the public record must be narrowly tailored such that redactions are preferred to sealing entire documents.

Dated:  June 30, 2026
       New York, New York

                                         LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE