**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BINH THANH IMPORT EXPORT
PRODUCTION & TRADE JOINT STOCK CO.,
D/B/A GILIMEX, INC.,

                        Plaintiff,

      -against-                                  23 **CIVIL** 292 (LGS)

                                          **<u>JUDGMENT</u>**

AMAZON.COM SERVICES LLC,
D/B/A AMAZON ROBOTICS,

                        Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 9, 2026, Amazon's motion for sanctions is **GRANTED**. This action is hereby **DISMISSED** with prejudice. By **August 10, 2026**, Amazon may file a motion to recover fees and costs incurred in investigating and litigating the fraud. Gilimex's request to sanction Amazon is **DENIED**; accordingly, the case is closed.

**Dated:** New York, New York

      July 10, 2026

                                     **TAMMI M. HELLWIG**
                                 _____
                                      **Clerk of Court**

                **BY:**          K. Mango

                                   _____
                                     **Deputy Clerk**