UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC.,

Plaintiff,

-against-

AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS,

Defendant.

Case No.: 1:23-cv-00292-LGS

**[PROPOSED] ORDER REGARDING PHYSICAL EXHIBITS**

WHEREAS, Plaintiff Binh Thanh Import Export Production & Trade Joint Stock Co. d/b/a Gilimex, Inc. ("Gilimex") provided the Court with its physical logbooks and business records for physical inspection prior to the August 12, 2025 evidentiary hearing (the "Hearing") on Defendant Amazon.com Services LLC d/b/a Amazon Robotics' ("Amazon") motion for sanctions (the "Motion");

WHEREAS, Gilimex's physical logbooks were marked as exhibits for the Hearing, *see* ECF No. 250-1 at PX 4, PX 26, PX 32, PX 37, PX 72 and PX 123 (the "Physical Logbooks");

WHEREAS, the Court retained possession of Gilimex's Physical Logbooks following the Hearing;

WHEREAS, the Court issued an order on July 9, 2026 granting Amazon's Motion and dismissing the action with prejudice (ECF No. 271);

WHEREAS, Gilimex seeks to preserve the record, including for any subsequent appeal;

WHEREAS, the Court contacted counsel for Gilimex on July 28, 2026 requesting that counsel arrange to pick up the Physical Logbooks in the Court's possession;

NOW, THEREFORE, it is hereby ordered that:

1. Counsel of record for Gilimex ~~will~~ shall retain the Physical Logbooks at their offices, to be preserved for the record pending any subsequent appeal, and to be furnished for physical inspection upon request by the Court, United States Court of Appeals for the Second Circuit, and/or Amazon.

Dated: August 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE