UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO., d/b/a GILIMEX, INC.,

Plaintiff,

-against-

AMAZON.COM SERVICES, LLC, d/b/a AMAZON ROBOTICS,

Defendant.

Case No. 1:23-cv-00292-LGS

Plaintiff shall file any opposition by **August 25, 2026**. Defendant shall file any reply by **September 1, 2026**. So Ordered.

Dated: August 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**NOTICE OF DEFENDANT AMAZON.COM SERVICES LLC'S**
**MOTION FOR ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE THAT, upon Defendant Amazon.com Services LLC's ("Amazon") accompanying Memorandum of Law in Support of its Motion for Attorneys' Fees and Costs, together with the exhibits referenced therein, Amazon respectfully moves this Court before the Honorable Lorna G. Schofield, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, to award Amazon attorneys' fees and costs incurred in investigating and litigating Gilimex's fraud pursuant to the Court's inherent authority and July 9, 2026 Opinion and Order. Dkt. 271.

Dated: August 10, 2026
New York, New York

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jordan Estes*

Barry H. Berke
Jordan Estes
Grace E. Hart
Daniel M. Ketani
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000
bberke@gibsondunn.com
jestes@gibsondunn.com
ghart@gibsondunn.com
dketani@gibsondunn.com

*Attorneys for Defendant Amazon.com Services LLC*