GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

August 19, 2026

VIA ECF

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Binh Thanh Import Export Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*, Case No. 1:23-cv-00292 (S.D.N.Y.)

Dear Judge Schofield:

We represent Defendant Amazon.com Services LLC ("Amazon") in the above-referenced action. We write pursuant to this Court's August 12, 2026 Orders, Dkts. 288, 289, to publicly re-file documents that were filed provisionally under seal by Amazon pursuant to Dkts. 119 and 162 but that no longer require sealing or redaction.[1] *See* Dkts. 273, 274.

In accordance with the Court's Orders, Dkts. 288, 289, Amazon respectfully submits the following documents, which are attached as exhibits to this letter and are being filed on the public docket:

| Exhibit Number | Document Description | Previously Filed Under Seal At |
|---|---|---|
| 1 | Exhibit 2 to the Declaration of Grace E. Hart in Support of Dkt. 122, Motion *in Limine* to Exclude Le Hung's Testimony about Statements made in English | Dkt. 125-1 |
| 2 | Memorandum of Law in Support of Dkt. 131, Motion *in Limine* to Exclude Testimony of Mark F. Rule | Dkt. 133 |
| 3 | Exhibit 1 to the Declaration of Grace E. Hart in Support of Dkt. 131, Motion *in Limine* to Exclude Testimony of Mark F. Rule | Dkt. 135-1 |
| 4 | Exhibit 3 to the Declaration of Grace E. Hart in Support of Dkt. 131, Motion *in Limine* to Exclude Testimony of Mark F. Rule | Dkt. 135-2 |
| 5 | Exhibit 4 to the Declaration of Grace E. Hart in Support of Dkt. 131, Motion *in Limine* to Exclude Testimony of Mark F. Rule | Dkt. 135-3 |

[1] Amazon previously filed Dkt. 165-2 under seal, pending designation by Gilimex, pursuant to Dkt. 162. Gilimex moved to maintain limited redactions to Dkt. 165-2, which the Court granted, *see* Dkt. 288, ordering Gilimex to publicly re-file its proposed redactions at Dkt. 275. As such, Amazon is not publicly re-filing Dkt. 165-2 with this letter.

| | | |
|---|---|---|
| 6 | Memorandum of Law in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 138 |
| 7 | Exhibit 1 to the Declaration of Grace E. Hart in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 140-1 |
| 8 | Exhibit 2 to the Declaration of Grace E. Hart in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 140-2 |
| 9 | Exhibit 3 to the Declaration of Grace E. Hart in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 140-3 |
| 10 | Exhibit 4 to the Declaration of Grace E. Hart in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 140-4 |
| 11 | Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142 |
| 12 | Exhibit A to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-1 |
| 13 | Exhibit B to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-2 |
| 14 | Exhibit C to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-3 |
| 15 | Exhibit D to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-4 |
| 16 | Exhibit E to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-5 |
| 17 | Exhibit F to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-6 |
| 18 | Exhibit G to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-7 |
| 19 | Exhibit H to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-8 |

GIBSON DUNN



| | | |
|---|---|---|
| 20 | Exhibit I to the Declaration of Andrew Tappeto in Support of Dkt. 136, Motion *in Limine* to Exclude Evidence Related to Raw Materials | Dkt. 142-9 |
| 21 | Exhibit 1 to the Declaration of Grace E. Hart in Further Support of Dkt. 143, Motion *in Limine* to Exclude Testimony of Mark F. Rule | Dkt. 165-1 |
| 22 | Exhibit 4 to the Declaration of Grace E. Hart in Further Support of Dkt. 143, Motion *in Limine* to Exclude Testimony of Mark F. Rule | Dkt. 165-4 |
| 23 | Exhibit 5 to the Declaration of Grace E. Hart in Further Support of Dkt. 143, Motion *in Limine* to Exclude Testimony of Mark F. Rule | Dkt. 165-5 |
| 24 | Exhibit 6 to the Declaration of Grace E. Hart in Further Support of Dkt. 143, Motion *in Limine* to Exclude Testimony of Mark F. Rule | Dkt. 165-6 |

We thank the Court for its continued attention to this matter and are available should the Court require anything further.

Respectfully submitted,

*/s/ Jordan Estes*
Barry H. Berke
Jordan Estes

cc: All counsel of record (by ECF)