# EXHIBIT 1

# EXHIBIT 2

**From:** Franceschini, Vincent <fravince@amazon.lu>
**Sent:** Monday, November 12, 2018 7:55 AM
**To:** GILIMEX - TUAN LINH <duong.linh@gilimex.com>; lehung@gilimex.com
**Subject:** RE: Discussion Summary & Inventory Caring Cost

---

What we discussed today:

1) 2019 overall quantity
   Gilimex's split (i.e. quantity) remains at 590k (as per Oct 2018 forecast) + H8/H12/portion of H11 of the 300k pushed-out sites to be delivered starting September 2019
   Prices are not affected.
2) November shipping need to be changed to December shipping dates = no more promised arrival dates in 2018 = all promised dates need to be changed to 2019 dates
   Please change iSupplier today

Regards,
Vincent

---

**From:** GILIMEX - TUAN LINH <duong.linh@gilimex.com>
**Sent:** Monday, November 12, 2018 05:55
**To:** Franceschini, Vincent <fravince@amazon.lu>; lehung@gilimex.com
**Subject:** RE: Discussion Summary & Inventory Caring Cost
**Importance:** High

Hi Vincent,

1. **Do you have an authorization from anybody in AR to purchase 770k of raw material?**
   a) The production of the FPA is very labor intensive and we need to maintain our workers for the whole year. This means that the production has to run throughout the year.
   b) Since working with AR from the beginning (starting in 2013 with KIVA systems), we have always used the yearly forecast for planning of production and delivery, as well as materials preparation.
   c) As we have informed you many times by now, material prices have been on the rise since Q4 of 2017. We need to work with suppliers and make purchase using whole year qty. Also, we have already deposited more than $24 million to our suppliers to maintain materials price and lead-time.
   d) If you are referring to using the PO as authorization for material purchase, this means Gilimex would need to quote the FPA prices and lead-time per PO as well.

   **H11/H12: please explain what is the situation**
   For the H11/H12, we had already purchased materials using the previous forecast of 770K we had in Sep. The qty of H11 and H12 is now exceeding the current forecast.

| | | FPA W WOVEN BANDS, H11 | FPA, H12 |
|---|---|---|---|
| 1 | Forecast Sep 2018 | 142,754 | 153,063 |
| 2 | Forecast Oct 2018 | 88,412 | 118,168 |
| 3 | Delivered to AR | 7,696 | 6,762 |
| 4 | GIL Total inventory | 104,403 | 125,141 |
| 5 | 2018 Leftover Stock | 8,720 | 0 |
| 6 | (3) + (4) + (5) | 120,178 | 131,903 |
| | (1) - (6) | 22,576 | 17,149 |
| | (2) - (6) | (31,766) | (23,765) |

2. **You are saying now that you cannot hold any material until our need-by date, and in the same sentence, that you can hold a maximum of 30% of your capacity. That is a stark contrast to your proposal from two days ago.**
   Our current capacity is 15400 pods/week.
   - Holding 30% in stock means we only keep 15,400 x 30% = 4,620 pods/week
   - You need to take 70% : 15,400 x 70% = 10,780 pods/week

   With the current PO push out request, the stock we would keep for you is already exceed the 30% inventory level.
   Same with any other manufacturing company, we need to maintain a stable delivery and inventory level to generate revenue for the business. This current situation is simply not healthy for our operation.

We really need your support to find a solutions for these 2 issues (forecast 770K & PO delivery plan). If necessary, we are willing to sit down and explain these situations with other departments from AR, including your CEO/COO.

Thanks and regards,

Linh

---

**From:** Franceschini, Vincent <fravince@amazon.lu>
**Sent:** Friday, November 9, 2018 1:25 AM
**To:** GILIMEX - TUAN LINH <duong.linh@gilimex.com>; lehung@gilimex.com
**Subject:** RE: Discussion Summary & Inventory Caring Cost

Hi Linh, LeHung,
The tone and contents of your email below contrasts with the discussions we have had up to now.

1) Do you have an authorization from anybody in AR to purchase 770k of raw material?
H11/H12: please explain what is the situation
2) You are saying now that you cannot hold any material until our need-by date, and in the same sentence, that you can hold a maximum of 30% of your capacity. That is a stark contrast to your proposal from two days ago.

Those are not good signs of a healthy business relationship. I am sending you an invite for a conference call for Monday (morning eastern time)

Regards,
Vincent

---

**From:** GILIMEX - TUAN LINH <duong.linh@gilimex.com>
**Sent:** Thursday, November 8, 2018 13:04
**To:** Franceschini, Vincent <fravince@amazon.lu>; lehung@gilimex.com
**Subject:** RE: Discussion Summary & Inventory Caring Cost

Hi Vincent,

1. We already purchased the materials using these qty of 770K. The delivery for 770K can be extend until Sep-Oct 2019.
If the qty of the whole year is not 770K, then we need to negotiate the prices and you have to resolve the materials stock of H11 & H12 for us.

2. Gilimex cannot stock these qty in Vietnam and only ship per your need-by-date request. We need to deliver based on our production capacity. With the carrying cost we had provided, the max we can keep in stock for you is 30% of our capacity.

FYI. Le Hung already told you a few days ago, Gilimex is public listed company. We need to produce and delivery in order to gain revenue for the company. Therefore, we cannot just produce and stock here in Vietnam.

We believe you can resolve these matters and take care good care of us. If you face any difficulties with your internal departments, Le Hung is willing to sit down together with you and resolve these matters with your internal, including your CEO.

Thanks and regards,

Linh

---

**From:** Franceschini, Vincent <fravince@amazon.lu>
**Sent:** Thursday, November 8, 2018 4:57 AM
**To:** lehung@gilimex.com
**Cc:** GILIMEX - TUAN LINH <duong.linh@gilimex.com>
**Subject:** RE: Discussion Summary & Inventory Caring Cost

Hi Le Hung,
About point #1:
I said yesterday that:

A) The 770k have always been understood as a goal for the whole year, and that:
    1) It may be the sum of H+G demand
    2) If there were a demand up or downside, I was NOT guaranteeing that Gilimex would maintain the same quantity, but I was guaranteeing that Gilimex would keep the same %.
B) The 4 sites were pushed out by 6 months. The associated demand (=need-by) is therefore also pushed out by 6 months, which means that the need-by starts in Sep-October.
C) Finance is not getting us ship ahead of the need-by dates. I need suppliers who can do that.

It is getting annoying that what I am saying is heard only partially. It would be a shame that we end up communicating only through email to make sure we understand each other in detail.

Regards,
Vincent

---

**From:** GILIMEX - TUAN LINH <duong.linh@gilimex.com>
**Sent:** Wednesday, November 7, 2018 09:41
**To:** Franceschini, Vincent <fravince@amazon.lu>
**Cc:** lehung@gilimex.com
**Subject:** Discussion Summary & Inventory Caring Cost
**Importance:** High

Hi Vincent,

Here is a summary of your discussion with Le hung yesterday:

1. AR would maintain the original forecast of 770K for 2019, with delivery until Sep – Oct 2019. Once you have finalized the demand, please send us the details so we can prepare a delivery plan and communicate back to you.

2. Regarding the caring cost for inventory at Gilimex, please see the below table (caring cost = financial cost + storage cost)