UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT CO., D/B/A GILIMEX, INC., Plaintiff, -against- AMAZON.COM SERVICES LLC, D/B/A AMAZON ROBOTICS, Defendant. | 23 Civ. 292 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion & Order dated July 9, 2026 (the "Sanctions Decision") granted Defendant's motion for sanctions, dismissed the above-captioned action with prejudice and directed Defendant to file any motion for attorneys' fees and costs.

WHEREAS, Defendant's August 10, 2026, motion for attorneys' fees and costs (the "Motion") has been fully briefed by the parties.

WHEREAS, Plaintiff's opposition to the Motion includes a request to defer ruling on the Motion pending Plaintiff's merits appeal of the Sanctions Decision. It is hereby

**ORDERED** that, for substantially the reasons stated in Defendant's reply, the Court will not defer decision on the Motion pending Plaintiff's appeal. It is further

**ORDERED** that the Motion is referred to Magistrate Judge Cave for a Report & Recommendation. A referral order will issue separately.

Dated: September 30, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE