UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINH THANH IMPORT EXPORT PRODUCTION & TRADE JOINT STOCK CO. d/b/a GILIMEX,

Plaintiff,

-v-

AMAZON.COM SERVICES LLC d/b/a AMAZON ROBOTICS,

Defendant.

CIVIL ACTION NO. 23 Civ. 292 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action is referred to the undersigned for a report and recommendation on the motion for attorneys' fees and costs filed by Defendant Amazon.com Services LLC (Dkt. No. 283 (the "Motion")). (Dkt. Nos. 309–10). By **October 21, 2026**, the parties shall meet and confer and file a letter indicating whether they wish to schedule a settlement conference with the Court to resolve the Motion.

Dated: New York, New York
October 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**